UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PDV USA, INC.,

        Plaintiff,

v.

INTERAMERICAN CONSULTING INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 20-cv-3699

**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff PDV USA, Inc. ("PDV USA") hereby discloses that it is wholly-owned by PDV Holding, Inc. and that no publicly-held corporation owns a 10 percent or greater interest in PDV USA.

Dated: New York, New York
       May 13, 2020

                                                            **WILLKIE FARR & GALLAGHER LLP**

                                                            By: /s/ Jeffrey B. Korn
                                                             Jeffrey B. Korn
                                                             787 Seventh Avenue
                                                             New York, New York 10019
                                                             (212) 728-8000
                                                             JKorn@willkie.com

                                                             Michael Gottlieb
                                                             Sarah Wastler
                                                             1875 K Street, N.W.
                                                             Washington, D.C. 20006
                                                             (202) 303-1000
                                                             MGottlieb@willkie.com
                                                             SWastler@willkie.com

                                                             *Attorneys for Plaintiff PDV USA, Inc.*