United States District Court
Southern District of New York

---

PDV USA Inc.

        Plaintiff
VS

Interamerican Consulting Inc.

        Defendant

**AFFIDAVIT OF SERVICE**

File/Index No.: 20 CV 3699
Issued On:
Alt File/Index No.:
Calendar No.:

---

**SERVICE UPON:** Interamerican Consulting Inc.

STATE OF Florida, COUNTY OF Leon: ss

Christopher Compton being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of Florida.

On 7/15/2020 at 12:30 PM at 2415 North Monroe Street, Suite 810 Tallahassee, FL 32303, I effected service of process of the following documents: Summons issued c/o Florida Secretary of Sate; Summons & Complaint; Rule 7.1 Statement; Civil Cover Sheet upon Interamerican Consulting Inc., a/the defendant in this matter/proceeding:

by delivering to and leaving a true copy thereof with Andy Dunlap, who is a/the Authorized Clerk of/for Florida Secretary of State, the statutory agent for Interamerican Consulting Inc.

I describe the recipient at the time of service as follows: Gender: Male Race/Skin: White Age: 30's Height: 6'2: Weight: 200 Hair: Brown

8.4.2020

Subscribed and sworn before me on
_April Ganey_
Notary Public: April Ganey
Notary #GG327026 Qualified in County: Leon
My Commision expires on: 4-23-2023

APRIL GANEY
Commission # GG 327026
Expires April 23, 2023
Bonded Thru Troy Fain Insurance 800-385-7019

Christopher Compton
Target Legal Process Worldwide Corp.
233 Broadway, Suite 2065,
New York, NY 10279
(212) 227-9600

Service Upon A State Agency



Order #:R86260