AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| PDV USA, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03699-JGK |
| Interamerican Consulting Inc. | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Interamerican Consulting Inc.

Date: 08/31/2020

*Attorney's signature*

Kathryn Lee Boyd (KC5593)
*Printed name and bar number*

Hecht Partners LLP
125 Park Avenue, 25th Floor
New York, NY 10017
*Address*

Lboyd@hechtpartners.com
*E-mail address*

(646) 502-9515
*Telephone number*

(646) 492-5111
*FAX number*