UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PDV USA, Inc.                                Plaintiff, | Case No. 1:20-cv-03699-JGK |
| -v- | **Rule 7.1 Statement** |
| Interamerican Consulting Inc.               Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Interamerican Consulting Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 08/31/2020

Signature of Attorney

Attorney Bar Code: KC5593