UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PDV USA, Inc.<br><br>        Plaintiff<br>v.<br><br>Interamerican Consulting, Inc.<br><br>        Defendant. | Civil Action No: 20-cv-03699-JGK<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION** |

The Motion of Alan Alvela for Admission to Practice *pro hac vice* in the above captioned matter is **GRANTED**. Applicant has declared that he is a member of the Bar of the District of Colombia, and that his contact information is as follows:

> Alan Alvela
> Hecht Partners LLP
> 125 Park Avenue, 25th Floor
> New York, NY 10017
> Tel: 212-851-6821
> Email: aalvela@hechtpartners.com

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.

Dated: October ____, 2020

                                                                               Honorable John G. Koetl
                                                                               United States District Judge