**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────

**PDV USA, INC.,**

                Plaintiff,        20-cv-3699 (JGK)

    - against -                ORDER

**INTERAMERICAN CONSULTING INC.,**

                Defendant.
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    As stated at the conference held today, **October 8, 2020,** the plaintiff is directed to file an amended complaint by **October 23, 2020.** The defendant will move or answer the complaint by **November 20, 2020.** Another pre-motion conference is not necessary. If the defendant moves, the plaintiff will respond by **December 18, 2020,** and the defendant will reply by **January 5, 2021.** If the defendant answers, the parties will submit a Rule 26(f) report by **December 4, 2020.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **October 8, 2020**              /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                    **United States District Judge**