**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PDV USA, Inc. | |
| Plaintiff, | |
| v. | No. 20-cv-03699-JGK |
| Interamerican Consulting, Inc. | |
| Defendant. | |

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR**
**FAILURE TO STATE A CLAIM**
**PURSUANT TO FED. R. CIV. P. 12(b)(6)**

**PLEASE TAKE NOTICE** that Defendant Interamerican Consulting, Inc., by and through its undersigned counsel, respectfully moves this Court, before the Honorable John G. Koeltl, United States District Judge, on such date as the Court will determine, at 500 Pearl Street, New York, NY 10007-1312, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Amended Complaint, dated October 30, 2020, for Failure to State a Claim and for any other relief the Court deems appropriate. In support of this motion, the Defendant submits the accompanying Memorandum of Law, dated December 18, 2020.

Dated: December 18, 2020
        New York, New York

                                        Respectfully submitted,

                                        Kathryn Lee Boyd
                                        Shira Lauren Feldman
                                        Alan Alvela
                                        HECHT PARTNERS LLP
                                        125 Park Avenue, 25th Floor
                                        New York, NY 10017
                                        (646) 502-9515
                                        (646) 480-1453
                                        (646) 480-1406
                                        lboyd@hechtpartners.com
                                        sfeldman@hechtpartners.com
                                        aalvela@hechtpartners.com