# EXHIBIT A



# CERTIFICATION OF TRANSLATION

**Project number: S-173021**

**Name of files: Certified Notarizied Translation / David Rivera**

**Job performed on: 02-12-2020**

**Translation from language: Spanish**

**Translation into language: English**

**Translation performed by:**

**Date of certification: December 2, 2020**

---

Universal Translation Services, a professional translation company, declares that the attached document(s) are stamped and signed by us and translated by qualified and professional translators, fluent in the above mentioned languages. In our best judgement, the translated text truly reflects the content, meaning and translation of the attached documents and / or copies that the client provide us with.

A validation procedure was performed by us, which confirms that the provided language translation is complete and accurate. The document hasn't been translated by a family member, friend or business associate.

By signing this Certification of Translation, Universal Translation Services declares that the translation is a true reflection of the source file(s). We do not guarantee that the original document is a genuine document or that the statements contained in the original document are true.

Universal Translation Services assumes no liability for the way the translation is used by the customer or any third party.

A.H.J Huisman, Managing Director
Universal Translation Services

Corporate ATA Member number 260038
American Translators Association

- Head Office USA:   Phone: 1-844-wetranslate | Address: 20801 Biscayne Blvd, Suite 403, Aventura, Florida 33180
- Office Spain: Phone: +34-951-406-81 | Address: Calle Buenos Aires 3, 35002, Las Palmas
- Office U.K.:   Phone: +44-20-3807-3275219 | Address: Kensington Street, Kensington W8 6bd, London
- Other US Offices: Commerce – San Francisco – Washington – Chicago – Boston – Las Vegas – Houston – Dallas – Seattle – Philadelphia



# ACKNOWLEDGEMENT CERTIFICATE

This Certificate is attached to a certified translation with project number S-173021 dated Dec 2, 2020.

STATE OF FLORIDA
COUNTY OF MIAMI DADE

Before me: Antonius Hoffmann on this day personally appeared Adriana Huisman to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she is executed the same for the purposes and consideration therein expressed. Give under my hand and seal of office this Dec 2, 2020.

Antonius Hoffmann
Notary Public's
Signature





Signer's Identity verified by:
✂ Personally known to me
0 Identity proven on the oath
0 Identity proven on the basis of

Antonius Hoffmann
Notary Public
State of Florida
Commission
GG211562

---------- Original Message ----------
From: "Arcay, Arnaldo" <aarcay@citgo.com>
To: "rivera2002@comcast.net" <rivera2002@comcast.net>
Cc: "Pereira, Jose" <jperei1@citgo.com>, "Cardenas, Gustavo" <gcarden@citgo.com>, "Orsoni, Edoardo" <EORSONI@citgo.com>, "gonzalezpu@pdvsa.com" <gonzalezpu@pdvsa.com>, ILIANA RUZZA <ruzzai@pdvsa.com>, "bolivarmj@pdvsa.com" <bolivarmj@pdvsa.com>
Date: 05/31/2017 7:48 AM
Subject: Documento de Cesion - Contrato de Servicios Profesionales de Consultoria

Buenos días Sr. Rivera,

Siguiendo instrucciones de la Gerencia, y de acuerdo a nuestra conversación telefónica de ayer, me permito remitirle el documento a ser suscrito entre PDV USA, Inc. y Petróleos de Venezuela, S.A., el cual permite la cesión del Contrato de Servicios de Consultoría de fecha 21 de marzo de 2017 originalmente suscrito entre PDV USA e Intermamerican Consulting.

Por favor, confirme si está de acuerdo con el documento aquí presentado a los fines de obtener primeramente la firma de los representantes de PDV USA y PDVSA.

Quedo a la orden para cualquier pregunta que tenga sobre el asunto.

**Arnaldo Arcay**

Legal Advisor - International Affairs

Admitted as Foreign Legal Consultant by

the Supreme Court of Texas

Office: +18324865521 (Inter Oficina: 9925521)

Cell Phone: 13462031001

**ORIGINAL SPANISH VERSION:**

---------- Original Message ----------
From: Arcay, Arnaldo
To: rivera2002@comcast.net
Cc: Pereira, Jose, Cardenas, Gustavo, Orsoni, Edoardo, gonzalezpu@pdvsa.com, ILIANA RUZZA <ruzzai@pdvsa.com>, bolivarmj@pdvsa.com
Date: 05/31/2017 7:48 AM
Subject: Documento de Cesion - Contrato de Servicios Profesionales de Consultoria

Buenos días Sr. Rivera,
Siguiendo instrucciones de la Gerencia, y de acuerdo a nuestra conversación telefónica de ayer, me permito remitirle el documento a ser suscrito entre PDV USA, Inc. y Petróleos de Venezuela, S.A., el cual permite la cesión del Contrato de Servicios de Consultoría de fecha 21 de marzo de 2017 originalmente suscrito entre PDV USA e Intermamerican Consulting.

Por favor, confirme si está de acuerdo con el documento aquí presentado a los fines de obtener primeramente la firma de los representantes de PDV USA y PDVSA.

Quedo a la orden para cualquier pregunta que tenga sobre el asunto.

**Arnaldo Arcay**
Legal Advisor - International Affairs
Admitted as Foreign Legal Consultant by
the Supreme Court of Texas
Office: +18324865521 (Inter Oficina: 9925521)
Cell Phone: 13462031001

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

---------- Original Message ----------
From: Arcay, Arnaldo
To: rivera2002@comcast.net
Cc: Pereira, Jose, Cardenas, Gustavo, Orsoni, Edoardo, gonzalezpu@pdvsa.com, ILIANA RUZZA<ruzzai@pdvsa.com>, bolivarmj@pdvsa.com
Date: 05/31/2017 7:48 AM
Subject: Assignment Document – Contract for Professional Consulting Services

Good day Mr. Rivera,

Following instructions from our Management, and following up on our telephone conversation yesterday, allow me to transmit the document to be executed between PDV USA and Petróleos de Venezuela, S.A., which authorizes the assignment of the Consulting Services Contract dated March 21, 2017, originally entered into between PDV USA and Interamerican Consulting.

Please confirm whether you are in agreement with the attached document so that we can move forward with obtaining the signatures from PDV USA and PDVSA.

I am available for any questions you may have regarding this matter.

**Arnaldo Arcay**
Legal Advisor - International Affairs
Admitted as Foreign Legal Consultant by
the Supreme Court of Texas
Office: +18324865521 (Inter Oficina: 9925521)
Cell Phone: 13462031001

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman