# EXHIBIT B



## CERTIFICATION OF TRANSLATION

**Project number: S-173021**

**Name of files: Certified Notarizied Translation  / David Rivera**

**Job performed on: 02-12-2020**

**Translation from language: Spanish**

**Translation into language: English**

**Translation performed by:**

**Date of certification: December 2, 2020**

---

Universal Translation Services, a professional translation company, declares that the attached document(s) are stamped and signed by us and translated by qualified and professional translators, fluent in the above mentioned languages. In our best judgement, the translated text truly reflects the content, meaning and translation of the attached documents and / or copies that the client provide us with.

A validation procedure was performed by us, which confirms that the provided language translation is complete and accurate. The document hasn't been translated by a family member, friend or business associate.

By signing this Certification of Translation, Universal Translation Services declares that the translation is a true reflection of the source file(s). We do not guarantee that the original document is a genuine document or that the statements contained in the original document are true.

Universal Translation Services assumes no liability for the way the translation is used by the customer or any third party.

A.H.J Huisman, Managing Director
Universal Translation Services

Corporate ATA Member number 260038
ata
American Translators Association

- Head Office USA:   Phone: 1-844-wetranslate | Address: 20801 Biscayne Blvd, Suite 403, Aventura, Florida 33180
- Office Spain: Phone: +34-951-406-81 | Address: Calle Buenos Aires 3, 35002, Las Palmas
- Office U.K.:  Phone: +44-20-3807-3275219 | Address: Kensington Street, Kensington W8 6bd, London
- Other US Offices: Commerce – San Francisco – Washington – Chicago – Boston – Las Vegas – Houston – Dallas – Seattle – Philadelphia



# ACKNOWLEDGEMENT CERTIFICATE

This Certificate is attached to a certified translation with project number S-173021 dated Dec 2, 2020.

STATE OF FLORIDA
COUNTY OF MIAMI DADE

Before me: Antonius Hoffmann on this day personally appeared Adriana Huisman to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she is executed the same for the purposes and consideration therein expressed. Give under my hand and seal of office this Dec 2, 2020.

Antonius Hoffmann
Notary Public's
Signature





Signer's Identity verified by:
✂ Personally known to me
0 Identity proven on the oath
0 Identity proven on the basis of

Antonius Hoffmann
Notary Public
State of Florida
Commission
GG211562

---------- Original Message ----------
From: "Arcay, Arnaldo" <aarcay@citgo.com>
To: "rivera2002@comcast.net" <rivera2002@comcast.net>
Cc: "Orsoni, Edoardo" <EORSONI@citgo.com>, "Cardenas, Gustavo" <gcarden@citgo.com>
Date: 10/05/2017 6:51 PM
Subject: Contrato de Cesion a Petroleos de Venezuela, S.A. (PDV USA - Interamerican Consulting)

Buenas tardes Sr. Rivera,

Reciba un cordial saludo.

Siguiendo instrucciones del Dr. Orsoni, encuentre anexo documento de cesión entre PDV USA, Inc y Petróleos de Venezuela, S.A., respecto al contrato de servicios de consultoría originalmente suscrito entre la primera y su empresa Interamerican Consulting (el pasado 21 de marzo). La fecha efectiva de la cesión corresponde al 10 de mayo de 2017, la cual corresponde a la fecha en que las Partes acordaron la cesión en cuestión (el borrador de esta cesión le fue remitido a principios del mes de mayo).

Quedamos entonces a la espera de que nos remita el documento debidamente suscrito para completar los trámites y archivos correspondientes.

Atentamente,

**Arnaldo Arcay**

Refinery Legal Advisor

Admitted as Foreign Legal Consultant by

the Supreme Court of Texas

Office: +18324865521 (Inter Oficina: 9925521)

Cell Phone: 13462031001

**ORIGINAL SPANISH VERSION:**

---------- Original Message ----------
From: Arcay, Arnaldo
To: rivera2002@comcast.net
Cc: Orsoni, Edoardo, Cardenas, Gustavo
Date: 10/05/2017 6:51 PM
Subject: Contrato de Cesion a Petroleos de Venezuela, S.A. (PDV USA - Interamerican Consulting)

Buenas tardes Sr. Rivera,

Reciba un cordial saludo.

Siguiendo instrucciones del Dr. Orsoni, encuentre anexo documento de cesión entre PDV USA, Inc y Petróleos de Venezuela, S.A., respecto al contrato de servicios de consultoría originalmente suscrito entre la primera y su empresa Interamerican Consulting (el pasado 21 de marzo). La fecha efectiva de la cesión corresponde al 10 de mayo de 2017, la cual corresponde a la fecha en que las Partes acordaron la cesión en cuestión (el borrador de esta cesión le fue remitido a principios del mes de mayo).

Quedamos entonces a la espera de que nos remita el documento debidamente suscrito para completar los trámites y archivos correspondientes.
Atentamente,

**Arnaldo Arcay**
Refinery Legal Advisor
Admitted as Foreign Legal Consultant by
the Supreme Court of Texas
Office: +18324865521 (Inter Oficina: 9925521)
Cell Phone: 13462031001

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267
AHJ Huisman

---------- Original Message ----------
From: Arcay, Arnaldo
To: rivera2002@comcast.net
Cc: Orsoni, Edoardo, Cardenas, Gustavo
Date: 10/05/2017 6:51 PM
Subject: Contract of Assignment to Petroleos de Venezuela, S.A. (PDV USA - Interamerican Consulting)

Good afternoon Mr. Rivera,

Warm greeting to you.

Following instructions from Dr. Orsoni , find attached assignment document between PDV USA, Inc and Petróleos de Venezuela, S.A., regarding the consulting services contract originally entered into between the former and your company Interamerican Consulting (the past March 21st). The effective date of the assignment is May 10, 2017, which corresponds to the date on which the Parties agreed to the assignment in question (the draft of this assignment was sent to you at the beginning of May).

We still remain waiting for you to send us the document properly executed so that we may complete the corresponding steps and records.

Sincerely,

**Arnaldo Arcay**
Refinery Legal Advisor
Admitted as Foreign Legal Consultant by
the Supreme Court of Texas
Office: +18324865521 (Inter Oficina: 9925521)
Cell Phone: 13462031001

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman