# EXHIBIT C

---------- Original Message ----------
From: "Escarra, Alejandro" <aescarr@citgo.com>
To: DAVID RIVERA <rivera2002@comcast.net>
Cc: "Colbert, Judith" <jcolbe1@citgo.com>, "Guillo, Zoraida" <zguillo@citgo.com>, "Gomez, Rafael" <rgomez@citgo.com>
Date: 12/28/2018 7:50 AM
Subject: RE: [EXT] RE: [EXT] Nuevas Instrucciones Bancarias y Factura Final

Dear Mr. Rivera,

We have completed our review of your request. As you know, the Consulting Agreement dated March 21, 2017 was assigned from PDV USA to PDVSA as of May 10, 2017. From that point forward, PDV USA has had no rights, obligations, or liabilities under the Agreement. No CITGO entity has ever had any involvement with or obligations under the Agreement. We suggest you reach out to PDVSA to discuss your questions relating to the Consulting Agreement.

Respectfully,

**Alejandro Escarrá**

CITGO Petroleum Corporation
832-486-4881 (Direct) 281-352-5170 (Cell)

aescarr@citgo.com

CONFIDENTIALITY NOTICE: The information contained in this transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the person(s) whose name(s) is/are indicated above. If the reader of this notice is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited. If you have received this information in error, please notify the sender named above.