# EXHIBIT D

---------- Original Message ----------
From: "Colbert, Judith" <jcolbe1@citgo.com>
To: DAVID RIVERA <rivera2002@comcast.net>
Cc: "Gottlieb, Michael (MGottlieb@willkie.com)" <MGottlieb@willkie.com>
Date: 02/18/2019 12:13 AM
Subject: Interamerican Consulting Contract

Dear Mr. Rivera,

We have received your email of February 4, 2019. As noted in Mr. Escarra's email of December 28, 2018, CITGO is not a party to the Consulting Agreement, and PDV USA assigned that contract to PDVSA in May 2017. You have stated no basis on which Interamerican Consulting may assert a claim against CITGO for payment under the Consulting Agreement.

Even if that were not the case, at this time it is not clear that any payment could be made to or accepted by Interamerican Consulting with respect to the Consulting Agreement without violating federal law. As you may know, on January 28, 2019, the U.S. Department of Treasury, Office of Foreign Assets Control ("OFAC"), added Petróleos de Venezuela, S.A. ("PDVSA"), to its Specially Designated Nationals ("SDN") List pursuant to Executive Order 13850 ("EO 13850"). As a result, U.S. persons may not provide funds, goods, or services to PDVSA, as a blocked entity, absent an appropriate license. We understand that the services contracted for in the Consulting Agreement, with which CITGO had no involvement, were entirely directed by PDVSA for the benefit of PDVSA. We are unaware of any General License under the sanctions regime that would permit payment to be made under these circumstances. Of course, if you have obtained a license from OFAC with respect to the Consulting Agreement that would allow further payment to be made for PDVSA's benefit, please let us know.

Finally, we acknowledge that you have stated that you are represented by counsel. Accordingly, if your outside counsel wishes to discuss this matter further, he or she may contact our outside counsel, Michael Gottlieb ([mgottlieb@willkie.com](mailto:mgottlieb@willkie.com)), who is copied here. Given that your representation, we ask that you refrain from further outreach to CITGO personnel on this matter.

Of course, this response is without waiver of, and CITGO hereby expressly reserves, all rights and remedies.

Sincerely,

Judith Colbert

General Counsel

CITGO Petroleum Corporation

832-486-4919 (office)