UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

PDV USA, INC.,

               Plaintiff,               20-cv-3699 (JGK)

    - against -                ORDER

INTERAMERICAN CONSULTING INC.,

               Defendant.
---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **July 6, 2021** and to appear for a conference on **July 13, 2021** at 4:30 p.m., dial in: 888-363-4749, access code: 8140049.

SO ORDERED.

Dated:    New York, New York
            June 22, 2021

                                            John G. Koeltl
                                 United States District Judge