UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
PDV USA, INC.                                                          Case No. 20-cv-3699

       Plaintiff,

v.

INTERAMERICAN CONSULTING INC.,

       Defendant.
--------------------------------------------------------X

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    The undersigned hereby appears for defendant Interamerican Consulting Inc.   Please amend your records accordingly and direct all future ECF, mail and telephone inquiries to the addresses and/or numbers below.

Dated: New York, New York
       October 28, 2021

                              Kaiser Saurborn & Mair, P.C.
                              Attorneys for Interamerican Consulting Inc.


                   By:   /s/  Henry L. Saurborn, Jr.
                         Henry L. Saurborn, Jr., Esq.

                        30 Broad Street, 37th floor
                        New York, New York 10004
                        (212) 338-9100 (Telephone)
                        (646) 607-9373 (Direct Fax)
                        saurborn@ksmlaw.com