UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PDV USA, INC.

        Plaintiff,

vs.

                              CASE NO.: 1:20-cv-03699-JGK

INTERAMERICAN CONSULTING, INC.,

        Defendant.

_____

## **MOTION FOR ADMISSION PRO HAC VICE**

Attorney, Jason Johnson, of the law firm Byrd Campbell, P.A., moves the Court under Rule 1.3 of the Local Rules of the United States Court for the Southern and Eastern Districts of New York, for an Order admitting counsel *pro hac vice* to appear for Defendant, INTERAMERICAN CONSULTING, INC., in the above-captioned action.

I am in good standing of the Florida Bar, and there are no pending disciplinary against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the supporting affidavit required under Local Rule 1.3.

Dated: January 12, 2022

        Respectfully Submitted,

        *s/ Jason Johnson*_____
        Jason Johnson, Esq.
        Bar No. 186538
        **BYRD CAMPBELL, P.A.**
        180 Park Avenue North, Suite 2A
        Winter Park, Florida 32789
        Telephone: (407) 392-2285
        Facsimile:  (407) 392-2286
        Email: JJohnson@ByrdCampbell.com
        *Attorney for Defendant*