```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PDV USA, INC,

                  Plaintiff,

      - against -

INTERAMERICAN CONSULTING INC,

                  Defendant.
------------------------------------------------------------X

20-CV-3699 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This matter has been referred to me for general pretrial purposes. Plaintiff filed a letter on January 14, 2022 seeking to compel responses to interrogatories. Defendant has not filed a responsive letter. Accordingly, by **January 24, 2022**, Defendant shall file a responding letter. In the meantime, my Deputy Clerk will schedule a telephone conference to address these issues with the parties.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: January 21, 2022
       New York, New York

Copies transmitted this date to all counsel of record.