# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PDV USA, INC.,                                             Case No. 20-cv-03699 (JGK)

                    Plaintiff,

v.

INTERAMERICAN CONSULTING, INC.,

                    Defendant.

## DEFENDANT'S PRIVILEGE LOG

Defendant, INTERAMERICAN CONSULTING, INC., by and through its undersigned

counsel, under Local Civil Rule 26.2, hereby submits the following privilege log to Plaintiff, PDV

USA, Inc., in conjunction with its Responses to Requests for Production.

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | Nuevas Instrucciones Bancarias y Factura Final | 9/19/18 | David Rivera | Jeff Feldman | Attorney -Client |
| Email | Fwd: re: [EXT] RE: [EXT] Nuevas Instrucciones Bancarias y Factura Final | 12/28/18 | David Rivera | Jeff Feldman | Attorney -Client |
| Email | Fwd: re: [EXT] RE: [EXT] Nuevas Instrucciones Bancarias y Factura Final | 12/31/18 | David Rivera | Jeff Feldman | Attorney -Client |
| Email | Fwd: Nuevas Instrucciones Bancarias y Factura Final | 1/31/19 | David Rivera | Jeff Feldman | Attorney -Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | Fwd: Interamerican Consulting Contract | 5/23/19 | David Rivera | Jeff Feldman | Attorney-Client and Work Product |
| Email | Fwd: Facturacion Pendiente | 7/19/19 | David Rivera | Jeff Feldman | Attorney-Client |
| Email | Re: FARA Counsel | 6/15/20 | David Rivera | Matthew Sanderson | Attorney-Client |
| Email | Re: FARA Counsel | 6/15/20 | David Rivera | Matthew Sanderson | Attorney-Client |
| Email | Re: FARA Counsel | 6/15/20 | David Rivera | Matthew Sanderson | Attorney-Client |
| Email | Re: FARA Counsel | 6/15/20 | David Rivera | Matthew Sanderson | Attorney-Client |
| Email | Retainer Letter Signature Page | 8/24/20 | David Rivera | Jeff Feldman, David Hecht, Lee Boyd and Inirida Cervantes | Attorney-Client |
| Email | RE: Draft MTD brief | 9/27/20 | David Rivera | Jeff Feldman | Attorney-Client |
| Email | Fwd: Documento de Cesion – Contrato de Servicios Profesionales de Consultoria | 9/27/20 | David Rivera | Jeff Feldman | Attorney-Client |
| Email | PDVSA DOJ Investigations | 11/2/20 | David Rivera | Jeff Feldman | Attorney-Client and Work Product |
| Email | Great Wine | 12/25/20 | David Rivera | Jeff Feldman and Susan Latham | Attorney-Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | PDVSA Ad Hoc Board Enabling Statute | 1/19/21 | David Rivera | Lori Weems Evers | Attorney-Client |
| Email | RE: FARA Counsel | 1/28/21 | David Rivera | Matthew Sanderson | Attorney-Client |
| Email | Contingency Agreements | 1/28/21 | David Rivera | Jeffrey Shapiro | Attorney-Client |
| Email | RE: FARA Counsel | 1/28/21 | David Rivera | Matthew Sanderson | Attorney-Client |
| Email | RE: Response Thoughts | 2/3/21 | David Rivera | Jeff Feldman | Attorney-Client |
| Email | Draft Counter-claim | 8/16/21 | David Rivera | Ralph Patino | Attorney-Client |
| Email | Fwd: Draft Counter-claim | 8/18/21 | David Rivera | Ralph Patino | Attorney-Client |
| Text Message | Attorney-Privileged Communication | Undated | Raul Gorrin | David Rivera Josh Goodman | Attorney-Client |
| Email | Re: Email Documentation | 7/17/21 | Esther Nuhfer | David Rivera | Attorney-Client |
| Email | Re: Email Documentation | 7/17/21 | David Rivera | Esther Nuhfer | Attorney-Client |
| Email | Citgo Law Suit | 10/16/20 | David Rivera | Esther Nuhfer | Attorney-Client |
| Email | Fwd: RE: [EXT] RE: [EXT] Nuevas Instruccias Bancarias y Factura Final | 12/28/18 | David Rivera | Jeff Feldman and Esther Nuhfer | Attorney-Client |
| Email | Fwd: RE: [EXT] RE: [EXT] Nuevas Instruccias Bancarias y Factura Final | 12/30/18 | David Rivera | Esther Nuhfer | Attorney-Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | Fwd: Interamerican Consulting Contract | 2/18/19 | David Rivera | Jeff Feldman and Esther Nuhfer | Attorney-Client |
