# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PDV USA, INC.,                                          Case No. 20-cv-03699 (JGK)

                          Plaintiff,

v.

CONSULTING AGREEMENT AT ISSUE IN
THIS CASE. CONSULTING, INC.,

                          Defendant.

## <u>DEFENDANT'S  PRIVILEGE LOG</u>

Defendant, CONSULTING AGREEMENT AT ISSUE IN THIS CASE. CONSULTING,

INC., by and through its undersigned counsel, under Local Civil Rule 26.2, hereby submits the

following log to Plaintiff, PDV USA, Inc., in conjunction with its Responses to Requests for

Production.

| Type of Document | Participants in Conversation (Including David Rivera) | Subject-Matter | Privilege | Date/Time |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 12/07/2021 19:52:44 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/28/2021 09:31:51 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/28/2021 09:31:17 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/28/2021 09:25:25 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/27/2021 13:16:57 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/21/2021 09:12:49 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/20/2021 09:08:16 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/18/2021 12:44:48 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/18/2021 11:15:26 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/17/2021 09:51:36 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 04/30/2021 17:26:06 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 04/30/2021 16:44:45 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case/Attorney/Client Communication | Non-Responsive/Attorney-Client Privilege | 08/23/2021 16:31:19 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2019 09:43:23 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2019 09:05:43 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2019 09:02:46 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2019 13:26:24 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2019 09:43:05 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2019 09:07:31 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2019 09:07:31 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/19/2020 09:29:49 |
|---|---|---|---|---|
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 01/29/2021 10:17:41 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 01/21/2021 21:59:41 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 01/16/2021 12:50:42 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 01/16/2021 08:18:28 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 01/15/2021 22:54:49 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 01/14/2021 21:21:50 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 10/08/2020 12:11:59 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Attorney-Client Privilege | 09/27/2020 10:41:03 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/20/2020 07:03:34 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/18/2020 14:32:58 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/03/2019 11:18:05 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Attorney-Client Privilege | 07/17/2019 16:01:39 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/27/2019 18:05:47 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Attorney-Client Privilege | 02/26/2019 16:21:10 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Attorney-Client Privilege | 02/25/2019 18:28:58 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Attorney-Client Privilege | 02/25/2019 15:05:50 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Attorney-Client Privilege | 02/25/2019 14:55:35 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Attorney-Client Privilege | 02/25/2019 14:54:02 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/13/2019 19:01:28 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/13/2019 14:35:55 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/12/2019 10:29:51 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/11/2019 10:23:13 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/09/2019 10:43:39 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/08/2019 09:21:49 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case/Attorney/Client Communication | Non-Responsive | 02/07/2019 09:47:38 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/06/2019 23:43:23 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/06/2019 23:04:13 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/31/2019 21:45:22 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 1/31/2019 21:43 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/31/2019 20:23:01 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/31/2019 20:22:07 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/31/2019 17:46:13 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/29/2019 20:26:30 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/29/2019 13:30:28 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case | Non-Responsive | 01/29/2019 13:30:05 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case | Non-Responsive | 01/29/2019 13:29:29 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Attorney-Client Privilege | 08/09/2018 20:14:02 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Attorney-Client Privilege | 02/24/2018 14:31:20 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 2/13/2019 19:02 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/18/2020 14:45:00 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 5/18/2020 14:43 |
| WhatsApp Message | | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/13/2019 19:00:56 |
| WhatsApp Message | Raul Gorrin | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive/Attorney-Client Privilege | 02/12/2019 11:57:41 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 08/31/2018 13:04:26 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 5/24/2017 10:36 |
| WhatsApp Message | Counsel | Attorney/Client Communication privilege | Attorney-Client Privilege | 05/04/2017 17:51:25 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/04/2017 12:31:56 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/18/2022 11:54:42 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/26/2021 16:12:58 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/26/2021 14:01:19 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 06/24/2021 19:41:45 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/13/2021 09:13:32 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 12/07/2021 18:44:10 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/23/2021 16:31:19 |
| WhatsApp Message | Unknown | business discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 2/7/2019 9:02 |
| WhatsApp Message | Unknown | business discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2019 09:07:31 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 06/24/2021 20:04:39 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 04/29/2021 18:59:02 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 02/06/2021 12:05:32 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 01/28/2021 12:27:43 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 01/28/2021 12:26:36 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 01/15/2021 22:54:49 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 01/15/2021 08:46:35 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 10/30/2020 17:40 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 10/30/2020 17:38 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 10/30/2020 17:36 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 10/30/2020 17:28:15 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 9/27/2020 11:03 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 9/27/2020 10:53 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 09/27/2020 10:41:03 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 09/27/2020 09:56:19 |

| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 09/27/2020 09:24:18 |
|---|---|---|---|---|
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 09/27/2020 09:22:36 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 09/27/2020 05:34:28 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 08/24/2020 15:00:52 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 07/13/2020 13:19:23 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 05/22/2020 17:14:31 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 05/20/2020 07:03:34 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 07/18/2019 17:46:23 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 07/18/2019 17:08:06 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 07/18/2019 17:07:41 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 07/18/2019 17:06:40 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 07/18/2019 17:04:34 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 07/18/2019 16:57:37 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 07/18/2019 16:57:02 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 07/18/2019 16:53:07 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 07/18/2019 16:52:11 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 07/18/2019 16:26:34 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 07/18/2019 16:23:05 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 07/17/2019 16:01:39 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 07/17/2019 15:41:42 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 06/16/2019 08:59:40 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 06/13/2019 13:43:13 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 02/13/2019 19:01:28 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/13/2019 14:35:55 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/12/2019 10:29:51 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/29/2019 13:30:28 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/29/2019 13:29:29 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 03/13/2018 22:06:31 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 03/13/2018 21:45:46 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/24/2021 20:24:47 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client | 05/31/2020 21:41:51 |
| WhatsApp Message | Counsel | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/14/2019 21:04:42 |
| WhatsApp Message | Counsel | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/13/2019 19:02:21 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 05/30/2018 16:22:03 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 05/13/2020 13:35:04 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/12/2019 11:57:41 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/31/2018 13:35:40 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 12/17/2018 14:48:22 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Attorney-Client Privilege | 04/16/2018 08:41:01 |
| WhatsApp Message | Raul Gorrin | Attorney/Client Communication | Attorney-Client Privilege | 10/06/2017 11:56:53 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 10/03/2017 13:52:31 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 07/25/2017 17:59:03 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 07/18/2017 17:15:32 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 05/25/2017 10:17:26 |
| WhatsApp Message | Raul Gorrin | Attorney/Client Communication | Attorney-Client Privilege | 5/24/2017 10:36 |
| WhatsApp Message | Counsel | Attorney/Client Communication | Attorney-Client Privilege | 04/23/2017 21:52:22 |
| WhatsApp Message | Raul Gorrin | Attorney/Client Communication | Attorney-Client Privilege | 04/23/2017 15:54:23 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/20/2017 15:50:07 |
| WhatsApp Message | Raul Gorrin | Attorney/Client Communication | Attorney-Client Privilege | 11/10/2017 08:30:42 |
| WhatsApp Message | Raul Gorrin | Attorney/Client Communication | Attorney-Client Privilege | 11/10/2017 08:08:35 |
| WhatsApp Message | Raul Gorrin | Attorney/Client Communication | Attorney-Client Privilege | 11/09/2017 20:37:59 |
| WhatsApp Message | Raul Gorrin | Attorney/Client Communication | Attorney-Client Privilege | 11/09/2017 20:37:44 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/18/2022 16:43:10 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/10/2022 14:44:24 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/10/2022 09:34:00 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/27/2021 12:05:03 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/26/2021 15:45:05 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/21/2021 09:12:49 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/20/2021 09:08:16 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/20/2021 09:04:05 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/20/2021 08:36:42 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/20/2021 08:36:08 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/20/2021 08:36:00 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/17/2021 09:51:36 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 09/23/2021 10:24:29 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 8/26/2021 14:01 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 04/30/2021 16:43:52 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 12/28/2019 21:47:02 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 04/07/2018 12:54:51 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Non-Responsive | 12/17/2017 20:52:07 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/31/2021 18:28 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/26/2021 17:11:37 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/15/2021 12:24 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 4/11/2021 12:23 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/30/2020 09:35:51 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/28/2020 08:48:36 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 09/03/2020 08:27:22 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/16/2022 15:16:36 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/14/2022 07:39:07 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/12/2022 17:47:19 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 1/12/2022 17:47 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/12/2022 17:47:18 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/11/2022 19:24:12 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/17/2021 8:40 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/16/2021 16:48:18 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/12/2022 15:48:19 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/11/2022 19:16:25 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 11/22/2021 10:39:06 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/31/2020 13:49:36 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/04/2020 14:24:15 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2020 13:33:40 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/10/2022 08:48:00 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 11/22/2021 11:20:32 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 11/22/2021 11:12:04 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/15/2021 19:02:03 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2019 13:46:32 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2019 09:37:45 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2019 09:05:43 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 1/10/2022 8:47 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 11/22/2021 11:21:42 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 11/22/2021 11:21:06 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 07/25/2019 20:12:27 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 07/15/2019 16:04:35 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2019 14:37:25 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2019 13:45:40 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2019 09:35:48 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2019 09:23:31 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2019 09:07:31 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/29/2019 17:36:02 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 12/18/2020 08:13:25 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 8/3/2019 11:18 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Attorney-Client Privilege | 6/27/2019 18:05 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/25/2019 14:58:32 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/31/2019 21:43:23 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/28/2019 19:11:19 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/06/2018 22:36:40 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/06/2021 22:26:14 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/06/2021 17:17:34 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 09/19/2019 13:52:22 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 09/19/2019 13:46:54 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/18/2021 08:12:32 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/19/2021 16:59:17 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/09/2021 22:54:13 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/31/2020 13:49:50 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2020 13:33:40 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Non-Responsive | 05/04/2018 16:58:25 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/11/2018 10:19:25 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 04/11/2017 21:18:54 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Non-Responsive | 04/09/2017 12:48:03 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/04/2021 08:53:37 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/21/2020 22:41:47 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/21/2020 22:41:33 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 12/28/2019 16:35:32 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/16/2019 20:02:13 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/28/2018 12:49:03 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/28/2018 12:48:33 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 04/18/2017 20:19:57 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 04/18/2017 16:43:26 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 04/18/2017 16:43:01 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/04/2021 10:58:28 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/20/2021 13:15:39 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/06/2021 06:38:45 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/03/2021 08:42:01 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/03/2021 08:39:04 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/02/2021 19:26:18 |
| WhatsApp Message | Unknown | responsiveness/ under review | Non-Responsive | 05/28/2020 08:37:51 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 5/15/2020 21:34 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/05/2020 15:46:26 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/23/2019 22:58:15 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/22/2020 09:15:22 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/22/2020 09:15:14 |
|---|---|---|---|---|
| WhatsApp Message | Raul Gorrin | Attorney/Client Communication | | 07/31/2017 15:48:28 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/22/2020 09:15:22 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/22/2020 09:15:14 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/15/2020 13:18:48 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/15/2020 12:47:39 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/11/2020 14:50:21 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/07/2020 09:36:53 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/05/2020 11:39:48 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/05/2020 11:38:49 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 12/17/2019 19:23:55 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/26/2019 14:20:52 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/14/2019 16:58:13 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/11/2019 23:43:35 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/02/2019 10:21:46 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/01/2019 18:24:09 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/01/2019 11:00:55 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/31/2019 08:46:20 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/28/2019 16:51:56 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/24/2019 14:09:46 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/24/2019 08:56:29 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/23/2019 08:14:07 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/22/2019 11:43:34 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/21/2019 11:19:05 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/18/2019 10:21:25 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/15/2019 19:04:54 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/09/2019 18:32:35 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/25/2018 08:13:30 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 09/26/2018 14:12:57 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/22/2018 19:46:10 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/10/2018 17:27:05 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/10/2018 14:35:38 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/10/2018 09:31:34 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/07/2018 22:37:59 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/06/2018 14:31:55 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/04/2018 20:57:43 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/04/2018 20:56:12 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/02/2018 11:40:54 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/01/2018 17:32:25 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 07/28/2018 11:46:05 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 07/28/2018 09:07:47 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 07/27/2018 23:40:03 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 07/05/2018 06:59:03 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/04/2018 14:51:47 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/04/2018 14:51:19 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/23/2018 08:09:49 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/21/2018 05:06:44 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/20/2018 17:55:25 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/09/2018 14:49:43 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/04/2018 12:15:08 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 04/17/2018 16:33:35 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 04/09/2018 11:08:17 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/05/2018 09:56:52 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/02/2018 11:10:07 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2018 20:54:37 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2018 20:50:58 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/03/2018 19:16:29 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/03/2018 19:14:00 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/03/2018 19:09:13 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/03/2018 19:07:17 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/03/2018 18:51:05 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/03/2018 18:47:08 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/03/2018 18:36:49 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/03/2018 18:36:29 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/16/2018 13:55:51 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/15/2018 13:03:45 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/16/2017 11:17:19 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/09/2017 16:23:15 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/07/2017 18:16:25 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Non-Responsive | 07/17/2019 20:44:47 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/24/2019 10:35:34 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/23/2019 22:05:38 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/23/2019 22:05:23 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/12/2019 09:37:06 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/10/2019 10:05:21 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/10/2019 10:04:15 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 12/17/2018 19:29:48 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 12/17/2018 19:28:50 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 08/05/2018 15:16:10 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Attorney-Client Privilege | 05/26/2018 12:42:57 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/01/2018 09:13:02 |
| WhatsApp Message | Raul Gorrin | Attorney/Client Communication | Attorney-Client Privilege | 04/10/2018 10:18:57 |
| WhatsApp Message | Raul Gorrin | political discussion unrelated to Consulting Agreement at issue in this case. | Attorney-Client Privilege | 04/09/2018 19:19:08 |
| WhatsApp Message | Raul Gorrin | Attorney/Client Communication | Attorney-Client Privilege | 04/06/2018 11:09:15 |
| WhatsApp Message | Raul Gorrin | Attorney/Client Communication | Attorney-Client Privilege | 08/14/2017 20:25:57 |
| WhatsApp Message | Raul Gorrin | Attorney/Client Communication | Attorney-Client Privilege | 07/22/2017 22:00:16 |
| WhatsApp Message | Raul Gorrin | Attorney/Client Communication | Attorney-Client Privilege | 02/20/2017 07:50:06 |
| WhatsApp Message | Raul Gorrin | Attorney/Client Communication | Attorney-Client Privilege | 02/20/2017 07:48:31 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/19/2017 22:03:09 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 09/26/2018 14:12:57 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Attorney-Client Privilege | 11/10/2017 09:36:05 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 11/10/2015 20:52:48 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 4/22/2021 16:16 |

