# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PDV USA, INC.,

          Plaintiff,

v.

UNRELATED TO CONSULTING
AGREEMENT AT ISSUE IN THIS CASE.
CONSULTING, INC.,

          Defendant.

Case No. 20-cv-03699 (JGK)

---

## DEFENDANT'S PRIVILEGE LOG

Defendant, UNRELATED TO CONSULTING AGREEMENT AT ISSUE IN THIS CASE. CONSULTING, INC., by and through its undersigned counsel, under Local Civil Rule 26.2, hereby submits the following privilege log to Plaintiff, PDV USA, Inc., in conjunction with its Responses to Requests for Production.

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 5/11/2019 22:01 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 9/3/2020 15:48 | Rhonda Lopez | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 1/28/2021 10:52 | Rey Lastre | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 1/28/2021 10:33 | Rey Lastre | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 1/28/2021 10:31 | Rey Lastre | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 1/17/2021 23:55 | Rey Lastre | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 1/19/2021 8:16 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 1/19/2021 8:14 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/19/2021 8:11 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/19/2021 8:07 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/18/2021 12:00 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 7/30/2020 9:33 | Rowdy Rebman Lopez, Jorge Rebman Lopez | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|--------|-----------|-------------------------------------|---------|--------------------|
| Text Msg | 6/30/2020 14:04 | Rowdy Rebman Lopez, Jorge Rebman Lopez | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 8/31/2021 18:28 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/23/2021 20:26 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 12/27/2020 8:51 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 12/27/2020 8:24 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 9/7/2020 7:43 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 8/31/2020 18:10 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 7/30/2020 15:07 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/26/2020 8:59 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|--------|-----------|-------------------------------------|---------|--------------------|
| Text Msg | 6/22/2020 8:13 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/22/2020 8:10 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 5/11/2020 14:50 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 4/11/2020 10:35 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 4/5/2020 19:54 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 3/28/2020 20:03 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 3/2/2020 9:30 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 2/24/2020 9:02 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 2/18/2020 21:46 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 2/17/2020 15:19 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 2/17/2020 15:11 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 2/17/2020 13:02 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 2/6/2020 14:26 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 5/27/2020 18:03 | Carolina Sivoli | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 5/19/2020 17:04 | Carolina Sivoli | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 5/5/2020 11:35 | Carolina Sivoli | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 3/26/2020 14:07 | Carolina Sivoli | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/27/2021 14:03 | 13057982467 | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|--------|-----------|-------------------------------------|---------|--------------------|
| Text Msg | 6/27/2021 14:03 | Marco Rubio | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 5/25/2018 17:31 | Marco Rubio | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 10/26/2020 17:11 | Esther Nuhfer | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 5/27/2020 10:14 | Esther Nuhfer | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 12/28/2019 18:28 | Esther Nuhfer | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 10/4/2018 16:25 | Esther Nuhfer | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 3/27/2018 14:14 | Esther Nuhfer | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 3/16/2018 16:39 | Esther Nuhfer | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 3/16/2018 16:39 | Esther Nuhfer | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 12/28/2019 21:47 | Sofia Rivera | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 4/7/2018 12:54 | Sofia Rivera | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 12/29/2019 10:24 | 17032981260 | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/23/2019 22:59 | 17032981260 | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 12/18/2020 8:19 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 8/3/2019 11:18 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 6/27/2019 18:06 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/31/2019 21:43 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/28/2019 19:11 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 12/6/2017 18:22 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 12/6/2017 18:22 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/31/2020 12:41 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 10/25/2019 8:52 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/21/2020 22:51 | Giancarlo Puppio | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/21/2020 22:41 | Giancarlo Puppio | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/21/2020 20:56 | Giancarlo Puppio | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/21/2020 20:56 | Giancarlo Puppio | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/21/2018 19:01 | Unknown | Personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 6/21/2018 19:00 | Unknown | Personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 12/29/2019 1:56 | 15182813994 | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 12/29/2019 1:56 | 15182813994 | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 2/4/2021 8:54 | Bertica Cabrera | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/21/2020 22:43 | Bertica Cabrera | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/21/2020 22:42 | Bertica Cabrera | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 2/8/2019 10:23 | Bertica Cabrera | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 5/23/2018 9:54 | Bertica Cabrera | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 4/5/2018 14:48 | Bertica Cabrera | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 1/18/2021 8:10 | Maria Elvira Salazar | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 5/17/2020 9:32 | Maria Elvira Salazar | Discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/26/2020 18:51 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 5/16/2020 6:38 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 5/16/2020 6:38 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 5/15/2020 0:18 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 8/31/2020 10:46 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 1/6/2020 6:20 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/23/2019 22:09 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 6/13/2019 9:05 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/13/2019 9:05 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 5/16/2020 13:04 | Al Cardenas | Attorney/Client Communication | Non-Responsive |
