# EXHIBIT G

 An official website of the United States government

🏛 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.

🔒 **The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

🌐 En Español    ✉ Contact Us    🔗 Quick Links

View the latest ICE guidance on COVID-19

**ICE Check-in**
Get information about how to check in with your local ICE Office here.
Reportándose con ICE: Obtenga información sobre cómo reportarse a su oficina local de ICE aquí.
🌐 View in other languages

 U.S. Immigration and Customs Enforcement

Search: [                    ]

Call **1-866-DHS-2-ICE**    Report Crime

JANUARY 15, 2020 • MIAMI, FL • FINANCIAL CRIMES

# Venezuelan attorney and businessman added to ICE Most Wanted List for conspiracy to violate the Foreign Corrupt Practices Act and money laundering



MIAMI – U.S. Immigration and Customs Enforcement's (ICE) Homeland Security Investigations (HSI) announced earlier this month the addition of Raul Antonio De La Santisima Trinidad Gorrin Belisario, a Venezuelan attorney and businessman, to its Most Wanted list for conspiracy to violate the Foreign Corrupt Practices Act (FCPA) and several counts of money laundering. The action follows an indictment filed August 16, 2017, in the Southern District of Florida, Gorrin Belisario's subsequent escape from justice, and the updated FinCEN advisory (FIN-2019-A002, published by the U.S. Treasury Department's Financial Crimes Enforcement Network May 3, 2019) regarding widespread public corruption in Venezuela.

The indictment alleges that Gorrin Belisario, 50, a Venezuelan citizen with a residence in Miami, Florida, paid millions of dollars in bribes to two high-level Venezuelan officials to secure the rights to conduct foreign currency exchange transactions at favorable rates for the Venezuelan government. In addition to wiring money to bribe the officials, he allegedly purchased and paid expenses for them related to private jets, yachts, homes, champion horses, high-end watches, and a fashion line. To conceal the bribery payments, Gorrin Belisario made payments through multiple shell companies. Furthermore, he allegedly partnered with other subjects to acquire Banco Peravia, a bank in the Dominican Republic, to launder bribes paid to Venezuelan officials and stash the illicit proceeds of the scheme.

Gorrin Belisario was last seen in Caracas, Venezuela, and currently remains at-large.

ICE warns the public to not attempt apprehending the subject. If you have information about the whereabouts of this fugitive, immediately contact your local U.S. Immigration and Customs Enforcement (ICE) office or call the national hotline at 1-866-DHS-2-ICE as soon as possible.

# ICE Homeland Security Investigations' Role in Combating Foreign Corruption

In 2003, ICE HSI established the Foreign Corruption Investigations Group (FCIG) to conduct investigations into laundering the proceeds of foreign public corruption, bribery or embezzlement. The investigations are worked jointly with representatives of the victimized foreign government. The FCIG's objectives are to prevent foreign-derived, ill-gotten gains from entering the U.S. financial infrastructure, to seize identified assets in the U.S., and to repatriate these funds to victimized governments.

HSI's success in foreign corruption cases is based on the experience gained during the course of previous, complex financial investigations. HSI is uniquely positioned as the leading U.S. transnational law enforcement agency possessing customs and immigration enforcement authority, as well as expertise in international money laundering investigations and asset forfeiture. Collectively, these organizational attributes aid in identifying, seizing, and repatriating forfeited stolen assets.

## About ICE Homeland Security Investigations

ICE Homeland Security Investigations (HSI) is the largest investigative arm of the Department of Homeland Security and a vital U.S. asset in combating criminal organizations illegally exploiting America's travel, trade, financial and immigration systems. It investigates violations of more than 400 federal laws, including all types of cross-border criminal activities involving child exploitation, commercial trade, fraud, financial crimes, human rights violations and human smuggling, national security and public safety threats, terrorism, narcotics and weapons smuggling, and other types of contraband. ICE HSI special agents also conduct investigations aimed at protecting critical infrastructure industries that are vulnerable to sabotage, attack or exploitation.

With over 6,790 special agents and 700 intelligence analysts assigned to more than 210 cities throughout the U.S. as well as 80 overseas offices around the globe, ICE HSI works many of its cases alongside investigators from the FBI, Europol, INTERPOL, along with other local, state, federal, and foreign law enforcement agencies.

Updated: 01/20/2021

### MEDIA INQUIRIES

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

### CONNECT WITH #ICE

- Facebook
- Twitter
- YouTube
- Instagram
- Flickr
- LinkedIn
- RSS

### INFORMATION LIBRARY

- Detention Policies
- Facility Inspections
- Fact Sheets
- Federal Register Notices
- Forms
- Freedom of Information Act
- Legal Notices
- Metrics
- Speeches & Testimonies
- Statements
- Statistics

### PARTNERS

- DHS
- USCIS
- TSA
- FEMA
- USSS
- CISA
- CBP
- USCG
- FLETC

Accessibility   Accountability   Archive   Data   Intellectual Property Policy   No Fear Act   OIG
Privacy Policies   Site Map   Site Policies & Plugins   Web Content Inventory