# EXHIBIT J

Page 1

1         UNITED STATES DISTRICT COURT

2         SOUTHERN DISTRICT OF NEW YORK

3             CASE NO.:  20-CV-3699

4  PDV USA, INC.,

5                 Plaintiff,

6  vs.

7  INTERAMERICAN CONSULTING INC.,

8                 Defendant.
   _____/

9

10

11         VIDEOTAPED DEPOSITION OF

12     INTERGLOBAL YACHT MANAGEMENT, LLC

13           BY:  JOEL BRAKHA

14

15

16       Monday, February 28, 2022
         10:07 a.m. - 2:58 p.m.

17

18

19         Alexander F. Fox, P.A.
         1 Alhambra Plaza, Suite 1225

20           Coral Gables, Florida

21

22

23     Stenographically Reported By:
         Gina Rodriguez, RPR, CRR

24

25

```
                                              Page 2
 1    APPEARANCES:
 2
      On behalf of Plaintiff PDV USA, Inc.:
 3         WILLKIE FARR & GALLAGHER LLP
           787 Seventh Avenue
 4         New York, New York 10019
           (212)728-8000
 5         BY:  BRADY SULLIVAN, ESQUIRE
           bsullivan@willkie.com
 6         BY:  JEFFREY B. KORN, ESQUIRE
           jkorn@willkie.com
 7
 8
      On behalf of Defendant Interamerican Consulting
 9    Inc.:
           BYRD CAMPBELL
10         180 Park Avenue North
           Suite 2A
11         Winter Park, Florida 32789
           (407)392-2285
12         BY:  JASON JOHNSON, ESQUIRE
           jjohnson@byrdcampbell.com
13
14
15    On behalf of the Deponent Joel Brakha:
           ROBERT L. GARDANA, P.A.
16         12350 S.W. 132nd Court
           Suite 204
17         Miami, Florida 33186
           (305)358-0000
18         BY:  ROBERT L. GARDANA, ESQUIRE
           gardanalaw@gmail.com
19
           ALEXANDER F. FOX, P.A
20         1 Alhambra Plaza
           Suite 1225
21         Coral Gables, Florida 33134
           (305)448-1033
22         BY:  ALEXANDER F. FOX, ESQUIRE
           alexfox@alexanderfoxlaw.com
23
24
25
```

1   APPEARANCES CONTINUED:

2   ALSO PRESENT:

3   Michael Montalvo, Videographer

4   David Rivera

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

                          I N D E X
Examination                                        Page
JOEL BRAKHA
Direct                 By Mr. Sullivan            7
Cross                  By Mr. Johnson           155
Cross                  By Mr. Gardana           167
                     E X H I B I T S
No.                                                Page
Exhibit 1        Subpoena to Testify at a          8
                 Deposition in a Civil Action

Exhibit 2        Notice of Subpoena to            13
                 Interglobal Yacht Management,
                 LLC for the Production of
                 Documents
Exhibit 3        2017 Florida Limited             33
                 Liability Company Annual
                 Report
Exhibit 4        2022 Florida Limited             33
                 Liability Company Annual
                 Report
Exhibit 5        2017 Florida Limited             45
                 Liability Company Annual
                 Report
Exhibit 6        2022 Florida Limited             45
                 Liability Company Annual
                 Report
Exhibit 7        Consulting Agreement             59
Exhibit 8        Contract for Services            73
Exhibit 9        2017 Consulting Payments from    73
                 Interamerican Consulting,
                 Inc. to Interglobal Yacht
                 Management, LLC

