# EXHIBIT K

## CONTRACT FOR SERVICES

This contract is entered into between Interamerican Consulting, Incorporated ("the Contractor"), located at 10925 N.W. 43rd Lane, Miami, Florida 33178, and Interglobal Yacht Management, ("the Subcontractor), located at 2665 South Bayshore Drive, Suite 600, Miami, Florida 33186 in fulfillment of the Contractor's consulting agreement with PDV USA (the Client), located at 65 East 55th Street, Floor 21, New York, New York, 10022.

## TERMS AND RECITALS

Whereas, the Contractor wishes to retain the services of the Subcontractor in order that the Contractor may provide Strategic Consulting to the Client in connection with the Client's business in the United States; and

Whereas, the Subcontractor wishes to provide International Strategic Consulting services as the Contractor and the Client may from time to time require; and

Whereas, the parties have agreed to the terms under which the Subcontractor will provide the Contractor and the Client with International Strategic Consulting services and wish to memorialize their agreement in writing.

Now, therefore, in consideration of the mutual covenants herein contained and intending to be legally bound hereby, the parties agree as follows:

1. **Term of Agreement:** This agreement shall become effective on March 21, 2017, and shall remain effective until June 21, 2017.

2. **Duties of The Contractor:** It shall be the Contractor's duty to provide Strategic Consulting services to the Client as it deems necessary and appropriate.

3. **Duties of The Subcontractor:** It shall be the Subcontractor's duty to provide the Contractor and the Client with International Strategic Consulting to best serve the Contractor's ability to fulfill its agreement with the Client.

4. **Compensation:** The Subcontractor shall receive from the Contractor 25 percent of net fees received from the Client in fulfillment of the Contractor's agreement with the Client.

**Interamerican Consulting, Incorporated**         **Interglobal Yacht Management**

_____              _____

By:   David Rivera                                         By:   Joel Brakha

Title:  President                                            Title:  Manager

Date:  3-20-2017                                           Date: _____

IYM SUPPLEMENTAL RESPONSE 000289