**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PDV USA, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>INTERAMERICAN CONSULTING, INC.<br><br>*Defendant*. | No. 20-cv-03699-JGK |

## **DECLARATION OF SHIRA LAUREN FELDMAN**

I, Shira Lauren Feldman, hereby declare as follows:

1. I am a partner at the law firm of Hecht Partners LLP, counsel of record for Defendant Interamerican Consulting, Inc. in the above-captioned action. I make this declaration based upon my personal knowledge of the facts asserted herein, and if called to testify, I could and would testify competently thereto.

2. I submit this declaration in connection with my Notice of Motion and Motion for Withdrawal of Appearance.

3. I am moving to withdraw beause I am leaving the law firm of Hecht Partners LLP.

4. I am not asserting a retaining or charging lien in connection with this action.

5. No delay in the progress of this action is expected from my withdrawal. Kathryn Lee Boyd will continue to appear as counsel from Hecht Partners LLP on behalf of Defendant in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 8, 2022
New York, New York

Respectfully submitted,

 /s/ Shira Lauren Feldman
Shira Lauren Feldman
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
(646) 480-1453
sfeldman@hechtpartners.com

*Counsel for Defendant*