## Ramirez Gorrin Diaz Perdomo

Despacho Jurídico

### ACUERDO DE RETENCIÓN

Este acuerdo es hecho entre Ramirez Gorrin Diaz Perdomo y Asociados, y Interamerican Consulting, Incorporated ("el Cliente").

1. El Cliente reconoce que ha retenido a Raul Gorrin ("el Abogado"), INPRE Abogado 64997, del despacho juridico Ramirez Gorrin Diaz Perdomo, para representación y asesoramiento en conexión con el siguiente tema: Contrato entre Interamerican Consulting, Incorporated y PDV USA/Citgo Petroleum Corporation.

2. El Cliente esta de acuerdo en:

   1. Informar al Abogado de una manera verdadera y completa acerca de los hechos del tema del Cliente.
   2. Informar al Abogado acerca de cualquier tipo de cartas, noticias o alguna otra información con respecto al tema del Cliente.
   3. Consultar al Abogado antes de consultar con otros abogados, especialmente con abogados que estuviera envuelto o podría ser afectado por el tema.
   4. Firmar documentos necesarios, cuando el Abogado lo pida, que permitan a este proceder con asesoramiento legal.
   5. Firmar una carta indicando cuando el Cliente ha instruido al Abogado a actuar de una manera contraria al consejo profesional del Abogado y aceptando que el Cliente no hará responsable al Abogado por las consiguientes consecuencias.
   6. Informar al Abogado si el Cliente no estaría disponible por algun periodo de tiempo debido a enfermedad, vacación o alguna otra razón.
   7. Cooperar con el Abogado y dar seguimiento a sus intrucciones.

3. El Cliente podría darle fin a la representación del Abogado dando notificación y firmando documentos requeridos necesarios para que el Abogado pudiera salir y/o disolver el acuerdo. NI EL ABOGADO NI RAMIREZ GORRIN DIAZ PERDOMO Y ASOCIADOS ESTARAN OBLIGADOS A REABRIR EL TEMA O A REFERIRLO A OTRO ABOGADO.

4. El Cliente acepta que el Abogado puede dar información acerca del caso al personal de Ramirez Gorrin Diaz Perdomo y Asociados, lo cual es necesario para cumplir con reportes requeridos del Despacho Jurídico.

5. El Abogado ejercitará su juicio profesional para determinar cuando y como proceder con asesoramiento.

6. El Abogado acepta tratar al Cliente profesionalmente.

7. El Abogado acepta notificar a Ramirez Gorrin Diaz Perdomo si el/ella se retiraría del acuerdo.

1

8. Si el Cliente necesitará un traductor/interprete, el Cliente deberá hacer los arreglos por si mismo con alguien bilingue que lo acompañe a citas con el Abogado. El Abogado podría solicitar a Ramirez Gorrin Diaz Perdomo para que este tratase de conseguir un traductor/interprete.

9. El Abogado y Ramirez Gorrin Diaz Perdomo y Asociados no garantizan al Cliente resultados del asesoramiento legal.

10. El Abogado podría salir del caso si:

1. El Cliente provee información falsa o engañosa.
2. El Cliente falla en cumplir con cualquier previsto en el Párrafo 2 de este acuerdo.
3. El Cliente no provee información al Abogado y/o no sigue las instrucciones del Abogado.
4. El Cliente no se presenta a las citas hechas.
5. El Cliente verbalmente abusa, acosa o amenaza al Abogado u otro miembro de su personal.

10. Si el Cliente llegase a ser **no elegible** para representacíon legal a través de Ramirez Gorrin Diaz Perdomo y Asociados, el Abogado podría retirarse del acuerdo. El Cliente sera responsable de conseguir otro Abogado por su propia cuenta.

11. El Cliente acepta pagar al Abogado por sus servicios de acuerdo a los honorarios regulares cobrados en este tipo de representación legal y acordado entre el Cliente y el Abogado.

13. El Cliente acepta no hacer responsable a Ramirez Gorrin Diaz Perdomo y Asociados por cualquier negligencia u omisión que del Cliente dependa.

EL CLIENTE HA LEIDO Y ENTENDIDO ESTE ACUERDO. TODA LA DECLARACION E INFORMACION QUE EL CLIENTE HA PROVEIDO CON RESPECTO A SU CALIFICACION PARA REPRESENTACION LEGAL ES VERDADERA Y COMPLETA DE ACUERDO A TODO EL CONOCIMIENTO, INFORMACION Y CREENCIA DEL CLIENTE.

_____  3-21-17
Cliente y Fecha

_____  3-21-17
Abogado y Fecha

2