```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PDV USA, INC,

                             Plaintiff,

             - against -

INTERAMERICAN CONSULTING INC,

                            Defendant.
------------------------------------------------------------X

20-CV-3699 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order addresses PDV's application for a pre-motion conference concerning Interamerican's identification and withholding of certain documents pursuant to the attorney-client privilege. (Dkt. 70.) Based on Interamerican's representation in Dkt. 75 that it will provide an updated privilege log with additional information about the documents at issue, and that it will produce documents provided to Esther Nufher, PDV's application is denied without prejudice to renewal after it receives a revised privilege log from Interamerican. Additionally, by **April 26, 2022**, Interamerican shall file a certified translation of the retention agreement attached as Exhibit A to Dkt. 75.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: April 19, 2022
       New York, New York

Copies transmitted this date to all counsel of record.

1