UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PDV USA, Inc.<br><br>             Plaintiff,<br><br>v.<br><br>Interamerican Consulting, Inc.<br><br>             Defendant. | No. 20-cv-03699-JGK |

### DECLARATION OF MIN CHO

I, Min Cho, hereby declare as follows:

1. I am an attorney at the law firm of Byrd Campbell, P.A., counsel of record for Defendant Interamerican Consulting, Inc. in the above-captioned action. I make this declaration based upon my personal knowledge of the facts asserted herein, and if called to testify, I could and would testify competently thereto.

2. I submit this declaration in connection with my Notice of Motion and Motion for Withdrawal of Appearance.

3. I am moving to withdraw because I am leaving the law firm of Byrd Campbell, P.A.

4. I am not asserting a retaining or charging lien in connection with this action.

5. No delay in the progress of this action is expected from my withdrawal. Tucker H. Byrd and Jason W. Johnson will continue to appear as counsel from Byrd Campbell, P.A. on behalf of Defendant in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 2, 2022

    Winter Park, Florida

        Respectfully Submitted,

        */s/ Min Cho*
        Min Cho
        Florida Bar No. 754331
        BYRD CAMPBELL, P.A.
        180 Park Avenue North, Suite 2A
        Winter Park, Florida 32789
        Telephone: (407) 392-2285
        Facsimile: (407) 392-2286
        Primary Email: MCho@ByrdCampbell.com

        Counsel for Defendant