EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| PDV USA, INC.,<br><br>         Plaintiff,<br>v.<br><br>INTERAMERICAN CONSULTING, INC.,<br><br>         Defendant. | Case No. 20-cv-03699 (JGK) |

## <u>DEFENDANT'S PRIVILEGE LOG</u>

Defendant, INTERAMERICAN CONSULTING, INC., by and through its undersigned counsel, under Local Civil Rule 26.2,

hereby submits the following privilege log to Plaintiff, PDV USA, Inc., in conjunction with its Responses to Requests for Production.

### *WhatsApp Messages*

| To | From | Date | Time[1] | Description | Privilege Basis |
|---|---|---|---|---|---|
| Jeff Feldman[2] | David Rivera | 2/24/2018 | 7:31:20 PM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| Jeff Feldman | David Rivera | 8/7/2018 | 2:36:30 AM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |

[1] All times are (UTC + 0)
[2] All persons not identified in this privilege log have been identified the privilege log containing email communications.

| To | From | Date | Time[1] | Description | Privilege Basis |
|---|---|---|---|---|---|
| Jeff Feldman | David Rivera | 8/10/2018 | 12:14:02 AM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/29/2019 | 6:29:29 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/29/2019 | 6:30:05 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/29/2019 | 6:30:28 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/30/2019 | 1:26:30 AM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/31/2019 | 10:46:13 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/1/2019 | 1:22:07 AM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/1/2019 | 1:23:01 AM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |

| To | From | Date | Time[1] | Description | Privilege Basis |
|---|---|---|---|---|---|
| Jeff Feldman | David Rivera | 2/1/2019 | 2:43:23 AM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/1/2019 | 2:45:22 AM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/7/2019 | 4:04:13 AM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/7/2019 | 4:43:23 AM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/7/2019 | 2:47:38 PM | Message involving discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/8/2019 | 2:21:49 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/9/2019 | 3:43:39 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/11/2019 | 3:23:13 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |

| To | From | Date | Time[1] | Description | Privilege Basis |
|---|---|---|---|---|---|
| Jeff Feldman | David Rivera | 2/11/2019 | 8:18:10 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/12/2019 | 3:29:41 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/13/2019 | 7:35:55 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/14/2019 | 12:01:28 AM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/25/2019 | 7:54:02 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/25/2019 | 7:55:35 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/25/2019 | 8:05:50 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/25/2019 | 11:28:58 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |

| To | From | Date | Time[1] | Description | Privilege Basis |
|---|---|---|---|---|---|
| Jeff Feldman | David Rivera | 2/26/2019 | 9:21:10 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 6/28/2019 | 10:05:47 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 8/4/2019 | 3:18:05 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 5/18/2020 | 6:32:58 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 5/18/2020 | 8:34:56 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Jeff Feldman | 5/22/2020 | 9:14:31 PM | Forward message from journalists involving discussion of possible meeting to discuss Consulting Agreement with PDV USA | Attorney-Client |
| Jeff Feldman | David Rivera | 9/27/2020 | 2:41:03 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Jeff Feldman | David Rivera | 10/08/2020 | 4:11:59 PM | Message discussing legal claims re PDV USA | Attorney-Client |

| To | From | Date | Time[1] | Description | Privilege Basis |
|---|---|---|---|---|---|
| Jeff Feldman | David Rivera | 1/15/2021 | 2:21:50 AM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/16/2021 | 1:18:28 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/16/2021 | 5:50:42 PM | Message forwarding court document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/22/2021 | 2:42:23 AM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/22/2021 | 2:42 23 AM[3] | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/22/2021 | 2:59:41 AM | Message involving discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/29/2021 | 3:17:41 PM | Message involving discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Jeff Feldman | 6/14/2019 | 5:43:13 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Jeff Feldman | David Rivera | 6/17/2019 | 12:59:40 PM | Message involving discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |

---

[3] This is not a duplicate.

