# EXHIBIT 2



Despacho Jurídico

### ACUERDO DE RETENCIÓN

Este acuerdo es hecho entre Ramirez Gorrin Diaz Perdomo y Asociados, y Interamerican Consulting, Incorporated ("el Cliente").

1. El Cliente reconoce que ha retenido a Raul Gorrin ("el Abogado"), INPRE Abogado 64997, del despacho juridico Ramirez Gorrin Diaz Perdomo, para representación y asesoramiento en conexión con el siguiente tema: Contrato entre Interamerican Consulting, Incorporated y PDV USA/Citgo Petroleum Corporation.
2. El Cliente esta de acuerdo en:

   1. Informar al Abogado de una manera verdadera y completa acerca de los hechos del tema del Cliente.
   2. Informar al Abogado acerca de cualquier tipo de cartas, noticias o alguna otra información con respecto al tema del Cliente.
   3. Consultar al Abogado antes de consultar con otros abogados, especialmente con abogados que estuviera envuelto o podría ser afectado por el tema.
   4. Firmar documentos necesarios, cuando el Abogado lo pida, que permitan a este proceder con asesoramiento legal.
   5. Firmar una carta indicando cuando el Cliente ha instruido al Abogado a actuar de una manera contraria al consejo profesional del Abogado y aceptando que el Cliente no hará responsable al Abogado por las consiguientes consecuencias.
   6. Informar al Abogado si el Cliente no estaría disponible por algun periodo de tiempo debido a enfermedad, vacación o alguna otra razón.
   7. Cooperar con el Abogado y dar seguimiento a sus intrucciones.

3. El Cliente podría darle fin a la representación del Abogado dando notificación y firmando documentos requeridos necesarios para que el Abogado pudiera salir y/o disolver el acuerdo. NI EL ABOGADO NI RAMIREZ GORRIN DIAZ PERDOMO Y ASOCIADOS ESTARAN OBLIGADOS A REABRIR EL TEMA O A REFERIRLO A OTRO ABOGADO.
4. El Cliente acepta que el Abogado puede dar información acerca del caso al personal de Ramirez Gorrin Diaz Perdomo y Asociados, lo cual es necesario para cumplir con reportes requeridos del Despacho Jurídico.
5. El Abogado ejercitará su juicio profesional para determinar cuando y como proceder con asesoramiento.
6. El Abogado acepta tratar al Cliente profesionalmente.
7. El Abogado acepta notificar a Ramirez Gorrin Diaz Perdomo si el/ella se retiraría del acuerdo.

1

8. Si el Cliente necesitará un traductor/interprete, el Cliente deberá hacer los arreglos por si mismo con alguien bilingue que lo acompañe a citas con el Abogado. El Abogado podría solicitar a Ramirez Gorrin Diaz Perdomo para que este tratase de conseguir un traductor/interprete.

9. El Abogado y Ramirez Gorrin Diaz Perdomo y Asociados no garantizan al Cliente resultados del asesoramiento legal.

10. El Abogado podría salir del caso si:

1. El Cliente provee información falsa o engañosa.
2. El Cliente falla en cumplir con cualquier previsto en el Párrafo 2 de este acuerdo.
3. El Cliente no provee información al Abogado y/o no sigue las instrucciones del Abogado.
4. El Cliente no se presenta a las citas hechas.
5. El Cliente verbalmente abusa, acosa o amenaza al Abogado u otro miembro de su personal.

10. Si el Cliente llegase a ser **no elegible** para representacíon legal a través de Ramirez Gorrin Diaz Perdomo y Asociados, el Abogado podría retirarse del acuerdo. El Cliente sera responsable de conseguir otro Abogado por su propia cuenta.

11. El Cliente acepta pagar al Abogado por sus servicios de acuerdo a los honorarios regulares cobrados en este tipo de representacíon legal y acordado entre el Cliente y el Abogado.

13. El Cliente acepta no hacer responsable a Ramirez Gorrin Diaz Perdomo y Asociados por cualquier negligencia u omisión que del Cliente dependa.

EL CLIENTE HA LEIDO Y ENTENDIDO ESTE ACUERDO. TODA LA DECLARACION E INFORMACION QUE EL CLIENTE HA PROVEIDO CON RESPECTO A SU CALIFICACION PARA REPRESENTACION LEGAL ES VERDADERA Y COMPLETA DE ACUERDO A TODO EL CONOCIMIENTO, INFORMACION Y CREENCIA DEL CLIENTE.

