# EXHIBIT 3

Print | Close Window

Subject: Project Invoices
From: David Rivera <rivera2002@comcast.net>
Date: Wed, Nov 29, 2017 9:06 pm
To: Esther Nuhfer <esther@commsol.biz>, hugo@pgandassociates.net



Here are the invoice dates and amounts that I need from each sub-contractor. I also still need W-9s from Krome, PG and Interglobal. Thank you again for all of your hard work and great contributions to this project. This has really been a team effort and the performance by each sub-contractor has been truly exceptional.

3-27-17: Krome Agronomics, LLC ($625,000)
3-30-17: PG and Associates ($625,000)
4-11-17: PG and Associates ($625,000)
4-12-17: PG and Associates ($625,000)
4-21-17: PG and Associates ($625,000)
4-24-17: PG and Associates ($625,000)
11-7-17: PG and Associates ($1,100,000)

3-27-17: Communication Solutions ($750,000)
4-11-17: Communication Solutions ($750,000)
4-12-17: Communication Solutions ($750,000)
4-21-17: Communication Solutions ($625,000)
4-24-17: Communication Solutions ($625,000)
11-7-17: Communication Solutions ($1,000,000)

3-31-17: Interglobal Yacht Management, LLC ($625,000)
4-4-17:  Interglobal Yacht Management, LLC ($625,000)
4-11-17: Interglobal Yacht Management, LLC ($625,000)
4-12-17: Interglobal Yacht Management, LLC ($625,000)
4-21-17: Interglobal Yacht Management, LLC ($625,000)
4-24-17: Interglobal Yacht Management, LLC ($625,000)

Copyright © 2003-2020. All rights reserved.