# EXHIBIT 4

## Karen Lewis

| | |
|---|---|
| **From:** | John Lykkebak <jlykkebak@oviedocpa.com> |
| **Sent:** | Thursday, December 7, 2017 10:32 AM |
| **To:** | Karen Lewis |
| **Subject:** | FW: Rivera 2017 Tax Information |
| **Attachments:** | Business 2017 Montly Expenses.xlsx; Business 2017 Accounts Rec.-Pay..docx; Business Account Jan. Statement.pdf; Business Account Feb. Statement.pdf; Business Account March Statement.pdf; Business Account April Statement.pdf; Business Account May Statement.pdf; Business Account June Statement.pdf |

**From:** David Rivera [mailto:rivera2002@comcast.net]
**Sent:** Tuesday, December 05, 2017 2:10 PM
**To:** john@cpajdl.com
**Cc:** jlykkebak@oviedocpa.com
**Subject:** Fwd: Rivera 2017 Tax Information

Mr. Lykkebak,

As requested, attached are all of my 2017 business account bank statements.  I may have to break the attachments up into two emails in order to send.  I am also attaching an excel spreadsheet that details each expenditure that is not related to a subcontractor invoice.  The subcontractor invoice payments I have outlined on a document I left with Karen on Friday afternoon (Accounts Payable and Accounts Receivable), and which I am also attaching to this email.  Hope this helps.  Thank you.

David

**From:** "David Rivera" <rivera2002@comcast.net>
**To:** john@cpajdl.com
**Sent:** Tuesday, November 21, 2017 10:14:32 AM
**Subject:** Fwd: Rivera 2017 Tax Information

----- Forwarded Message -----
**From:** David Rivera <rivera2002@comcast.net>
**To:** jlykkebak@oviedocpa.com
**Sent:** Tue, 21 Nov 2017 05:51:30 -0000 (UTC)
**Subject:** Rivera 2017 Tax Information

Mr. Lykkebak,

This is David Rivera, who met with you in your office last week regarding my tax preparation for 2017. I hope all is well with you. I have compiled much of the information you requested and wanted to convey the progress I have made in this email. I hope this information can get us well on our way

1

toward ultimate completion of my 2017 personal and corporate taxes. Here is my progress thus far on the items we discussed:

1. W-9s: I have received one W-9 and am still awaiting three W-9s that are outstanding.

2. EFTPS: I have signed up online for both my corporation and personally and I am awaiting final documents from the IRS

3. 2015 and 2016 taxes: I am attaching both years corporate and personal taxes to this email.

4. Biographical information:

(Individual) David Rivera, 10925 N.W. 43rd Lane, Miami, Florida 33178, SS Number ████████, Date of Birth ████ 1965, Cell: 786-258-2222, Email: rivera2002@comcast.net.
(Corporate) Interamerican Consulting Incorporated, 10925 N.W. 43rd Lane, Miami, Florida 33178, ████████ Activity Code 541990.
(Dependent Spouse) Safiya Prysmakova Rivera, 150 Boardwalk Avenue, Apt. 120, Oviedo, Florida 32765, SS Number ████████, Date of Birth ████ 1993.
(Dependent Child) ████████ 150 Boardwalk Avenue, Apt. 120, Oviedo, Florida 32765, SS Number ████████, Date of Birth ████.
(Dependent Child) ████████, 150 Boardwalk Avenue, Apt. 120, Oviedo, Florida 32765, SS Number ████████, Date of Birth ████.

5. Corporate Profit and Loss Balance Sheet:

Revenues (YTD): $21,550,000

Expenditures (YTD): $15,425,665.55 ($15,000,000.00 of which has been paid to sub-contractors; the remainder of which includes all other operational expenses including office expenses (not including personal salary), marketing expenses and travel expenses.

6. Personal Salary (YTD): $280,000

7. Current Corporate Cash Balance (As of 10-31-17): $5,844,334.45

If possible, I would like to come see you again to discuss further the foregoing financial information. I look forward to seeing you again soon.

Best regards,

David