# EXHIBIT 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO.: 20-CV-3699

PDV USA, INC.,
Plaintiff,
vs.
INTERAMERICAN CONSULTING INC.,
Defendant.
_________________________________/

VIDEOTAPED DEPOSITION OF
INTERGLOBAL YACHT MANAGEMENT, LLC
BY: JOEL BRAKHA

Monday, February 28, 2022
10:07 a.m. - 2:58 p.m.

Alexander F. Fox, P.A.
1 Alhambra Plaza, Suite 1225
Coral Gables, Florida

Stenographically Reported By:
Gina Rodriguez, RPR, CRR

APPEARANCES:

On behalf of Plaintiff PDV USA, Inc.:

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212)728-8000
BY: BRADY SULLIVAN, ESQUIRE
bsullivan@willkie.com
BY: JEFFREY B. KORN, ESQUIRE
jkorn@willkie.com

On behalf of Defendant Interamerican Consulting Inc.:

BYRD CAMPBELL
180 Park Avenue North
Suite 2A
Winter Park, Florida 32789
(407)392-2285
BY: JASON JOHNSON, ESQUIRE
jjohnson@byrdcampbell.com

On behalf of the Deponent Joel Brakha:

ROBERT L. GARDANA, P.A.
12350 S.W. 132nd Court
Suite 204
Miami, Florida 33186
(305)358-0000
BY: ROBERT L. GARDANA, ESQUIRE
gardanalaw@gmail.com

ALEXANDER F. FOX, P.A
1 Alhambra Plaza
Suite 1225
Coral Gables, Florida 33134
(305)448-1033
BY: ALEXANDER F. FOX, ESQUIRE
alexfox@alexanderfoxlaw.com

APPEARANCES CONTINUED:

ALSO PRESENT:

Michael Montalvo, Videographer

David Rivera

I N D E X


| Examination | | Page |
|---|---|---|
| JOEL BRAKHA | | |
| Direct | By Mr. Sullivan | 7 |
| Cross | By Mr. Johnson | 155 |
| Cross | By Mr. Gardana | 167 |


E X H I B I T S


| No. | | Page |
|---|---|---|
| Exhibit 1 | Subpoena to Testify at a Deposition in a Civil Action | 8 |
| Exhibit 2 | Notice of Subpoena to Interglobal Yacht Management, LLC for the Production of Documents | 13 |
| Exhibit 3 | 2017 Florida Limited Liability Company Annual Report | 33 |
| Exhibit 4 | 2022 Florida Limited Liability Company Annual Report | 33 |
| Exhibit 5 | 2017 Florida Limited Liability Company Annual Report | 45 |
| Exhibit 6 | 2022 Florida Limited Liability Company Annual Report | 45 |
| Exhibit 7 | Consulting Agreement | 59 |
| Exhibit 8 | Contract for Services | 73 |
| Exhibit 9 | 2017 Consulting Payments from Interamerican Consulting, Inc. to Interglobal Yacht Management, LLC | 73 |
| Exhibit 10 | Text messages | 92 |

E X H I B I T S


| No. | | Page |
|---|---|---|
| Exhibit 11 | Contract for Services between Interamerican Consulting, Incorporated and PG and Associates, IYM SUPPLEMENTAL RESPONSE 000288 | 102 |
| Exhibit 12 | Contract for Services between Interamerican Consulting, Incorporated and Communicationg Solutions, SUPPLEMENTAL RESPONSE 000290 | 102 |
| Exhibit 13 | Ferrari S.p.A. - Sales Experience Web Survey, email dated 4/7/16, IYM SUPPLEMENTAL RESPONSE 000153 | 109 |
| Exhibit 14 | Yacht Management Contract between Cascading Investments, Ltd and Interglobal Yacht Management, LLC, IYM SUPPLEMENTAL RESPONSE 000267- 286 | 115 |
| Exhibit 15 | LP Los Gastos Fijos email dated 3/11/17, IYM SUPPLEMENTAL RESPONSE 000082 | 120 |
| Exhibit 16 | Letter dated 10/19/21 from Robert L. Gardana re Subpoena | 127 |
| Exhibit 17 | email dated 9/5/17, LP edo de Cta a 9-1-17 | 133 |
| Exhibit 18 | Photo | 139 |
| Exhibit 19 | Interglobal Yacht Management, LLC, M/Y La Pellegrina - Escrow Account Ending Balance: $0.00, IYM SUPPLEMENTAL RESPONSE 000186 - 264 | 139 |

