# EXHIBIT 11

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
                    CASE NO.: 20-cv-3699
 3
 4   PDV USA, INC.,
 5        Plaintiff,
 6    -vs-
 7   INTERAMERICAN CONSULTING INC.,
 8        Defendant.
      _____/
 9
10        DEPOSITION OF:   HUGO PERERA
11        DATE:            Tuesday, March 8, 2022
12        TIME:            9:30 a.m. - 12:03 p.m.
13
          PLACE:           ALEXANDER F. FOX P.A
14                         1 Alhambra Plaza
                           Suite 1225
15                         Coral Gables, Florida 33134
16
17        STENOGRAPHICALLY
          REPORTED BY:     VANESSA OBAS, RPR
18
19
20
21
22
23
24
25
```

```
 1              A P P E A R A N C E S:
 2
 3
     BRADY SULLIVAN, ESQUIRE
 4   OF:   WILLKIE FARR & GALLAGHER LLP
           787 Seventh Avenue
 5         New York, New York 10019
           BSullivan@willkie.com
 6         APPEARING ON BEHALF OF THE PLAINTIFF
 7
 8   JASON JOHNSON, ESQUIRE
     OF:   BYRD CAMPBELL, P.A.
 9         180 Park Avenue N
           Suite 2A
10         Winter Park, Florida 32789
           jjohnson@byrdcampbell.com
11         APPEARING ON BEHALF OF THE DEFENDANT
12
13   SIMON FERRO, JR., ESQUIRE
     OF:   THE FERRO LAW FIRM, P.A.
14         1 Alhambra Plaza
           Suite 1225
15         Coral Gables, Florida 33134
           ferro.simon@gmail.com
16         APPEARING ON BEHALF OF THE DEPONENT
17
18   ALSO PRESENT:
19         PAUL SMITH, VIDEOGRAPHER
           DAVID RIVERA
20
21
22
23
24
25
```

Page 3

**I N D E X**

**PAGE**

**TESTIMONY OF HUGO PERERA**

| | |
|---|---|
| DIRECT EXAMINATION BY MR. SULLIVAN | 6 |
| CERTIFICATE OF OATH | 93 |
| CERTIFICATE OF REPORTER | 94 |
| READ & SIGN LETTER | 95 |
| ERRATA SHEET | 96 |
| ACKNOWLEDGEMENT OF DEPONENT | 97 |

------

**S T I P U L A T I O N S**

It is hereby stipulated and agreed by and between the counsel for the respective parties and the deponent that the reading and signing of the deposition transcript be reserved.

------

