UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PDV USA, INC,

                Plaintiff,

    - against -

INTERAMERICAN CONSULTING INC,

                Defendant.
------------------------------------------------------------X

20-CV-3699 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court will hold a conference via Teams to address the attorney-client privilege issues raised at Dkt. 81. By June 10, 2022, Defendant shall submit by email to chambers the seven documents at issue for in camera review. A separate notice will issue scheduling the conference.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: June 7, 2022
       New York, New York

Copies transmitted this date to all counsel of record.