USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2022

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
PDV USA, INC.,                                         :
:
       Plaintiff,                                    :
:
v.                                                     :   Case No. 20-cv-3699
:
INTERAMERICAN CONSULTING, INC.,                        :
:
       Defendant.                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## REVISED SCHEDULING ORDER

Subject to Court approval, the parties have discussed and agreed that the sequence and timing of discovery and other pretrial deadlines should proceed as follows:

| Event | Current Deadline Per ECF 69 | Proposed Amended Deadline |
|---|---|---|
| Deadline to complete fact discovery, including depositions of fact witnesses | June 23, 2022 | Aug. 19, 2022 |
| Deadline to amend pleadings and/or join additional parties | June 23, 2022 | Aug. 19, 2022 |
| Deadline to serve opening expert reports | July 14, 2022 | Sept. 2, 2022 |
| Deadline to serve rebuttal expert reports | Aug. 4, 2022 | Sept. 16, 2022 |
| Deadline to complete expert depositions | Aug. 18, 2022 | Sept. 23, 2022 |
| Deadline for pre-motion letters for dispositive motions, if any | Aug. 25, 2022 | Sept. 30, 2022 |
| Deadline for responses to pre-motion letters for dispositive motions | Sept. 1, 2022 | Oct. 7, 2022 |

| Summary judgment motions | Oct. 3, 2022 | Nov. 4, 2022 |
| Joint pretrial order | Oct. 24, 2022 (or 21 days after decision of any dispositive motion) | Nov. 22, 2022 (or 21 days after decision of any dispositive motion) |
| Parties to be ready for trial | On 48 hours' notice or after 21 days after the submission of the joint pretrial order | On 48 hours' notice or after 21 days after the submission of the joint pretrial order |

No further extensions absent compelling circumstances.

SO ORDERED:

_____
Hon. Robert W. Lehrburger, U.S.M.J.

Dated: ____June 23____, 2022
      New York, New York