| Email | FW: 1 New Docket Entry for PDV USA, Inc. v. Interamerican Consulting Inc. (1:20-cv-03699) | 11/25/20 | Lori Weems Evers | David Rivera | Attorney-Client |
| Email | Fraud Remedies Checklist (TX) | 1/22/21 | Lori Weems Evers | David Rivera | Attorney-Client |
| Email | RE: How did we forget to mention the attached to me? | 1/23/21 | Lori Weems Evers | David Rivera | Attorney-Client |
| Email | 2021-01-25 PDV USA Memorandum of Law in Opp Mtn to Strike Allegations | 1/29/21 | Lori Weems Evers | David Rivera | Attorney-Client |
| Email | Fwd: Re: PDV USA/Citgo Lawsuit Representation | 11/13/20 | David Rivera | Lori Weems Evers | Attorney-Client |
| Email | Re: Draft Affirmative Defenses | 8/16/21 | David Rivera | Lori Weems Evers | Attorney-Client |
| Email | PDV USA/Citgo | 6/15/20 | David Rivera | Lori Weems Evers | Attorney-Client and Work Product |
| Email | FW: PDV USA v. Interamerican | 6/10/20 | David Rivera | Lori Weems Evers | Attorney-Client and Work Product |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | Re: FW: PDV USA v. Interarmerican | 6/10/20 | David Rivera | Lori Evers | Attorney-Client and Work Product |
| Email | Fwd: PDV USA, Inc. v. Interamerican Consulting Inc. | 5/15/20 | David Rivera | Lori Evers | Attorney-Client |
| Email | Fwd: Rivera/PDV USA – Consulting Agreement | 5/15/20 | David Rivera | Lori Evers | Attorney-Client |
| Email | Re: Pre-Motion Hearing Transcript | 10/16/20 | Lori Evers | David Rivera | Attorney-Client |
| Email | Lori Comments | 12/17/20 | David Rivera | Lori Weems Evers | Attorney-Client |
| Email | Re: Pre-Motion Hearing Transcript | 10/16/20 | David Rivera | Lori Evers | Attorney-Client |
| Email | RE: PDV – Confidential Communication | 5/19/20 | David Rivera | Tucker Byrd and batista007@aol.com | Attorney-Client |
| Email | Fwd: FW: PDV USA v. Interamerican (20-cv-03699-JGK) | 12/7/21 | David Rivera | Esther Nuhfer | Attorney-Client |
| Email | Fwd: FW: PDV USA v. Interamerican (20-cv-03699-JGK) | 12/9/21 | David Rivera | Alex at Sushi Sake Miami | Attorney-Client |
| Email | Fwd: RE: Court Filings – PDV USA, Inc. v. Interamerican Consulting Inc. – Case 1:20-cv-03699-JGK | 9/5/21 | David Rivera | Esther Nuhfer | Attorney-Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | Fwd: Interamerican/PDV USA; Initial Disclosures and Document Production | 9/1/21 | David Rivera | Drive056@fiu.edu | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 9/25/20 | Michael E. DeLarco | David Rivera | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 9/25/20 | Howard Magaliff | David Rivera | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 9/25/20 | Daniel Gildin | David Rivera, David E. Robbins and David J. Kaufmann | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 9/25/20 | Greg Wolfe | David Rivera | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 9/27/20 | Howard Magaliff | David Rivera | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 9/28/20 | Daniel Gildin | David Rivera | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 9/29/20 | Daniel Gildin | David Rivera | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 9/29/20 | Howard Magaliff | David Rivera | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 9/29/20 | Bryce Jones | David Rivera | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 9/30/20 | Bryce Jones | David Rivera | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 10/13/20 | Lauren Weinstein | David Rivera | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 10/16/20 | Howard Magaliff | David Rivera | Attorney-Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | RE: PDV USA/Citgo Legal Representation | 10/16/20 | Jason Solotaroff | David Rivera | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 10/22/20 | Bryce Jones | David Rivera | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 11/2/20 | Howard Magaliff | David Rivera | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 11/6/20 | Lauren Weinstein | David Rivera | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 1/14/21 | Howard Magaliff | David Rivera | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 1/15/21 | Howard Magaliff | David Rivera | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 1/19/21 | Howard Magaliff | David Rivera | Attorney-Client |