| | | | | |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/03/2017 22:40:48 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/03/2017 21:13:59 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Attorney-Client Privilege | 11/01/2017 21:39:19 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 7/12/2019 11:27 |
| WhatsApp Message | Unknown | business discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 04/21/2019 15:05:11 |
| WhatsApp Message | Raul Gorrin | Attorney/Client Communication | Attorney-Client Privilege | 5/24/2017 10:36 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Attorney-Client Privilege | 4/23/2017 15:54 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Attorney-Client Privilege | 4/23/2017 13:13 |
| WhatsApp Message | Unknown | business discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 04/05/2017 15:00:50 |
| WhatsApp Message | Unknown | Attorney/Client Communication | Attorney-Client Privilege | 03/31/2017 10:27:39 |
| WhatsApp Message | Unknown | personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 04/05/2018 11:47:25 |
| WhatsApp Message | Raul Gorrin | Attorney/Client Communication | Attorney-Client Privilege | 12/17/2017 20:52:07 |
| WhatsApp Message | Unknown | personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 07/10/2017 23:42:23 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/26/2019 15:00:25 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 01/15/2019 21:33:15 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/31/2018 21:08:27 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/27/2017 18:06:10 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case | Non-Responsive | 02/04/2017 12:14:08 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case | Non-Responsive | 02/04/2017 12:13:57 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/27/2017 18:06:02 |
| WhatsApp Message | Unknown | Personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 09/14/2015 12:44:11 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 06/17/2020 11:46:35 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 04/7/2018  12:54 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/09/2019 17:55:00 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 05/01/2018 09:13:02 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 04/04/2018 20:30:44 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/23/2018 18:45:41 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 10/2/2018 17:09 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/31/2018 14:22:23 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/28/2018 19:58:29 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/28/2018 19:57:20 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/27/2018 21:11:08 |

| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/27/2018 17:30:31 |
|---|---|---|---|---|
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/23/2018 19:41:49 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/23/2018 18:46:12 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/22/2018 13:53:29 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/21/2018 20:14:15 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/21/2018 19:49:19 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/21/2018 18:42:46 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 3/21/2018 17:14 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 03/21/2018 16:57:20 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2019 09:37:45 |
| WhatsApp Message | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive | 02/07/2019 09:35:48 |
| Counsel | | Attorney-Client | | 04/06/2017 15:39:54 |

Dated: March 3, 2022.

_s/ Jason Johnson_

**Tucker H. Byrd**
Florida Bar No. 381632
**Min Cho**
Florida Bar No. 754331
**Jason Johnson**
Florida Bar No. 186538
**BYRD CAMPBELL, P.A**.
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: MCho@ByrdCampbell.com
_Counsel for Defendant/Counter-Plaintiff_

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2022, a copy of the foregoing has been furnished

via electronic mail to all counsel of record as follows:

Jeffrey B. Korn, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
JKorn@Willkie.com

Michael J. Gottlieb, Esq.
Sarah Wastler, Esq.
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
MGottlieb@Willkie.com
SWastler@Willkie.com

/s/ Tucker H. Byrd, Esq.
Tucker H. Byrd