| Text Msg | 6/22/2020 9:52 | Pete Sessions | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 7/6/2019 9:48 | Pete Sessions | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 7/6/2019 9:45 | Pete Sessions | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 7/6/2019 9:42 | Pete Sessions | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 7/30/2020 13:03 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 7/30/2020 13:52 | Esther Nuhfer, Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 7/25/2020 12:29 | Esther Nuhfer, Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 5/16/2020 7:17 | Claudia Miro | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 5/19/2020 14:38 | Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 7/30/2020 19:46 | Esther Nuhfer, Unknown, Rowdy Rebman Lopez, Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 5/7/2020 10:34 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/21/2020 20:25 | Carolina Sivoli, Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 1/15/2021 7:14 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:13 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:15 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|--------|-----------|-------------------------------------|---------|--------------------|
| Text Msg | 1/15/2021 8:16 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:18 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:19 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:20 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:22 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:22 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:23 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:32 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:42 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 1/15/2021 8:44 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:44 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:46 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 22:01 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 22:54 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 22:55 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 23:01 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 23:07 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 23:10 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 1/16/2021 12:07 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/16/2021 12:08 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/16/2021 12:09 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/16/2021 12:10 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/17/2021 0:28 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/17/2021 10:22 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/17/2021 10:41 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/17/2021 11:10 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/17/2021 11:11 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 1/17/2021 11:12 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/17/2021 11:19 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/18/2021 15:22 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/18/2021 16:30 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/18/2021 16:31 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/18/2021 16:35 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/18/2021 18:01 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/18/2021 18:16 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/18/2021 22:26 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 1/18/2021 22:49 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/18/2021 22:59 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/18/2021 23:04 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/19/2021 0:15 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/19/2021 8:05 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/19/2021 8:07 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/19/2021 8:07 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/19/2021 8:09 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/19/2021 8:11 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|--------|-----------|-------------------------------------|---------|--------------------|
| Text Msg | 1/23/2021 15:50 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/26/2021 22:01 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/29/2019 13:31 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/29/2019 13:31 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/29/2019 13:31 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 2/6/2019 19:32 | Max Alvarez | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 2/6/2021 12:05 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 2/9/2020 11:40 | Miguel Siso | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 2/11/2019 15:19 | Max Alvarez | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|--------|-----------|-------------------------------------|---------|--------------------|
| Text Msg | 2/12/2019 10:30 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 2/13/2019 14:35 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 2/13/2019 14:36 | Max Alvarez | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 2/18/2019 11:21 | Max Alvarez | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 3/2/2018 9:35 | Esther Nuhfer | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 3/2/2020 15:37 | Carolina Sivoli and Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 4/21/2020 20:06 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 5/13/2020 13:58 | Lori Weems | Attorney/Client communications | Attorney-Client privilege |
| Text Msg | 5/16/2020 6:38 | Lori Weems | Attorney/Client communications | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 5/16/2020 10:16 | Lori Weems | Attorney/Client communications | Attorney-Client privilege |
| Text Msg | 5/16/2020 10:41 | Lori Weems | Attorney/Client communications | Attorney-Client privilege |
| Text Msg | 5/16/2020 13:04 | Al Cardenas | Attorney/Client communications | Attorney-Client privilege |
| Text Msg | 5/21/2020 6:17 | Tucker Byrd | Attorney/Client communications | Attorney-Client privilege |
| Text Msg | 5/23/2018 9:54 | Bertica Cabrera | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/16/2019 9:00 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 6/24/2021 20:05 | Tucker Byrd | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 7/2/2020 13:46 | Loren Granoff | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 7/12/2021 10:54 | Tucker Byrd | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 7/18/2019 16:23 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 7/18/2019 16:26 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 7/18/2019 16:52 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 7/18/2019 16:53 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 7/18/2019 16:57 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 7/18/2019 16:58 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 7/18/2019 17:04 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 7/18/2019 17:06 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 7/18/2019 17:07 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 7/18/2019 17:08 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 7/18/2019 17:47 