Exhibit 10       Text messages                    92

Page 5

```
 1                    E X H I B I T S
 2   No.                                              Page
 3   Exhibit 11      Contract for Services between    102
                     Interamerican Consulting,
 4                   Incorporated and PG and
                     Associates, IYM SUPPLEMENTAL
 5                   RESPONSE 000288
 6   Exhibit 12      Contract for Services between    102
                     Interamerican Consulting,
 7                   Incorporated and
                     Communicationg Solutions,
 8                   SUPPLEMENTAL RESPONSE 000290
 9   Exhibit 13      Ferrari S.p.A. - Sales           109
                     Experience Web Survey, email
10                   dated 4/7/16, IYM
                     SUPPLEMENTAL RESPONSE 000153
11
     Exhibit 14      Yacht Management Contract        115
12                   between Cascading
                     Investments, Ltd and
13                   Interglobal Yacht Management,
                     LLC, IYM SUPPLEMENTAL
14                   RESPONSE 000267- 286
15   Exhibit 15      LP Los Gastos Fijos email        120
                     dated 3/11/17, IYM
16                   SUPPLEMENTAL RESPONSE 000082
17   Exhibit 16      Letter dated 10/19/21 from       127
                     Robert L. Gardana re Subpoena
18
     Exhibit 17      email dated 9/5/17, LP edo de    133
19                   Cta a 9-1-17
20   Exhibit 18      Photo                            139
21   Exhibit 19      Interglobal Yacht Management,    139
                     LLC, M/Y La Pellegrina -
22                   Escrow Account Ending
                     Balance:  $0.00, IYM
23                   SUPPLEMENTAL RESPONSE 000186
                     - 264
24
25
```

```
1           THE VIDEOGRAPHER:  Good morning.  We're now
2       on the video record.  My name is
3       Michael Montalvo on behalf of Veritext Legal
4       Solutions.  Today is Monday, February 28, 2022.
5       And the time is 10:07 a.m.  This is the
6       deposition of Joel Brakha in the matter of
7       PDV USA Inc. versus Interamerican Consulting
8       Inc.
9           May counsel please state their appearances
10      for the record and after this the court reporter
11      will swear in the witness.
12          MR. SULLIVAN:  Brady Sullivan for PDV USA.
13          MR. JOHNSON:  Jason Johnson of the
14      Byrd Campbell firm of Winter Park, Florida for
15      Interamerican Consulting.
16          MR. GARDANA:  Robert Gardana and
17      Alexander Fox on behalf of the deponent.
18          MR. KORN:  Jeffrey Korn of Willkie Farr &
19      Gallagher.
20          THE COURT REPORTER:  Raise your right hand,
21      please.
22          Do you swear that the testimony you're
23      about to give will be the truth, the whole
24      truth, and nothing but the truth?
25          THE WITNESS:  Yes.
```

```
                                              Page 7
 1   Thereupon:
 2                      JOEL BRAKHA,
 3   having been first duly sworn, was examined and
 4   testified as follows:
 5                   DIRECT EXAMINATION
 6   BY MR. SULLIVAN:
 7        Q.   Good morning, Mr. Brakha.
 8        A.   Good morning.
 9        Q.   Could you please state your full name for
10   the record.
11        A.   Joel Brakha.
12        Q.   What is your current occupation?
13        A.   Yacht broker.
14        Q.   For whom?
15        A.   Interglobal Yacht Sales.
16        Q.   Is there any reason you're not able to
17   provide truthful testimony today?
18        A.   No.
19        Q.   Do you understand that you're under oath
20   for today's deposition?
21        A.   Yes.
22        Q.   Ground rules for today are pretty simple.
23   I'll ask you questions, you'll answer them.  I'll
24   just ask that you please let me finish my question
25   before giving your answer, and, likewise, I'll try to
```

```
                                        Page 87
```

1              Okay.  Do you see where it says:  "Terms

2    and Recitals"?

3         A.   Yes.

4         Q.   Okay.  And then one, two paragraphs, it

5    says:  "Whereas the subcontractor wishes to provide

6    international strategic consulting services as the

7    contractor and the client may from time to time

8    require."

9         A.   Yes.

10        Q.   And it's your testimony that

11   Interglobal Yacht Management or Interglobal Yacht

12   Sales never provided such consulting services?

13        A.   Correct.

14        Q.   Okay.  If you go down to Paragraph

15   Number 3, "Duties of a Subcontractor."

16             Do you see that?

17        A.   Yes.

18        Q.   "It shall be the subcontractor's duty to

19   provide the contractor and the client with

20   international strategic consulting to best serve the

21   contractor's ability to fulfill its agreement with

22   the client."

23             Do you see that?

24        A.   Yes.

25        Q.   And, again, did Interglobal Yacht

```
                                            Page 88
 1   Management ever provide international strategic
 2   consulting services in connection with this contract?
 3        A.   No.
 4        Q.   Do you know what international strategic
 5   consulting services means?
 6        A.   No.
 7             Again, it was for a real estate deal, as
 8   far as I know, and that's . . .
 9        Q.   Did Interglobal Yacht Management ever act
10   as a subcontractor for Interamerican Consulting?
11        A.   No.
12        Q.   Did you communicate to Mr. Rivera when you
13   met with him about this document that you do not
14   agree to its terms?
15        A.   I don't recall.  I just know that I didn't
16   sign it, and I said -- I kind of read quickly, and I
17   said, "I think this has nothing to do with me.  I
18   think it's probably a wrong company, a wrong focus,"
19   or whatever you want to call it, and said -- that's
20   as far as I can remember.
21        Q.   And you never signed this contract, ever?
22        A.   Never.
23        Q.   Okay.  Was this contract ever performed?
24        A.   I don't know.
25        Q.   You don't know.
```

Page 95

1              "David."

2              Do you see that?

3       A.    Uh-huh, yes.

4       Q.    What were you discussing with Mr. Rivera

5  here?