| To | From | Date | Time[1] | Description | Privilege Basis |
|---|---|---|---|---|---|
| David Rivera | Jeff Feldman | 7/18/2019 | 7:41:42 PM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| David Rivera | Jeff Feldman | 7/18/2019 | 8:01:39 PM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| Jeff Feldman | David Rivera | 7/19/2019 | 8:23:05 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 7/19/2019 | 8:26:34 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 7/19/2019 | 8:23:05 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 7/19/2019 | 8:26:34 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 7/19/2019 | 8:52:11 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 7/19/2019 | 9:06:40 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |

| To | From | Date | Time[1] | Description | Privilege Basis |
|---|---|---|---|---|---|
| Jeff Feldman | David Rivera | 7/19/2019 | 9:07:41 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 7/19/2019 | 9:08:06 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 7/19/2019 | 9:46:23 PM | Message discussing financial transactions with PDV USA | Attorney-Client |
| David Rivera | Jeff Feldman | 5/20/2020 | 11:03:34 AM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| David Rivera | Jeff Feldman | 9/27/2020 | 9:34:28 AM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| Jeff Feldman | David Rivera | 9/27/2020 | 1:22:36 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Jeff Feldman | David Rivera | 9/27/2020 | 1:24:18 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Jeff Feldman | David Rivera | 10/3/2020 | 9:28:15 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/15/2021 | 1:46:35 PM | Message involving discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/16/2021 | 3:54:49 AM | Message discussing legal claims re PDV USA | Attorney-Client |

| To | From | Date | Time[1] | Description | Privilege Basis |
|---|---|---|---|---|---|
| Jeff Feldman | David Rivera | 1/28/2021 | 5:26:36 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/6/2021 | 5:05:32 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Jeff Feldman | 4/29/2021 | 10:59:02 PM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| David Rivera | Jeff Feldman | 3/14/2018 | 1:45:46 AM | Message involving discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Jeff Feldman | 3/14/2018 | 2:06:31 AM | Message involving discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/29/2019 | 12:11:19 AM | Message involving discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 5/13/2020 | 5:34:50 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Jeff Feldman | 9/27/2020 | 1:56:19 PM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| Jeff Feldman | David Rivera | 9/27/2020 | 2:53:18 PM | Message discussing legal claims re PDV USA | Attorney-Client |

| To | From | Date | Time[1] | Description | Privilege Basis |
|---|---|---|---|---|---|
| David Rivera | Jeff Feldman | 9/27/2020 | 3:03:13 PM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| Jeff Feldman | David Rivera | 9/28/2020 | 5:29:47 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 10/08/2020 | 6:34:07 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 10/30/2020 | 9:36:36 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Jeff Feldman | David Rivera | 10/30/2020 | 9:38:57 PM | Message forwarding website link as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 10/30/2020 | 9:40:22 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 11/03/2020 | 3:18:17 AM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 12/2/2020 | 12:02:31 AM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |

| To | From | Date | Time[1] | Description | Privilege Basis |
|---|---|---|---|---|---|
| David Rivera | Jeff Feldman | 8/7/2018 | 2:36:40 AM | Message involving discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/25/2019 | 7:58:32 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 5/18/2020 | 8:34:56 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Jeff Feldman | 5/20/2020 | 11:04:08 AM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 12/18/2020 | 1:13:25 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/25/2021 | 10:41:11 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Jeff Feldman | 7/7/2021 | 7:12:02 PM | Message involving discussion of political issues unrelated to Interamerican/PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 8/21/2021 | 1:46:41 AM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |

| To | From | Date | Time[1] | Description | Privilege Basis |
|---|---|---|---|---|---|
| Jeff Feldman | David Rivera | 2/2/2021 | 7:50:44 PM | Message forwarding tweet discussing Raul Gorrin | Attorney-Client |
| Jeff Feldman | David Rivera | 10/18/2021 | 8:45:29 PM | Message forwarding court document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Raul Gorrin[4] | 10/06/2017 | 11:56:53 PM | Message sent as part of assignment of discussion of assignment of Consulting Agreement | Attorney-Client |
| David Rivera Raul Gorrin Hugo Gabriel Perera | Jose Simon Elarba[5] | 11/10/2017 | 1:30:42 PM | Message discussing proceedings before US Government Agency unrelated to specific claims in this litigation, implicating foreign legal issues | Attorney-Client |
| Jose Simon Elarba Raul Gorrin Hugo Gabriel Perera | David | 11/10/2017 | 1:33:22 AM | Message discussing proceedings before US Government Agency unrelated to specific claims in this litigation, implicating foreign legal issues | Attorney-Client |
| David Rivera Raul Gorrin | Jose Simon Elarba | 11/10/2017 | 01:08:35 PM | Message discussing proceedings before US Government Agency unrelated to specific claims in this litigation, implicating foreign legal issues | Attorney-Client |

---

[4] Insofar as any communications with Raul Gorrin are not included within this privilege log and are otherwise disclosed, this should in no way be construed as a waiver of any privilege.
[5] Counsel for Interamerican/David Rivera (Venezuelan Attorney).

| To | From | Date | Time[1] | Description | Privilege Basis |
|---|---|---|---|---|---|
| Hugo Gabriel Perera | | | | | |
| David Rivera<br><br>Raul Gorrin<br><br>Hugo Gabriel Perera | Jose Simon Elarba | 11/10/2017 | 2:36:05 PM | Message discussing proceedings before US Government Agency unrelated to specific claims in this litigation, implicating foreign legal issues | Attorney-Client |
| David Rivera<br><br>Raul Gorrin<br><br>Hugo Gabriel Perera | Jose Simon Elarba | 11/09/2017 | 1:37:59 AM | Message discussing proceedings before US Government Agency unrelated to specific claims in this litigation, implicating foreign legal issues | Attorney-Client |
| David Rivera<br><br>Raul Gorrin<br><br>Hugo Gabriel Perera | Jose Simon Elarba | 11/10/2017 | 1:37:44 AM | Message discussing proceedings before US Government Agency unrelated to specific claims in this litigation, implicating foreign legal issues | Attorney-Client |

*Text Messages*

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| Jeff Feldman | David Rivera | 12/31/2017 | 5:44:55 AM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 12/31/2017 | 5:51:29 AM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 12/31/2017 | 5:54:39 AM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 8/10/2018 | 12:14:27 AM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 11/29/2018 | 10:58:41 AM | Message involving discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/29/2019 | 6:31:06 PM | Message involving discussion of political issues involving PDV USA/PDVSA | Attorney-Client |

---

[6] All times are (UTC + 0)

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| Jeff Feldman | David Rivera | 1/29/2019 | 6:31:10 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/29/2019 | 6:31:17 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/29/2019 | 6:31:19 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/29/2019 | 6:31:30 PM | Message involving discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/29/2019 | 6:31:34 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/31/2019 | 10:46:43 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| Jeff Feldman | David Rivera | 2/1/2019 | 1:21:57 AM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/1/2019 | 2:43:36 AM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/1/2019 | 2:45:37 AM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/7/2019 | 4:04:30 AM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/7/2019 | 4:43:35 AM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/7/2019 | 2:47:55 PM | Message involving discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| Jeff Feldman | David Rivera | 2/8/2019 | 2:22:16 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/9/2019 | 3:44:01 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/11/2019 | 3:23:03 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/12/2019 | 3:30:04 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/13/2019 | 7:35:57 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/26/2019 | 9:21:27 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| Jeff Feldman | David Rivera | 8/4/2019 | 3:18:22 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/15/2021 | 2:22:33 AM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/16/2021 | 1:18:16 PM | Message involving discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/16/2021 | 5:11:20 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/16/2021 | 5:51:05 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Jeff Feldman | 5/1/2021 | 12:25:52 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Lori Weems | David Rivera | 1/15/2021 | 1:01:08 PM | Message forwarding news article as part of discussion involving legal claims re PDV USA | Attorney-Client |