_____  3-21-17
Cliente y Fecha

_____  3-21-17
Abogado y Fecha

2

## *Ramirez Gorrin Diaz Perdomo*

Law Offices

**RETAINER AGREEMENT**

**This agreement is made between Ramirez Gorrin Diaz Perdomo y Asociados and Interamerican Consulting, Incorporated ("the Client").**

**1.   The Client acknowledges that it has retained Raul Gorrin ("the Lawyer"),** *INPRE Abogado* **64997, for representation and advice in connection with the following matter: Contract between Interamerican Consulting, Incorporated, and PDV USA/Citgo Petroleum Corporation.**
**2.   The Client agrees to:**

   1.   Inform the Lawyer in truthful and complete fashion concerning the facts in the Client's matter.
   2.   Inform the Lawyer concerning any description of letter, news or any other information with respect to the Client's matter.
   3.   Consult the Lawyer before consulting any other lawyers, in particular lawyers who might be involved in or could be affected by the matter.
   4.   Sign necessary documents, when the Lawyer so requests, which make it possible for him to proceed with legal advice.
   5.   Sign a letter indicating when the Client has instructed the Lawyer to act in a manner contrary to the professional counsel of the Lawyer and agreeing that the Client will not hold the Lawyer liable for the resulting consequences.
   6.   Inform the Lawyer if the Client would not be available for some period of time because of illness, vacation or any other reason.
   7.   Co-operate with the Lawyer and follow up on his instructions.

**3.   The Client could terminate representation by the Lawyer by giving notice and signing the requisite documents necessary for the Lawyer to be able to withdraw from and/or dissolve the agreement. NEITHER THE LAWYER NOR RAMIREZ GORRIN DIAZ PERDOMO Y ASOCIADOS SHALL BE OBLIGATED TO RE-OPEN THE MATTER OR TO REFER IT TO ANOTHER LAWYER.**
**4.   The Client agrees that the Lawyer can provide information about the case to the personnel of Ramirez Gorrin Diaz Perdomo y Asociados, which is necessary to comply with reports required by the Law Offices.**
**5.   The Lawyer shall exercise professional judgment to determine when and how to provide advice.**
**6.   The Lawyer agrees to treat the Client in a professional manner.**
**7.   The Lawyer agrees to notify Ramirez Gorrin Diaz Perdomo y Asociados if he/she should withdraw from the agreement.**

1

Case 1:20-cv-03699-JGK-RWL   Document 75-1   Filed 04/18/22   Page 2 of 2

8.   If the Client needs a translator/interpreter, the Client itself shall make arrangements with somebody bilingual to accompany it to appointments with the Lawyer. The Lawyer could request Ramirez Gorrin Diaz Perdomo y Asociados to attempt to find a translator/interpreter.

9.   The Lawyer and Ramirez Gorrin Diaz Perdomo y Asociados do not guarantee the results of legal advice to the Client.

10.  The Lawyer could withdraw from the case if:
 1.   The Client provides false or misleading information.
 2.   The Client fails to comply with any provision of Paragraph 2 of this agreement.
 3.   The Client does not provide information to the Lawyer and/or does not comply with the Lawyer's instructions.
 4.   The Client fails to be present at the arranged appointments.
 5.   The Client verbally abuses, harasses or threatens the Lawyer or another member of his personnel.

10.  If the Client should become ineligible for legal representation through Ramirez Gorrin Diaz Perdomo y Asociados, the Lawyer could withdraw from the agreement. The Client shall be responsible for finding another Lawyer for its own account.

11.  The Client agrees to pay the Lawyer for his services in accordance with the regular fees charged for this type of legal representation as agreed between the Client and the Lawyer.

12.  The Client agrees not to hold Ramirez Gorrin Diaz Perdomo y Asociados liable for any negligence or omission on which the Client relies.

**THE CLIENT HAS READ AND UNDERSTOOD THIS AGREEMENT. ALL STATEMENTS AND DATA WHICH THE CLIENT HAS PROVIDED WITH RESPECT TO ITS SUITABILITY FOR LEGAL REPRESENTATION ARE TRUE AND COMPLETE IN ACCORDANCE WITH THE KNOWLEDGE, INFORMATION AND BELIEF OF THE CLIENT.**

_____[signature]_____3-21-17_____
**Client and Date**

_____[signature]_____3-21-17_____
**Lawyer and Date**

2

[See right hand margin first page of original for *initials*]



# CERTIFICATE OF ACCURACY

The undersigned, Luis R. de la Vega, President of Protranslating, appearing on behalf of Protranslating, an ISO 9001 and 17100 certified company, hereby states, to the best of his knowledge and belief, that the foregoing is an accurate translation from **Spanish** into **English** of the document(s) titled:

247352 Translation.pdf

_____
Luis R. de la Vega
President of Protranslating


State of Florida
Miami Dade County

The foregoing certificate was acknowledged before me on April 26, 2022 by Luis R. de la Vega, President of Protranslating, a Florida corporation, on behalf of the corporation. He is personally known to me.



2850 Douglas Rd. Coral Gables, Fl 33134 Ph: 305.371.7887 Fax 305.371.4816
www.protranslating.com