THE VIDEOGRAPHER: Good morning. We're now on the video record. My name is Michael Montalvo on behalf of Veritext Legal Solutions. Today is Monday, February 28, 2022. And the time is 10:07 a.m. This is the deposition of Joel Brakha in the matter of PDV USA Inc. versus Interamerican Consulting Inc.

May counsel please state their appearances for the record and after this the court reporter will swear in the witness.

MR. SULLIVAN: Brady Sullivan for PDV USA.

MR. JOHNSON: Jason Johnson of the Byrd Campbell firm of Winter Park, Florida for Interamerican Consulting.

MR. GARDANA: Robert Gardana and Alexander Fox on behalf of the deponent.

MR. KORN: Jeffrey Korn of Willkie Farr & Gallagher.

THE COURT REPORTER: Raise your right hand, please.

Do you swear that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS: Yes.

Q. What is a towing tender?
A. It's a smaller boat than the mothership, which is the main boat to -- and they tow it, to take, you know, guests to the beach and whatnot.
Q. Okay. You mentioned two yachts and one towing tender. The first one, it was Yachtmaster, and I didn't catch the end of it, Eloina?
A. Yes.
Q. Okay. As of 2017, who owned that yacht?
A. Cascading Investments.
Q. Okay. What is Cascading Investment?
A. It's a company.
Q. Do you know what kind of company?
A. British Virgin Islands company.
Q. Do you know what business the company does?
A. No.
Q. Do you know who owns the company, Cascading Investments?
A. Yes.
Q. Who, as of 2017?
A. Maria Perdomo and Raul Gorrin.
Q. Okay. And then the second one you said was La Pellegrina. Who owned -- as of 2017, who owned that yacht?
A. The same people. The same company.

Q. Cascading Investments?

A. Yes.

Q. Owned by Maria Perdomo and Raul Gorrin.

A. Yes.

Q. And I assume the same with Pellegrinita, owned by Cascading Investments?

A. Yes.

Q. Okay.

Where -- strike that.

The Yachtmaster Eloina, where is it today?

A. I don't know.

Q. When did Interglobal Yacht Management cease managing the Yachtmaster Eloina?

A. When it was sold, but I can't recall. I don't recall the exact date. I think probably 2016 or 2017.

Q. And when did Interglobal Yacht Management start managing the Yachtmaster Eloina?

A. I don't recall.

Q. You testified earlier --

A. Go ahead, again, with the question.

Q. Of course.

When did Interglobal Yacht Management begin managing the Yachtmaster Eloina?

A. When the company was created, we funneled

addressed to Mr. Gorrin?

A. Yes, I introduced him to the Collection dealer, as he wanted a car. I know some people there, and that was it. They used my email for that and happy birthday and a few other emails for him.

Q. Okay. Do you know whether or not Mr. Gorrin read this email? Did you send it to him?

A. I don't recall.

Q. Okay. I would like to go back to two exhibits that were already introduced. They were Numbers 3 and 4.

And these are the LLC statements for Interglobal Yacht Sales.

A. Which one, 4 and?

Q. Exhibit 3 and Exhibit 4.

A. Okay.

Q. Just let me clarify for the record, Exhibit 3 is 2017 Florida Limited Liability Company Annual Report for Interglobal Yacht Sales, LLC.

And Exhibit 4 is 2022, Florida Limited Liability Company Annual Report for Interglobal Yacht Sales, LLC.

If you could look at Exhibit 3, the one from 2017 --

A. Uh-huh.

Q. -- do you see that it says: "Authorized Member, Perdomo, Gustavo"?

A. Correct.

Q. Okay.

Who is Gustavo Perdomo?