```
                                                              Page 4
 1                    E X H I B I T S
 2
                                    DESCRIPTION          PAGE
 3
    Plaintiff's Exhibit Number 1    Documents             7
 4                                  produced by
                                      PG &
 5                                  Associates
    Plaintiff's Exhibit Number 2    30(b)(6) for          8
 6                                    Krome
    Plaintiff's Exhibit Number 3    Hugo Perera           8
 7                                    subpoena
    Plaintiff's Exhibit Number 4    30(b)(6) for          8
 8                                    PG &
                                    Associates
 9  Plaintiff's Exhibit Number 5    2017 Florida         14
                                    For Profit
10                                  Corporation
                                   Annual Report
11                                   for PG &
                                    Associates,
12                                    Inc.
    Plaintiff's Exhibit Number 6    2017 Florida         16
13                                    Limited
                                    Liability
14                                    Company
                                   Annual Report
15                                    for 2017
                                      Florida
16                                    Limited
                                    Liability
17                                    Company
                                   Annual Report
18  Plaintiff's Exhibit Number 7    Printout of          19
                                        the
19                                 pgandassociat
                                     es.net
20                                    website
21
22
23
24
25
```

Page 5

P R O C E E D I N G S

*********

3    THE VIDEOGRAPHER: Good morning. We're going
4 on record at 10:08 a.m. on Tuesday, March 8, 2022.
5 This is Media Unit 1 in the video-recorded
6 deposition of Hugo Perera taken in the matter of
7 "PDV USA v. Interamerican Consulting, Inc."
8    The deposition is being held at Ferro & Fox,
9 P.A., located at One Alhambra Plaza, Suite 1225,
10 Coral Gables, Florida.
11    My name is Paul Smith from the firm Veritext.
12 I'm the videographer. And the court reporter is
13 Vanessa Obas from the firm of Veritext.
14    Would counsel please introduce yourself, after
15 which the court reporter will swear in the witness.
16    MR. SULLIVAN: Good morning. Brady Sullivan
17 from the Willkie Farr firm for plaintiff, PDV USA,
18 Incorporated.
19    MR. JOHNSON: Jason Johnson with Byrd Campbell
20 for Interamerican Consulting, Inc.
21    MR. FERRO: Good morning. Simon Ferro for the
22 deponent.
23    THE COURT REPORTER: Please raise your right
24 hand.
25    Do you solemnly swear or affirm the testimony

Page 6

1       you will give will be the truth, the whole truth,
2       and nothing but the truth?
3              THE WITNESS:  Yes, I swear.
4    THEREUPON
5                       HUGO PERERA
6    was called as a witness and, having first been duly
7    sworn, testified as follows:
8              THE COURT REPORTER:  Thank you.
9                     DIRECT EXAMINATION
10   BY MR. SULLIVAN:
11       Q.   Good morning, Mr. Perera.
12       A.   Good morning.
13       Q.   Can you please state your full name for the
14   record?
15       A.   Hugo Perera.
16       Q.   Where do you currently reside?
17       A.   5124 Fisher Island Drive.
18       Q.   Where is that?
19       A.   Miami Beach.
20       Q.   What is your current occupation?
21       A.   Based on the -- based on the advice of counsel,
22   I invoke my Fifth -- my Fifth Amendment privilege and
23   decline to answer.
24       Q.   Sir, you have a piece of paper in front of you
25   right now.  Can you please tell me what it says on it?

Page 33

1    Q.   Are you aware of any communications between
2  David Rivera and José Pereira in connection with the
3  contract that we were just looking at?
4    A.   Based on advice of counsel, I invoke my Fifth.
5    Q.   There were no such communications; right?
6    A.   Based on advice of counsel, I invoke my Fifth.
7    Q.   Do you know why Mr. Rivera -- strike that.
8         Do you see the e-mail address where it says
9  "To," then -- first, there's Esther Nuhfer and there's a
10 second one, rgorrn@me.com.  Do you see that second
11 e-mail address, sir?
12   A.   Yes.
13   Q.   Do you know who that is?
14   A.   Based on the advice of counsel, I invoke my
15 Fifth.
16   Q.   Do you know who Raul Gorrin is?
17   A.   Based on the advice of counsel, I invoke my
18 Fifth.
19   Q.   Do you know why Mr. Rivera sent this e-mail to
20 Raul Gorrin?
21   A.   Based on the advice of counsel, I invoke my
22 Fifth.
23   Q.   Are you familiar with Mr. Gorrin's business?
24   A.   Based on the advice of counsel, I invoke my
25 Fifth.

Page 34

1  Q. Did Raul Gorrin have any role in the consulting
2  services agreement that we were just looking at?
3  A. Based on the advice of counsel, I invoke my
4  Fifth.
5  Q. Directing your attention back to the e-mail,
6  the first recipient in the "To" field is Esther Nuhfer.
7  Do you see that?
8  A. Yes.
9  Q. Is that Esther Nuhfer's e-mail address?
10 A. Based on the advice of counsel, I invoke my
11 Fifth.
12 Q. Do you know who Esther Nuhfer is?
13 A. Based on the advice of counsel, I invoke my
14 Fifth.
15 Q. Have you ever engaged in business with
16 Ms. Nuhfer?
17 A. Based on the advice of counsel, I invoke my
18 Fifth.
19 Q. Do you know what business she is engaged in?
20 A. Based on the advice of counsel, I invoke my
21 Fifth.
22 Q. Are you aware of any relationship between David
23 Rivera and Esther Nuhfer?
24 A. Based on the advice of counsel, I invoke my
25 Fifth.

```
                                                         Page 43
 1              MR. FERRO:  Object to the form.
 2              THE WITNESS:  Based on the advice of counsel, I
 3        invoke my Fifth.
 4   BY MR. SULLIVAN:
 5        Q.   Were you involved in money laundering in
 6   connection with this contract?
 7              MR. JOHNSON:  Object to the form.
 8              THE WITNESS:  Based on the advice of counsel, I
 9        invoke my Fifth.
10   BY MR. SULLIVAN:
11        Q.   Do you know who else was involved in money
12   laundering in connection with the consulting agreement?
13              MR. FERRO:  Object to the form.
14              MR. JOHNSON:  Object to the form.
15              THE WITNESS:  Based on -- on the advice of
16        counsel, I invoke my Fifth.
17   BY MR. SULLIVAN:
18        Q.   Isn't it true that Raul Gorrin participated in
19   money laundering in connection with this contract?
20              MR. FERRO:  Object to the form.
21              THE WITNESS:  Based on the advice of counsel, I
22        invoke my Fifth.
23   BY MR. SULLIVAN:
24        Q.   Isn't it also true that Esther Nuhfer
25   participated in money laundering in connection with this
```

Page 62

1    consulting agreement between Interamerican and PDV USA.
2         Do you see that, sir?
3    A.   Yes.
4    Q.   Do you know why Ms. Nuhfer was sending
5    contracts to you and asking you to review them?
6         MR. FERRO:  Object to the form.
7         THE WITNESS:  Based on the advice of counsel, I
8         invoke my Fifth.
9    BY MR. SULLIVAN:
10   Q.   Do you know why Ms. Nuhfer was sending
11   contracts to Raul Gorrin and asking him to review?
12   A.   Based on the advice of counsel, I invoke my
13   Fifth.
14   Q.   I'll direct your attention to the first of the
15   two attachments.  This is PGA 0140.
16        Do you see PGA 0140?
17   A.   Yes.  Yes.
18   Q.   And, again, this is an e-mail from Esther
19   Nuhfer on November 3, 2017.  Do you see that, sir?
20   A.   Yes.
21        MR. FERRO:  Object to the form.
22        THE WITNESS:  Based on the advice of counsel, I
23        invoke the Fifth.
24   BY MR. SULLIVAN:
25   Q.   Let me just ask the question again because I