| Email | PDV USA/Citgo Legal Representation | 6/15/20 | David Rivera | Megan Siddall | Attorney-Client |
| Email | PDV USA/Citgo Legal Representation | 6/15/20 | David Rivera | Laura Weinstein | Attorney-Client |
| Email | PDV USA/Citgo Legal Representation | 6/15/20 | David Rivera | Greg Wolfe | Attorney-Client |
| Email | PDV USA/Citgo Legal Representation | 6/15/20 | David Rivera | Jacob Alderice | Attorney-Client |
| Email | PDV USA/Citgo Legal Representation | 6/15/20 | David Rivera | Hannah Waite | Attorney-Client |
| Email | PDV USA/Citgo Legal Representation | 6/15/20 | David Rivera | Gabriela Bersuder | Attorney-Client |
| Email | PDV USA/Citgo Legal Representation | 6/15/20 | David Rivera | Kade Olsen | Attorney-Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | PDV USA/Citgo Legal Representation | 6/15/20 | David Rivera | John Thompson and J.R. Skrabanek | Attorney-Client |
| Email | PDV USA/Citgo Legal Representation | 6/15/20 | David Rivera | Bryce Jones | Attorney-Client |
| Email | PDV USA/Citgo Legal Representation | 6/15/20 | David Rivera | Adam Kaufmann | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 6/15/20 | David Rivera | Bryce Jones | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 6/16/20 | David Rivera | Bryce Jones | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 6/16/20 | David Rivera | Greg Wolfe | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 6/16/20 | David Rivera | Lauren Weinstein | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 6/17/20 | David Rivera | Lauren Weinstein | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 6/18/20 | David Rivera | Greg Wolfe | Attorney-Client |
| Email | PDV USA/Citgo Legal Representation | 7/15/20 | David Rivera | William Dreyer | Attorney-Client |
| Email | PDV USA/Citgo Legal Representation | 7/15/20 | David Rivera | Todd Wengrovsky | Attorney-Client |
| Email | Re: PDV USA/Citgo Legal Representation | 7/16/20 | David Rivera | Bryce Jones | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 9/25/20 | David Rivera | Greg Wolfe | Attorney-Client |
| Email | Re: PDV USA/Citgo Lawsuit Representation | 9/29/20 | David Rivera | Bryce Jones | Attorney-Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | Re: PDV USA/Citgo Lawsuit Representation | 9/29/20 | David Rivera | Bryce Jones | Attorney -Client |
| Email | Re: PDV USA/Citgo Lawsuit Representation | 9/30/20 | David Rivera | Bryce Jones | Attorney -Client |
| Email | RE: PDV USA/Citgo Lawsuit Representation | 10/12/20 | David Rivera | Lauren Weinstein | Attorney -Client |
| Email | RE: PDV USA/Citgo Lawsuit Representation | 10/13/20 | David Rivera | Lauren Weinstein | Attorney -Client |
| Email | RE: PDV USA/Citgo Lawsuit Representation | 10/16/20 | David Rivera | Lauren Weinstein | Attorney -Client |
| Email | RE: PDV USA/Citgo Lawsuit Representation | 10/16/20 | David Rivera | Bryce Jones | Attorney -Client |
| Email | Fwd: Re: PDV USA/Citgo Lawsuit Representation | 11/13/20 | David Rivera | Lori Weems Evers | Attorney -Client |
| Email | Re: PDV USA/Citgo Lawsuit Representation | 11/13/20 | David Rivera | Lauren Weinstein | Attorney -Client |
| Email | PDV USA/Citgo Legal Representation | 6/15/20 | David Rivera | Ronald Meltzer and Reginald Brown | Attorney -Client |
| Email | PDV USA/Citgo Legal Representation | 6/15/20 | David Rivera | George Conway | Attorney -Client |