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 8/25/2020 21:54 | Tucker Byrd | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 9/8/2018 13:11 | Esther Nuhfer | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 9/27/2020 9:33 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 9/27/2020 9:33 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 10/8/2020 11:46 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 10/8/2020 11:46 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 10/8/2020 11:50 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 10/8/2020 14:20 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 10/8/2020 14:23 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 10/8/2020 14:47 | Lee Boyd | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 10/18/2020 9:46 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 10/18/2020 9:50 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 10/31/2020 7:53 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 10/31/2020 7:53 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 11/2/2020 23:24 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 11/2/2020 23:30 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|--------|-----------|-------------------------------------|---------|--------------------|
| Text Msg | 11/2/2020 23:35 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 12/6/2017 18:22 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 12/6/2017 18:22 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 12/31/2017 0:44 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 12/31/2017 1:04 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 8/2/2018 10:14 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 7/25/2020 0:28 | Rhonda Lopez | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 4/10/2019 23:34 | Rhonda Lopez | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 2/5/2020 8:26 | Rowdy Rebman Lopez, Jorge Rebman Lopez | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|--------|-----------|-------------------------------------|---------|---------------------|
| Text Msg | 6/17/2020 12:26 | Carolina Sivoli, Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 3/31/2018 10:13 | Esther Nuhfer | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 9/6/2018 22:11 | Sofia Rivera | Personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 9/6/2018 21:59 | Sofia Rivera | Personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 7/10/2018 8:51 | Sofia Rivera | Personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 5/23/2018 13:32 | Sofia Rivera | Personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 9/23/2018 14:45 | Unknown | Personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 1/23/2021 13:47 | Unknown | Personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 3/7/2018 9:04 | Unknown | Personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|--------|-----------|-------------------------------------|---------|--------------------|
| Text Msg | 8/16/2020 11:37 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/5/2019 17:20 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 8/16/2020 11:28 | Rowdy Rebman Lopez, Unknown, Jorge Rebman Lopez | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 11/10/2017 10:26 | Unknown | Attorney/Client communication | Attorney-Client Privilege |
| Text Msg | 7/1/2020 19:48 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 6/19/2020 12:51 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 4/14/2020 9:41 | Esther Nuhfer, Unknown, Unknown, Unknown, Unknown, Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 1/30/2021 14:47 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/23/2021 15:50 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 1/19/2021 8:12 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/19/2021 8:09 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/19/2021 8:05 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/19/2021 0:15 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/18/2021 23:36 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/18/2021 22:59 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/18/2021 22:59 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/18/2021 22:49 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/18/2021 22:26 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 1/18/2021 20:56 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/18/2021 16:46 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/18/2021 16:31 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/18/2021 15:22 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/17/2021 13:43 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/17/2021 12:07 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/17/2021 11:12 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/17/2021 11:11 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/17/2021 10:59 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 1/17/2021 10:41 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/17/2021 10:22 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/17/2021 0:28 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/16/2021 12:11 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 23:10 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 23:09 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 23:08 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 23:07 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 22:55 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|--------|-----------|-------------------------------------|---------|--------------------|
| Text Msg | 1/15/2021 8:42 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:28 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:20 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:19 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:16 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:15 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:13 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:12 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 8:01 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 5/23/2020 8:33 | Carolina Sivoli, | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 11/27/2020 7:38 | Esther Nuhfer | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 5/1/2021 8:25 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/16/2021 12:11 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/16/2021 8:18 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/15/2021 22:54 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/14/2021 21:22 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 8/3/2019 11:18 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 2/26/2019 16:21 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 2/13/2019 14:35 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 2/12/2019 10:30 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 2/11/2019 10:23 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 2/9/2019 10:44 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 2/8/2019 9:22 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 2/7/2019 9:47 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 2/6/2019 23:43 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 2/6/2019 23:04 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/31/2019 21:45 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 1/31/2019 21:43 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/31/2019 