6       A.    The meeting that he was coming to the

7  office, which I didn't know what for, and then showed

8  up with this contract.  And I told him, you know,

9  "I'm not signing it.  I think this has nothing do

10  with me.  I will speak to Gorrin about it and get

11  back to you."

12      Q.    As far as I can tell, here are the first

13  text messages from you to Mr. Rivera; is that

14  correct?

15      A.    Correct.

16      Q.    Did you have Mr. Rivera's number saved in

17  your phone?

18      A.    No.

19      Q.    Okay.

20      A.    That's why it says -- it doesn't say David

21  Rivera here; it says just the phone number.

22      Q.    Understood.

23            How did you get Mr. Rivera's phone number?

24      A.    I don't recall.  I don't know if it was

25  given by Raul or Gorrin or he called me and -- I

```
                                              Page 99
 1              Do you have that with you?
 2       A.    Yes.
 3       Q.    Okay.  And you testified earlier that
 4   during your meeting with Mr. Rivera, he handed you
 5   this document; is that correct?
 6       A.    Correct.
 7       Q.    And we just looked at the text message, and
 8   we saw that that meeting occurred on March 8th, 2018.
 9   Do you recall that?
10       A.    I don't recall.
11       Q.    Okay.  Direct your attention back to
12   Exhibit 10.  Do you see the date of the second text
13   message, March 8th, 2018?
14       A.    Uh-huh.
15       Q.    Okay.  And do you see -- that's the first
16   text message.  Can you please turn the page.
17              Do you see where it says:  "Thanks again
18   for seeing me"?
19       A.    Yes.
20       Q.    Okay.  And that's on March 8th, 2018?
21       A.    Uh-huh.
22       Q.    Okay.  And if you can look back at
23   Exhibit 8, "The Subcontracting Agreement."
24       A.    Okay.
25       Q.    And your testimony is that during the
```

1   meeting with Mr. Rivera on March 8th, 2018, he handed

2   you this document; is that correct?

3        A.   Correct.

4        Q.   Okay.  Do you see at the bottom that the

5   document is signed by David Rivera or at least a

6   signature above David Rivera's name; do you see that?

7        A.   Yes.

8        Q.   Okay.  And do you see where it says:

9   3/20/2017?

10        A.   Yeah, I just saw it.

11        Q.   Okay.  Do you know why Mr. Rivera was

12   handing you a contract dated 2017 during a meeting in

13   March of 2018?

14        A.   No idea.

15        Q.   But you received the payments from

16   Interamerican in 2017, that was your testimony,

17   right?

18        A.   That was whatever we sent to you in the

19   banking records, that's what . . .

20        Q.   And were those payments received in

21   connection with the phone call you had with

22   Mr. Gorrin?

23        A.   Yes.

24        Q.   Do you recall how far apart in time the

25   phone conversation with Mr. Gorrin was and the

```
                                            Page 132

 1        A.   That the money was received for the yacht

 2   expenses.

 3        Q.   So you just testified that the money was

 4   received by Interglobal Yacht Management; is that

 5   correct?

 6        A.   Yes.

 7        Q.   Okay.  Who told you that the money was to

 8   be used for Mr. Gorrin's yacht?

 9        A.   Himself.

10        Q.   Mr. Gorrin told you?

11        A.   Yes.

12        Q.   I did the math.  Am I correct that in

13   between March 31st, 2017 and April 24th, 2017,

14   Interglobal Yacht Management received $3.75 million

15   from Interamerican Consulting; isn't that right?

16        A.   Yes.

17        Q.   Do you know why Interamerican Consulting

18   sent $3.75 million to Interglobal Yacht Management

19   during early 2017?

20        A.   To cover for the expenses of the yacht and

21   his family yacht.

22        Q.   And you testified earlier that your

23   understanding is that this money came from a

24   real estate deal between Mr. Rivera and Mr. Gorrin;

25   is that right?
```

Page 133

1      A.    That's what I was told, yes.

2      Q.    By Mr. Gorrin?

3      A.    Gorrin, yes.

4            MR. SULLIVAN:  I would like to mark the

5      next Exhibit 18.

6            THE COURT REPORTER:  17.

7            MR. SULLIVAN:  17.

8            (Thereupon, marked as Exhibit 17.)

9   BY MR. SULLIVAN:

10     Q.    Sir, do you recognize this email?

11     A.    Yes.

12     Q.    Did you write it?

13     A.    Yes.

14     Q.    And you sent it to Mr.  Gorrin on

15  September 5th, 2017?

16     A.    Yes, whatever it says there.

17     Q.    This email was maintained by

18  Interglobal Yacht Management in the ordinary course

19  of business?

20     A.    Interglobal Yacht Sales, which is the only

21  email I've used to send and receive emails.

22     Q.    Understood.

23           And what are you sending to Mr. Gorrin

24  here?

25     A.    That there was a hurricane around Miami,