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| Lori Weems | David Rivera | 1/15/2021 | 1:12:43 PM | Message forwarding news article as part of discussion involving legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/15/2021 | 1:13:58 PM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| David Rivera | Lori Weems | 1/15/2021 | 1:15:39 PM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| David Rivera | Lori Weems | 1/15/2021 | 1:16:34 PM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| Lori Weems | David Rivera | 1/15/2021 | 1:19:57 PM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| Lori Weems | David Rivera | 1/15/2021 | 1:20:30 PM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| David Rivera | Lori Weems | 1/15/2021 | 1:28:32 PM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| David Rivera | Lori Weems | 1/15/2021 | 1:42:31 PM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| David Rivera | Lori Weems | 1/16/2021 | 4:07:14 AM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| David Rivera | Lori Weems | 1/16/2021 | 4:08:13 AM | Message forwarding news article as part of discussion involving legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/16/2021 | 4:09:06 AM | Message forwarding news article as part of discussion involving legal claims re PDV USA | Attorney-Client |
| Lori Weems | David Rivera | 1/16/2021 | 5:11:11 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Lori Weems | David Rivera | 1/16/2021 | 5:50:58 PM | Message forwarding court document as part of discussion involving legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/17/2021 | 5:28:20 AM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| David Rivera | Lori Weems | 1/17/2021 | 3:22:30 PM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| Lori Weems | David Rivera | 1/17/2021 | 3:41:56 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/17/2021 | 3:59:50 PM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| David Rivera | Lori Weems | 1/17/2021 | 5:07:39 PM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| David Rivera | Lori Weems | 1/17/2021 | 6:43:03 PM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| David Rivera | Lori Weems | 1/18/2021 | 9:31:18 PM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| David Rivera | Lori Weems | 1/18/2021 | 9:46:44 PM | Message forwarding news article as part of discussion involving legal claims re PDV USA | Attorney-Client |
| Lori Weems | David Rivera | 1/19/2021 | 1:56:22 AM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/19/2021 | 3:26:38 AM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| David Rivera | Lori Weems | 1/19/2021 | 3:59:35 AM | Message forwarding news article as part of discussion involving legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/19/2021 | 3:59:36 AM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/19/2021 | 4:36:05 AM | Message forwarding document as part of discussion involving legal claims re PDV USA | Attorney-Client |

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| David Rivera | Lori Weems | 1/19/2021 | 1:05:39 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/19/2021 | 1:09:21 PM | Message involving discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Lori Weems | 1/19/2021 | 1:12:05 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/30/2021 | 7:47:01 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Lori Weems | David Rivera | 1/15/2021 | 1:18:53 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Lori Weems | David Rivera | 1/15/2021 | 1:23:46 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Lori Weems | David Rivera | 1/16/2021 | 3:55:04 AM | Message discussing legal claims re PDV USA | Attorney-Client |
| Lori Weems | David Rivera | 1/16/2021 | 4:10:35 AM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/17/2021 | 4:10:17 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/17/2021 | 4:11:01 PM | Message discussing legal claims re PDV USA | Attorney-Client |

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| David Rivera | Lori Weems | 1/17/2021 | 4:12:42 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/17/2021 | 4:19:06 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/18/2021 | 8:22:36 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/19/2021 | 3:49:38 AM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/19/2021 | 5:15:47 AM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/23/2021 | 8:50:35 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Tucker Byrd | 5/21/2020 | 10:17:08 AM | Message discussing legal claims re PDV USA | Attorney-Client/Work Product |
| David Rivera | Lori Weems | 10/8/2020 | 6:20:44 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 10/18/2020 | 1:46:33 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 10/18/2020 | 1:50:34 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 11/3/2020 | 3:24:09 AM | Message discussing legal claims re PDV USA | Attorney-Client |