A. He was a client, and he's the brother-in-law of Gorrin.

Q. And what services did you provide to Mr. Perdomo as a client?

A. The same thing, yachts, boats.

Q. Selling or managing?

A. Both.

Q. What boats -- what -- strike that.

What yachts did you manage for Mr. Perdomo?

A. From where in -- I mean, from the beginning, I think it was like a 60-something Viking footer; 50-foot Cigarette, go-fast; a tender, 40-foot; and 130-something foot.

Q. Okay. And these are yachts that you managed for Mr. Perdomo?

A. Correct.

Q. Did Mr. Perdomo, Gustavo Perdomo, have any ownership interest as of 2017 in Interglobal Yacht Management?

A. No.

Q. As of -- strike that.

As of 2017, did Mr. Perdomo have any ownership interest in Interglobal Yacht Sales?

A. No.

Q. Are you -- strike that.

Are you aware that Gustavo Perdomo was sanctioned in 2019 by the U.S. Department of Treasury?

A. Yes.

From the news, from reading the news.

Q. Do you know why he was sanctioned?

A. No. I mean, whatever they said on the news, but I don't keep track of why they were sanctioned or . . .

Q. At the time Mr. Perdomo was sanctioned, did you continue to manage yachts for him?

A. No.

Q. When did you cease managing yachts for Mr. Perdomo?

A. I think it was 2018 or 2019, early 2018, 2019.

Q. Why did you cease managing yachts for Mr. Perdomo?

A. Because he stopped sending money.

Q. Does he still owe you money?
A. Yes.
Q. Are you aware that Raul Gorrin was indicted by the United States government?
A. Yes.
Q. Do you know why?
A. Whatever the news says. Why exactly, I don't recall, but a bunch of wrongdoings or crook deals, I don't know.
Q. Did you continue to manage yachts for Mr. Gorrin after the time he was indicted?
A. No.
Q. Do you know when you ceased managing yachts for Mr. Gorrin?
A. I think it was, as I told you before, 2017 or 2018.
Q. Okay. So you testified earlier that you're familiar with the yacht La Pellegrina; is that correct?
A. Yes.
Q. And that's a yacht owned by who?
A. Cascading Investments.
Q. And who owns Cascading Investments?
A. The wife of Gorrin.
Q. Does Mr. Gorrin own Cascading Investments?

Q. Okay.

THE VIDEOGRAPHER: It's getting static.

It's getting static.

BY MR. SULLIVAN:

Q. Is that -- on the first page of Exhibit 14, is that a picture of La Pellegrina?

A. Yes.

Q. Okay. Can you please turn to Page 2.

On the bottom left, it says name and address of the owner.

A. Uh-huh.

Q. Cascading Investments Limited; do you see that?

A. Yes.

Q. And that was the owner of this boat?

A. Yes. This is the boat registration?

Q. Can you please turn to the last page of this document.

Okay. Do you see the signature under Interglobal Yacht Management, LLC?

A. Yes.

Q. Is that your signature?

A. Yes.

Q. Did you sign this on May 30th, 2016?

A. I guess. Whatever it says there.

Q. Do you have a memory of signing this on --
A. No, I don't.
Q. -- you don't have a memory of signing this?
A. I mean, we signed it, I signed it, it's my signature. I just . . .
Q. Could you have signed it some date other than May 30th, 2016?
A. No. I don't . . .
THE COURT REPORTER: I'm sorry, can you speak up a little.
A. Oh, I said no. I don't think there should be any different date. I think if it was a date stamped here. It is the date.
BY MR. SULLIVAN:
Q. Okay. Where it says: "Cascading Investments, LTD;" do you see that?
A. Uh-huh.
Q. It says "Maria Alexandra Perdomo." Do you see that?
A. Yes.
Q. Okay. There's a witness on the right-hand side. Do you know who that is? And I'm looking at Cascading Investments.
A. No.
Q. What about under Interglobal Yacht