| Email | PDV USA/Citgo Legal Representation | 6/15/20 | David Rivera | Michael Delarco | Attorney -Client |
| Email | RE: PDV USA/Citgo Legal Representation | 9/25/20 | David Rivera | Michael DeLarco | Attorney -Client |
| Email | PDV USA/Citgo Legal Representation | 9/25/20 | David Rivera | David Schwartz | Attorney -Client |
| Email | PDV USA/Citgo Legal Representation | 9/25/20 | David Rivera | Joseph Tacopina | Attorney -Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | PDV USA/Citgo Legal Representation | 9/25/20 | David Rivera | Howard Magaliff | Attorney-Client |
| Email | PDV USA/Citgo Legal Representation | 9/25/20 | David Rivera | Daniel Gildn and David Kaufmann | Attorney-Client |
| Email | PDV USA/Citgo Legal Representation | 9/25/20 | David Rivera | Daniel Gildin and David Kaufmann | Attorney-Client |
| Email | PDV USA/Citgo Legal Representation | 9/25/20 | David Rivera | Marc Rapaport | Attorney-Client |
| Email | PDV USA/Citgo Legal Representation | 9/25/20 | David Rivera | Oren Giskan, Jason Solotaroff, Catherine Anderson | Attorney-Client |
| Email | PDV/USA Citgo Legal Representation | 9/25/20 | David Rivera | Adam Klein | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 9/26/20 | David Rivera | Daniel Gildin and David Kaufmann | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 9/26/20 | David Rivera | Howard Magaliff | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 9/27/20 | David Rivera | Howard Magaliff | Attorney-Client |
| Email | Re: PDV USA/Citgo Legal Representation | 9/28/20 | David Rivera | Daniel Gildin | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 9/29/20 | David Rivera | Howard Magaliff | Attorney-Client |
| Email | RE: PDV USA/Citgo Legal Representation | 10/16/20 | David Rivera | Howard Magaliff | Attorney-Client |
| Email | Re: PDV USA/Citgo Legal Representation | 10/17/20 | David Rivera | Jason Solotaroff | Attorney-Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | RE: PDV USA/Citgo Legal Representation | 1/15/21 | David Rivera | Howard Magaliff | Attorney-Client |
| Email | Fwd: RE: PDV USA/Citgo Legal Representation | 1/19/21 | David Rivera | Lori Weems Evers | Attorney-Client |
| Email | RE: PDV USA v. Interamerican | 9/29/20 | Daniel Gildin | David Rivera | Attorney-Client |
| Email | FW: PDV USA v. Interamerican | 10/2/20 | Daniel Gildin | David Rivera | Attorney-Client |
| Email | RE: FW: PDV USA v. Interamerican | 10/12/20 | Daniel Gildin | David Rivera | Attorney-Client |
| Email | RE: FW: PDV USA v. Interamerican | 10/16/20 | Daniel Gildin | David Rivera | Attorney-Client |
| Email | RE: PDV USA v. Interamerican Consulting | 5/22/20 | David Rivera | Louis Fogel | Attorney-Client |
| Email | Fwd: Rivera/PDV USA – Consulting Agreement | 5/18/20 | David Rivera | Len.Collins@gmail.com | Attorney-Client |
| Email | Fwd: PDV USA, Inc. v. Interamerican Consulting Inc. | 5/18/20 | David Rivera | Felix Lasarte | Attorney-Client |
| Email | Re: FW: PDV USA v. Interamerican | 10/2/20 | David Rivera | Daniel Gildin | Attorney-Client |
| Email | Re: FW: PDV USA v. Interamerican | 10/12/20 | David Rivera | Daniel Gildin | Attorney-Client |
| Email | Re: FW: PDV USA v. Interamerican | 10/16/20 | David Rivera | Daniel Gildin | Attorney-Client |
| Email | Re: PDV USA Opposition to Motions to Dismiss/Strike | 1/26/21 | Lee Boyd | David Rivera, Jeff Feldman and David Hecht | Attorney-Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | FW: Activity in Case 1:20-cv-03699-JGK PDV USA, Inc. v. Interamerican Consulting Inc. Motion for Extension of Time to File Answer | 8/3/21 | Lee Boyd | David Rivera and David Hecht | Attorney-Client |
| Email | Re: Retainer Letter Signature Page | 8/24/20 | David Hecht | David Rivera, Jeff Feldman, Lee Boyd, Inirida Cervantes and Selina Kyle | Attorney-Client |
| Email | FW: PDV USA v. Interamerican | 10/21/20 | Lee Boyd | David Rivera, Jeff Feldman and David Hecht | Attorney-Client |