20:21 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/31/2019 17:46 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/29/2019 13:31 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/29/2019 13:31 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/29/2019 13:31 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/29/2019 13:31 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/29/2019 13:31 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 1/29/2019 13:31 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 11/29/2018 5:58 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 8/9/2018 20:14 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 12/31/2017 0:54 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 12/31/2017 0:51 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 12/31/2017 0:44 | Jeff Feldman | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 10/23/2021 9:24 | Unknown | Personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 2/6/2019 23:02 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 2/6/2019 22:59 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 1/25/2021 19:31 | Unknown | Attorney/Client Communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 1/25/2021 19:03 | Unknown | Attorney/Client Communication | Attorney-Client privilege |
| Text Msg | 2/13/2019 19:43 | Max Alvarez | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 2/13/2019 16:39 | Max Alvarez | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 2/13/2019 14:36 | Max Alvarez | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 2/12/2019 18:05 | Max Alvarez | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 2/11/2019 10:50 | Max Alvarez | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 2/9/2019 15:01 | Max Alvarez | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 2/7/2019 0:29 | Max Alvarez | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 8/20/2021 14:51 | Tucker Byrd | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|--------|-----------|-------------------------------------|---------|--------------------|
| Text Msg | 8/20/2021 14:48 | Tucker Byrd | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 8/20/2021 14:47 | Tucker Byrd | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 8/20/2021 7:49 | Tucker Byrd | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 7/12/2021 10:54 | Tucker Byrd | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 7/10/2021 9:05 | Tucker Byrd | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 6/25/2021 10:01 | Tucker Byrd | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 6/25/2021 10:00 | Tucker Byrd | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 5/25/2020 13:13 | Tucker Byrd | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 5/18/2020 14:45 | Tucker Byrd | Attorney/Client communication | Attorney-Client privilege |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|--------|-----------|-------------------------------------|---------|--------------------|
| Text Msg | 11/27/2020 7:37 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 11/21/2020 7:31 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 10/8/2020 11:46 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 5/16/2020 6:38 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 11/27/2020 7:37 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 5/16/2020 13:04 | Al Cardenas | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 10/21/2020 11:31 | Louis Fogel | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 9/29/2020 12:22 | Unknown | Attorney/Client Communication | Attorney-Client privilege |
| Text Msg | 5/18/2020 10:48 | Miguel Siso | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|--------|-----------|-------------------------------------|---------|---------------------|
| Text Msg | 2/8/2021 12:23 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 5/28/2020 23:53 | Giancarlo Puppio | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 5/16/2020 6:38 | Lori Weems | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 5/16/2020 13:04 | Al Carendas | Attorney/Client communication | Attorney-Client privilege |
| Text Msg | 02/20/2019 07:38:00 | Marco Rubio | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 07/27/2021 08:30:02 | Esther Nuhfer | personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 04/17/2020 15:39:16 | Esther Nuhfer | Personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 04/17/2020 15:34:04 | Esther Nuhfer | Personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 07/29/2018 11:45:20 | Esther Nuhfer | personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|---|---|---|---|---|
| Text Msg | 07/29/2018 11:40:50 | Esther Nuhfer | personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 04/08/2018 16:22:15 | Esther Nuhfer | personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 04/08/2018 10:11:06 | Esther Nuhfer | personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 04/07/2018 18:06:38 | Esther Nuhfer | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 04/07/2018 18:02:29 | Esther Nuhfer | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 01/31/2018 22:55:14 | Esther Nuhfer | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 01/31/2018 11:40:40 | Esther Nuhfer | Personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 05/09/2019 16:53:34 | Bertica Cabrera | Personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 01/16/2019 07:56:45 | Bertica Cabrera | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|--------|-----------|-------------------------------------|---------|--------------------|
| Text Msg | 09/16/2018 20:52:28 | Bertica Cabrera | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 03/30/2020 15:43:41 | Pete Sessions | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 03/28/2018 18:25:49 | Pete Sessions | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 03/28/2018 16:49:53 | Pete Sessions | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 04/07/2018 12:54:50 | Unknown | political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 11/26/2020 09:07:35 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 01/10/2019 11:01:08 | Unknown | Political discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 1/10/2022 14:26 | Unknown | personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |
| Text Msg | 1/9/2018 12:29 | Unknown | personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |

| Format | Date/Time | Participants Including David Rivera | Subject | Privilege Asserted |
|--------|-----------|-------------------------------------|---------|---------------------|
| Text Msg | 1/9/2018 12:26 | Unknown | personal discussion unrelated to Consulting Agreement at issue in this case. | Non-Responsive |

Dated: March 3, 2022.

/s/ Jason Johnson
**Tucker H. Byrd**
Florida Bar No. 381632
**Min Cho**
Florida Bar No. 754331
**Jason Johnson**
Florida Bar No. 186538
**BYRD CAMPBELL, P.A**.
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: MCho@ByrdCampbell.com
*Counsel for Defendant/Counter-Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 3, 2022, a copy of the foregoing has been furnished

via electronic mail to all counsel of record as follows:

Jeffrey B. Korn, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
JKorn@Willkie.com

Michael J. Gottlieb, Esq.
Sarah Wastler, Esq.
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
MGottlieb@Willkie.com
SWastler@Willkie.com

/s/ Tucker H. Byrd, Esq.
Tucker H. Byrd