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| David Rivera | Lori Weems | 11/3/2020 | 3:30:42 AM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Jeff Feldman | 2/21/2021 | 3:18:44 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 6/17/2019 | 1:00:40 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Jeff Feldman | David Rivera | 7/19/2019 | 8:23:21 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 7/19/2019 | 8:26:59 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 7/19/2019 | 8:52:31 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 7/19/2019 | 9:06:56 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| Jeff Feldman | David Rivera | 7/19/2019 | 9:07:41 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 7/19/2019 | 9:08:30 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 7/19/2019 | 9:47:08 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 9/27/2020 | 1:33:44 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Jeff Feldman | David Rivera | 9/27/2020 | 1:33:47 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/15/2021 | 1:46:03 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/16/2021 | 3:54:34 AM | Message discussing legal claims re PDV USA | Attorney-Client |
| Jeff Feldman | David Rivera | 2/6/2021 | 5:05:50 PM | Message discussing legal claims re PDV USA | Attorney-Client |

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| Louis Fogel | David Rivera | 10/21/2020 | 3:31:38 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Bryce Jones | David Rivera | 9/29/2020 | 4:22:48 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Tucker Byrd | David Rivera | 5/18/2020 | 6:45:59 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Tucker Byrd | 5/25/2020 | 5:13:47 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Tucker Byrd | David Rivera | 6/25/2021 | 2:00:55 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Tucker Byrd | David Rivera | 6/25/2021 | 2:01:35 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Tucker Byrd | 7/10/2021 | 1:05:47 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Tucker Byrd | David Rivera | 7/12/2021 | 2:54:43 PM | Message discussing legal claims re PDV USA | Attorney-Client |

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| Tucker Byrd | David Rivera | 8/20/2021 | 11:49:13 AM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Tucker Byrd | David Rivera | 8/20/2021 | 6:47:52 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Tucker Byrd | David Rivera | 8/20/2021 | 6:48:43 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Tucker Byrd | David Rivera | 8/20/2021 | 6:51:59 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Lori Weems | 5/16/2020 | 10:38:19 AM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 10/8/2020 | 3:46:28 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Al Cardenas[7] | David Rivera | 6/16/2020 | 10:48:55 AM | Message involving discussion of political issues involving PDV USA/PDVSA | Attorney-Client |

---

[7] Counsel for Interamerican/David Rivera.

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| David Rivera | Al Cardenas | 5/16/2020 | 5:04:01 PM | Message involving discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Jeffrey Shapiro | 5/16/2020 | 12:26:09 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Jeffrey Shapiro | 1/26/2021 | 12:03:00 AM | Message discussing legal claims re PDV USA | Attorney-Client |
| Jeffrey Shapiro | David Rivera | 1/26/2021 | 12:31:46 AM | Message discussing legal claims re PDV USA | Attorney-Client |
| Len Collins | David Rivera | 2/7/2019 | 3:59:43 AM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Len Collins | 2/7/2019 | 4:02:01 AM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 12/6/2017 | 11:22:23 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| Jeff Feldman | David Rivera | 12/6/2017 | 11:22:23 PM[8] | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 12/31/2017 | 6:04:04 AM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 1/16/2021 | 5:08:27 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 5/13/2020 | 5:58:18 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Lori Weems | 5/15/2020 | 4:18:58 AM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Lori Weems | 5/16/2020 | 10:38:45 AM | Message involving discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Lori Weems | 5/16/2020 | 2:16:48 PM | Message discussing legal claims re PDV USA | Attorney-Client |

---

[8] This is not a duplicate.