| Email | Re: PDV USA v. Interamerican | 10/21/20 | David Rivera | Lee Boyd, Jeff Feldman and David Hecht | Attorney-Client |
| Email | Fwd: PDV USA v. Interamerican | 7/1/21 | Jeff Feldman | David Rivera | Attorney-Client |
| Email | Re: PDV USA v. Interamerican | 7/1/21 | Lee Boyd | Sarah Wastler, Michael Gottlieb, Jeffrey Korn, Pia Williams Keevil and Shira Feldman | Attorney-Client |
| Email | Re: PDV USA v. Interamerican | 6/30/21 | Lee Boyd | Sarah Wastler, Michael Gottlieb, Jeffrey Korn, Pia Williams Keevil and Shira Feldman | Attorney-Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | Re: PDV USA v. Interamerican | 6/28/21 | Lee Boyd | Sarah Wastler, Michael Gottlieb, Jeffrey Korn, Pia Williams Keevil and Shira Feldman | Attorney-Client |
| Email | Fwd: PDV USA v. Interamerican | 7/1/21 | Jeff Feldman | David Rivera | Attorney-Client |
| Email | Fwd: Tweets and Sanctions Motion | 7/1/21 | Jeff Feldman | David Rivera | Attorney-Client |
| Email | Fwd: PDV USA v. Interamerican | 7/1/21 | Jeff Feldman | David Rivera | Attorney-Client |
| Email | Countercliam 2 | 7/2/21 | Jeff Feldman | David Rivera | Attorney-Client |
| Email | Fwd: PDV USA v. Interamerican | 7/29/21 | Jeff Feldman | David Rivera | Attorney-Client |
| Email | Fwd: PDV USA v. Interamerican | 7/29/21 | Jeff Feldman | David Rivera | Attorney-Client |
| Email | Fwd: Contrato de Cesion a Petroleos de Venezuela, S.A. (PDV USA – Interamerican Consulting) | 9/27/20 | David Rivera | Jeff Feldman | Attorney-Client |
| Email | Fwd: PDV USA Summons | 8/12/20 | David Rivera | Drive056@fiu.edu | Attorney-Client |
| Email | Re: FW: David Rivera/PDV USA, Inc. | 6/6/20 | David Rivera | Inirida Cervantes and Jeff Feldman | Attorney-Client |
| Email | Fwd: PDV USA Summons | 5/13/20 | David Rivera | Drive056@fiu.edu | Attorney-Client |
| Email | RE: Citgo/PDV USA Assignment Proposals | 12/2/20 | David Rivera | Jeff Feldman | Attorney-Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | PDV Contract Assignmnet | 9/27/20 | David Rivera | Jeff Feldman | Attorney-Client |
| Email | Re: Updated Motions and Declaration | 12/18/20 | Shira Feldman | Alan Alvela, David Rivera, Jeff Feldman and Lee Boyd | Attorney-Client |
| Email | RE: Updated Motions and Declaration | 12/18/20 | Jeff Feldman | Shira Feldman and David Rivera | Attorney-Client |
| Email | Re: Updated Motions and Declarations | 12/18/20 | Shira Feldman | Jeff Feldman and David Rivera | Attorney-Client |
| Email | RE: PDV USA, Inc. v. Interamerican Consulting Inc. – Conference Call with Jeff Feldman | 11/10/20 | Inirida Cervantes | David Rivera and Lee Boyd | Attorney-Client |
| Email | Re: PDV USA, Inc. v. Interamerican Consulting Inc. – Conference Call with Jeff Feldman | 11/10/20 | Lee Boyd | Inirida Cervantes and David Rivera | Attorney-Client |
| Email | Re: PDV USA, Inc. v. Interamerican Consulting Inc. – Conference Call with Jeff Feldman | 11/10/20 | Lee Boyd | David Rivera and Inirida Cervantes | Attorney-Client |
| Email | RE: PDV USA, Inc. v. Interamerican Consulting Inc. – Conference Call with Jeff Feldman | 11/10/20 | Inirida Cervantes | Lee Boyd and David Rivera | Attorney-Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | Re: PDVSA/PDV USA / Phone Call? | 11/27/20 | Jeff Feldman | Shira Feldman, David Rivera, Lee Boyd and Alan Alvela | Attorney-Client |
| Email | Re: PDV Contract Assignmnet | 11/27/20 | Shira Feldman | David Rivera, Jeff Feldman, Lee Boyd and Alan Alvela | Attorney-Client |
| Email | Re: PDV USA Assignment Email 1 | 11/27/20 | Shira Feldman | David Rivera, Jeff Feldman, Lee Boyd and Alan Alvela | Attorney-Client |
| Email | Re: PDVSA/PDV USA / Phone Call? | 11/28/20 | Lee Boyd | David Rivera, Shira Feldman, Jeff Feldman and Alan Alvela | Attorney-Client |