29

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| David Rivera | Lori Weems | 5/16/2020 | 2:41:18 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 6/26/2020 | 10:51:40 PM | Message involving discussion of political issues unrelated to Interamerican/PDV USA/PDVSA | Attorney-Client |
| David Rivera | Lori Weems | 10/08/2020 | 3:46:55 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 10/08/2020 | 3:50:09 PM | Message forwarding news article as part of discussion involving legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 10/08/2020 | 3:50:48 PM | Message forwarding document as part of discussion involving legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 10/08/2020 | 6:23:16 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/15/2021 | 1:32:16 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| David Rivera | Lori Weems | 1/15/2021 | 1:36:13 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Lori Weems | 1/15/2021 | 1:43:29 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Lori Weems | 1/15/2021 | 1:44:05 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Lori Weems | 1/15/2021 | 1:44:50 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Lori Weems | 1/16/20201 | 4:01:32 AM | Message discussing legal claims re PDV USA | Attorney-Client |
| Lori Weems | David Rivera | 1/16/2021 | 4:07:39 AM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/16/2021 | 4:09:26 AM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| Lori Weems | David Rivera | 1/16/2021 | 5:10:05 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/17/2021 | 5:39:20 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Lori Weems | 1/18/2021 | 5:00:55 PM | Message forwarding document as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Lori Weems | David Rivera | 1/18/2021 | 9:353:18 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/18/2021 | 11:01:26 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/19/2021 | 1:07:12 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Lori Weems | David Rivera | 1/19/2021 | 1:07:51 PM | Forwarding document relating to claims against PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/19/2021 | 1:11:35 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/19/2021 | 1:14:21 PM | Message discussing legal claims re PDV USA | Attorney-Client |

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| David Rivera | Lori Weems | 1/19/2021 | 1:16:51 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lori Weems | 1/27/2021 | 3:01:49 AM | Message discussing legal claims re PDV USA | Attorney-Client |
| David Rivera | Lee Boyd | 10/08/2020 | 6:47:52 PM | Message discussing legal claims re PDV USA | Attorney-Client |
| Loren Granoff | David Rivera | 7/2/2020 | 5:46:25 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |
| Lori Weems | David Rivera | 10/31/2020 | 11:53:04 AM | Forwarding document relating to claims against PDV USA | Attorney-Client |
| Lori Weems | David Rivera | 10/31/2020 | 11:53:10 AM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| David Rivera | Lori Weems | 10/31/2020 | 1:14:54 PM | Forwarding document relating to claims against PDV USA | Attorney-Client |
| Lori Weems | David Rivera | 11/03/2020 | 3:35:41 AM | Message discussing legal claims re PDV USA | Attorney-Client |

| To | From | Date | Time[6] | Description | Privilege |
|---|---|---|---|---|---|
| Jeff Feldman | David Rivera | 1/29/2019 | 12:11:37 AM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 6/28/2019 | 10:06:07 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Jeff Feldman | David Rivera | 12/18/2020 | 1:19:39 PM | Message forwarding news article as part of discussion of political issues involving PDV USA/PDVSA | Attorney-Client |
| Len Collins | David Rivera | 2/1/2020 | 5:41:37 PM | Message forwarding news article as part of discussion of legal issues involving PDV USA/PDVSA | Attorney-Client |

Dated: May 6, 2022.

*/s/ Jason Johnson*
**Tucker H. Byrd**
Florida Bar No. 381632
**Jason Johnson**
Florida Bar No. 186538
**BYRD CAMPBELL, P.A**.
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: MCho@ByrdCampbell.com
*Counsel for Defendant/Counter-Plaintiff*

**<u>\<CERTIFICATE OF SERVICE ON FOLLOWING PAGE\></u>**

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on May 6, 2022, a copy of the foregoing has been furnished via electronic mail to all counsel of

record as follows:

Jeffrey B. Korn, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
JKorn@Willkie.com

Michael J. Gottlieb, Esq.
Sarah Wastler, Esq.
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
MGottlieb@Willkie.com
SWastler@Willkie.com

          /s/ Tucker H. Byrd, Esq.
          Tucker H. Byrd