| Email | Re: PDVSA/PDV USA / Phone Call? | 11/30/20 | Shira Feldman | Lee Boyd, David Rivera, Jeff Feldman and Alan Alvela | Attorney-Client |
| Email | Re: PDVSA/PDV USA / Phone Call? | 11/30/20 | Jeff Feldman | Shira Feldman, Lee Boyd, David Rivera, Alan Alvela and Inirdia Cervantes | Attorney-Client |
| Email | Re: Interamerican Consulting Contract | 12/1/20 | Shira Feldman | David Rivera, Jeff Feldman, Lee Boyd and Alan Alvela | Attorney-Client |
| Email | Re: Citgo/PDV USA Assignment Proposals | 12/2/20 | Shira Feldman | David Rivera, Jeff Feldman, Lee Boyd and Alan Alvela | Attorney-Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | Re: Certified English Translations | 12/2/20 | Shira Feldman | David, Jeff Feldman, Lee Boyd and Alan Alvela | Attorney-Client |
| Email | Re: Certified English Translations | 12/9/20 | Shira Feldman | David, Jeff Feldman, Lee Boyd and Alan Alvela | Attorney-Client |
| Email | Updated Motions and Declaration | 12/17/20 | Alan Alvela | David Rivera, Jeff Feldman, Lee Boyd and Shira Feldman | Attorney-Client |
| Email | Re: Updated Motions and Declaration | 12/18/20 | Alan Alvela | David Rivera, Jeff Feldman, Lee Boyd and Shira Feldman | Attorney-Client |
| Email | Re: PDV USA, Inc. v. Interamerican Consulting Inc. – Conference Call with Jeff Feldman | 11/9/20 | Inirida Cervantes | David Rivera and Lee Boyd | Attorney-Client |
| Email | Draft MTD brief | 9/25/20 | Lee Boyd | David Rivera and Jeff Feldman | Attorney-Client |
| Email | RE: Draft MTD brief | 9/26/20 | Jeff Feldman | Lee Boyd and David Rivera | Attorney-Client |
| Email | RE: Draft MTD brief | 9/27/20 | Jeff Feldman | Lee Boyd and David Rivera | Attorney-Client |
| Email | Re: Draft MTD brief | 9/27/20 | Lee Boyd | Jeff Feldman and David Rivera | Attorney-Client |
| Email | Re: Revised Draft MTD Letter | 9/27/20 | Jeff Feldman | Shira Feldman, David Rivera and Lee Boyd | Attorney-Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | Re: Revised Draft MTD Letter | 9/27/20 | Lee Boyd | David Rivera, Jeff Feldman and Shira Feldman | Attorney-Client |
| Email | Re: PDV USA Letter Response | 10/6/20 | Jeff Feldman | David Rivera and Lee Boyd | Attorney-Client |
| Email | Fwd: Activity in Case 1:20-cv-03699-JGK PDV USA, Inc. v. Interamerican Consulting Inc. Order | 10/8/20 | Lee Boyd | Jeff Feldman and David Rivera | Attorney-Client |
| Email | FW: Contrato de Cesion a Petroleos de Venezuela, S.A. (PDV USA – Interamerican Consulting) | 10/9/20 | Jeff Feldman | Lee Boyd and David Rivera | Attorney-Client |
| Email | FW: Documento de Cesion – Contrato de Servicios Profesionales de Consultoria | 10/9/20 | Jeff Feldman | Kathryn (Lee) Boyd and David Rivera | Attorney-Client |
| Email | Re: Documento de Cesion – Contrato de Servicios Profesionales de Consultoria | 10/9/20 | Lee Boyd | David Rivera, Jeff Feldman, Alan Alvela and Shira Feldman | Attorney-Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | Re: New filings in PDV USA, Inc. v. Interamerican Consulting Inc.: TRANSCRIPT of Proceedings re: CONFERENCE held on 10/8/2020 before Judge John G. Koeltl. Court Reporter/Transcriber: Michael McDaniel, (212) 805-0300. Transcript may be viewed at the | 10/13/20 | Lee Boyd | David Rivera | Attorney-Client |
| Email | Re: PDV USA v. Interamerican | 10/22/20 | Lee Boyd | David Rivera and Jeff Feldman | Attorney-Client |
| Email | FW: Activity in Case 1:20-cv-03699-JGK PDV USA, Inc. v. Interamerican Consulting Inc. Amended Complaint | 10/30/20 | Lee Boyd | Jeff Feldman and David Rivera | Attorney-Client |
| Email | Re: Activity in Case 1:20-cv-JGK PDV USA, Inc. v. Interamerican Consulting Inc. Amended Complaint | 10/30/20 | Jeff Feldman | Lee Boyd and David Rivera | Attorney-Client |
| Email | Re: Activity in Case 1:20-cv-JGK PDV USA, Inc. v. Interamerican Consulting Inc. Amended Complaint | 11/6/20 | Jeff Feldman | Lee Boyd and David Rivera | Attorney-Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | RE: Activity in Case 1:20-cv-03699-JGK PDV USA, Inc. v. Interamerican Consulting Inc. Amended Complaint | 11/9/20 | Jeff Feldman | Lee Boyd and David Rivera | Attorney -Client |
| Email | PDV USA, Inc. v. Interamerican Consulting Inc. – Conference Call with Jeff Feldman | 11/9/20 | Inirida Cervantes | David Rivera and Kathryn (Lee) Boyd | Attorney -Client |
| Email | Re: PDV USA, Inc. v. Interamerican Consulting Inc. – Conference Call with Jeff Feldman | 11/10/20 | David Rivera | Inirida Cervantes and Kathryn (Lee) Boyd | Attorney -Client |
| Email | RE: PDVSA Ad Hoc Board Enabling Statute | 11/20/20 | David Rivera | Jeff Feldman and Lee Boyd | Attorney -Client |
| Email | Fwd: PDV Contract Assignment | 11/27/20 | David Rivera | Shira Feldman, Jeff Feldman, Lee Boyd and Alan Alvela | Attorney -Client |
| Email | PDV USA Assignment Email 1 | 11/27/20 | David Rivera | Shira Feldman, Jeff Feldman, Lee Boyd and Alan Alvela | Attorney -Client |
| Email | PDV USA Assignment Email 2 | 11/27/20 | David Rivera | Shira Feldman, Jeff Feldman, Lee Boyd and Alan Alvela | Attorney -Client |
| Email | PDV USA Assignment Email 3 | 11/27/20 | David Rivera | Shira Feldman, Jeff Feldman, Lee Boyd and Alan Alvela | Attorney -Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | Re: PDVSA/PDV USA / Phone Call? | 11/27/20 | David Rivera | Shira Feldman, Jeff Feldman, Lee Boyd and Alan Alvela | Attorney-Client |
| Email | Fwd: Interamerican Consulting Contract | 12/1/20 | David Rivera | Shira Feldman, Jeff Feldman, Lee Boyd and Alan Alvela | Attorney-Client |
| Email | Ad Hoc Board Power Point Slide on Interamerican Contract | 12/1/20 | David Rivera | Shira Feldman, Jeff Feldman, Lee Boyd and Alan Alvela | Attorney-Client |
| Email | Citgo/PDV USA Assignment Proposals | 12/2/20 | David Rivera | Shira Feldman, Jeff Feldman, Lee Boyd and Alan Alvela | Attorney-Client |
| Email | Re: Certified English Translations | 12/9/20 | David Rivera | Shira Feldman, Jeff Feldman, Lee Boyd and Alan Alvela | Attorney-Client |
| Email | Re: Updated Motions and Declaration | 12/17/20 | David Rivera | Alan Alvela, Jeff Feldman, Lee Boyd and Shira Feldman | Attorney-Client |
| Email | Re: FYI | 12/18/20 | David Rivera | Lee Boyd, Jeff Feldman, Shira Feldman and Alan Alvela | Attorney-Client |
| Email | Re: Updated Motions and Declaration | 12/18/20 | David Rivera | Shira Feldman, Jeff Feldman, Lee Boyd and Alan Alvela | Attorney-Client |
| Email | Re: Revised Draft MTD Letter | 9/27/20 | David Rivera | Jeff Feldman, Shira Feldman and Lee Boyd | Attorney-Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | Re: PDV USA Letter Response | 10/5/20 | David Rivera | Lee Boyd and Jeff Feldman | Attorney-Client |
| Email | Re: Documento de Cesion – Contrato de Servicios Profesionales de Consultoria | 10/9/20 | David Rivera | Lee Boyd and Jeff Feldman | Attorney-Client |
| Email | Re: Documento de Cesion – Contrato de Servicios Profesionales de Consultoria | 10/9/20 | David Rivera | Lee Boyd, Jeff Feldman, Alan Alvela and Shira Feldman | Attorney-Client |
| Email | Fwd: New filings in PDV USA, Inc. v. Interamerican Consulting Inc.: TRANSCRIPT of Proceedings re: CONFERENCE held on 10/8/2020 before Judge John G. Koeltl. Court Reporter/Transcriber: Michael McDaniel, (212) 805-0300. Transcript may be viewed at the | 10/13/20 | David Rivera | Lee Boyd | Attorney-Client |
| Email | FW: Activity in Case 1:20-cv-03699-JGK PDV USA, Inc. v. Interamerican Consulting Inc. Order on Motion for Extension of Time to Answer | 8/4/21 | Lee Boyd | David Rivera | Attorney-Client |
| Email | Re: Chronology and False Statements | 9/27/21 | Lee Boyd | David Rivera and David Hecht | Attorney-Client |
| Email | RE: Chronology and False Statements | 10/18/21 | David Hecht | David Rivera and Lee Boyd | Attorney-Client |

21

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | FW: Media query for Rep. Rivera / PDV USA | 1/28/21 | Lee Boyd | Jeff Feldman and David Rivera | Attorney-Client |
| Email | Re: Response Thoughts | 2/4/21 | Lee Boyd | David Rivera, Jeff Feldman, Shira Feldman and Alan Alvela | Attorney-Client |
| Email | Re: US Sanctions defense | 2/5/21 | Lee Boyd | David Rivera and Jeff Feldman | Attorney-Client |
| Email | Re: US Sanctions defense | 2/5/21 | Lee Boyd | David Rivera and Jeff Feldman | Attorney-Client |
| Email | Re: FW: Media query for Rep. Rivera / PDV USA | 1/28/21 | David Rivera | Lee Boyd and Jeff Feldman | Attorney-Client |
| Email | Wire Transfer and Rescission Documents | 1/29/21 | David Rivera | Jeff Feldman, Lee Boyd, Shira Feldman and Alan Alvela | Attorney-Client |
| Email | Response Thoughts | 2/1/21 | David Rivera | Lee Boyd, Jeff Feldman, Shira Feldman and Alan Alvela | Attorney-Client |
| Emails | Re: US Sanctions defense | 2/5/21 | David Rivera | Lee Boyd and Jeff Feldman | Attorney-Client |
| Email | PDV USA FARA Filing | 2/7/21 | David Rivera | Lee Boyd, Jeff Feldman, Shira Feldman and Alan Alvela | Attorney-Client |
| Email | Citgo PDV USA Amended Complaint | 8/11/21 | David Rivera | Lee Boyd and Jeff Feldman | Attorney-Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | RE: Citgo/PDV USA Assignment Proposals | 12/2/20 | Jeff Feldman | David Rivera | Attorney-Client |
| Email | Re: Activity in Case 1:20-cv-03699-JGK PDV USA, Inc. v. Interamerican Consulting Inc. Amended Complaint | 11/9/20 | Inirida Cervantes | Jeff Feldman and David Rivera | Attorney-Client |
| Email | RE: PDV USA v. Interamerican Consulting | 5/21/20 | Louis Fogel | David Rivera | Attorney-Client |
| Email | FW: PDV USA v. Interamerican | 5/21/20 | Lori Evers | David Rivera | Attorney-Client |
| Email | RE: PDV – Confidential Communication | 5/19/20 | David Rivera | Tucker Byrd and batista007@gmail.com | Attorney-Client |
| Email | Rivera/PDV USA – Consulting Agreement | 5/14/20 | Inirida Cervantes | David Rivera and Jeff Feldman | Attorney-Client |
| Email | Re: Rivera/PDV USA – Consulting Agreement | 5/15/20 | Lori Evers | David Rivera | Attorney-Client |
| Email | RE: PDV USA, Inc. v. Interamerican Consulting, Inc. | 5/18/20 | Felix Lasarte | David Rivera | Attorney-Client |
| Email | Draft of Letter to Guillermo Blanco at PDV USA Inc. _ 7-22-19.pdf | 7/22/19 | Jeff Feldman | David Rivera | Attorney-Client |
| Email | FW: PDV USA, Inc./ Inter-American Consulting Inc. – Proposed Letter to Guillermo Blanco | 12/20/19 | Inirida Cervantes | David Rivera | Attorney-Client and Work Product |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | Fwd: Draft of Letter to Guillermo Blanco at PDV USA Inc._7-22-19.pdf | 7/22/19 | David Rivera | Esther Nuhfer | Attorney-Client |
| Email | Fwd: FW: PDV USA, Inc./Inter-American Consulting Inc. – Proposed Letter to Guillermo Blanco | 12/20/19 | David Rivera | Esther Nuhfer | Attorney-Client |
| Email | Citgo: As discussed, do you have any problem with this verbiage? | 12/18/18 | David Rivera | Jeff Feldman | Attorney-Client |
| Email | FW: Inter American Consulting/PDV USA, Inc.: Draft Retainer Letter | 6/17/19 | Jeff Feldman | David Rivera | Attorney-Client |
| Email | Fwd: PDV USA Final Report.docx | 7/19/19 | David Rivera | Jeff Feldman | Attorney-Client |
| Email | PDV USA Inc. – 2019 Delaware Annual Franchise Tax Report – filed 01_14_20.pdf | 3/11/20 | Jeff Feldman | David Rivera | Attorney-Client |
| Email | Fwd: Board of Directors PDV USA, Inc. | 1/8/20 | David Rivera | Esther Nuhfer | Attorney-Client |
| Email | FW: engagement agreement and bios | 8/14/20 | Jeff Feldman | David Rivera | Attorney-Client |
| Email | RE: ALERT: Contact Received From Your FindLaw Website | 9/25/20 | Howard Magaliff | David Rivera | Attorney-Client |
| Email | RE: ALERT: Contact Received from Your FindLaw Website | 9/25/20 | Daniel Gildin | David Rivera, David Robbins and David Kaufmann | Attorney-Client |

| Type of Document | Subject Matter | Date of Document | Author | Addressee(s) | Privilege Asserted |
|---|---|---|---|---|---|
| Email | FW: Activity in Case 1:20-cv-03699-JGK PDV USA, Inc. v. Interamerican Consulting Inc. Amended Complaint | 11/9/20 | Jeff Feldman | Inirida Cervantes and David Rivera | Attorney-Client |
| Email | Re: Great Wine | 12/25/20 | Jeff Feldman | David Rivera and Susan Latham | Attorney-Client |
| Email | RE: FARA Counsel | 1/28/21 | Matthew Sanderson | David Rivera | Attorney-Client |
| Email | RE: Response Thoughts | 2/3/21 | Jeff Feldman | David Rivera | Attorney-Client |
| Email | Wire | 4/20/21 | Susan Latham | David Rivera and Jeff Feldman | Attorney-Client |
| Email | RE: Draft Counter-claim | 8/18/21 | Ralph Patino | David Rivera | Attorney-Client |
| Email | Privileged emails with counsel | Beginning 5/19/20 through present | David Rivera | Tucker Byrd, Min Cho, Jason Johnson, Andrew Domingoes and Paralegals | Attorney-Client |

Dated: March 3, 2022.

/s/ Jason Johnson
**Tucker H. Byrd**
Florida Bar No. 381632
**Min Cho**
Florida Bar No. 754331
**Jason Johnson**
Florida Bar No. 186538
**BYRD CAMPBELL, P.A**.
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: MCho@ByrdCampbell.com
*Counsel for Defendant/Counter-Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2022, a copy of the foregoing has been furnished

via electronic mail to all counsel of record as follows:

Jeffrey B. Korn, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
JKorn@Willkie.com

Michael J. Gottlieb, Esq.
Sarah Wastler, Esq.
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
MGottlieb@Willkie.com
SWastler@Willkie.com

/s/ Tucker H. Byrd, Esq.
Tucker H. Byrd

26