Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 20-cv-3699

PDV USA, INC.,
    Plaintiff,
-vs-
INTERAMERICAN CONSULTING INC.,
    Defendant.
_____/

DEPOSITION OF:  HUGO PERERA
DATE:  Tuesday, March 8, 2022
TIME:  9:30 a.m. - 12:03 p.m.

PLACE:  ALEXANDER F. FOX P.A
    1 Alhambra Plaza
    Suite 1225
    Coral Gables, Florida 33134

STENOGRAPHICALLY
REPORTED BY:  VANESSA OBAS, RPR

Page 38

1  MR. JOHNSON: Object to the form.
2  THE WITNESS: Based on the advice of counsel, I
3  invoke my Fifth.
4  BY MR. SULLIVAN:
5  Q. And isn't it also true that these cover stories
6  were designed to conceal a money laundering scheme
7  involving Mr. Rivera, Mr. Gorrin, Ms. Nuhfer, and
8  yourself; isn't that right?
9  MR. JOHNSON: Objection to form.
10  THE WITNESS: Based on the advice of counsel, I
11  invoke my Fifth.
12  MR. JOHNSON: One moment, Mr. Perera. If you
13  hear me starting to object, just allow me to please
14  say it --
15  THE WITNESS: Oh, I'm sorry.
16  MR. JOHNSON: -- for the record before you
17  respond.
18  THE WITNESS: Okay. I'm sorry.
19  MR. JOHNSON: I'm objecting to the form of that
20  question. Thank you.
21  BY MR. SULLIVAN:
22  Q. I think I need to ask it again just because the
23  record --
24  So allow Mr. Jason -- Mr. Johnson time to
25  object.

Page 39

1  And isn't it true that these cover stories by
2  Mr. Rivera here in this document were designed to
3  conceal a money laundering scheme involving Mr. Rivera,
4  Mr. Gorrin, Ms. Nuhfer, and yourself; isn't that right?
5  MR. JOHNSON: Object to the form.
6  THE WITNESS: Based on the advice of counsel, I
7  invoke my Fifth.
8  BY MR. SULLIVAN:
9  Q. I have a few more questions about the
10  consulting agreement, which, again, begins on PGA 0055.
11  And my first question is, have you ever communicated
12  with a person named Randy Ebner, former general counsel
13  for ExxonMobil?
14  A. Based on the advice of counsel, I invoke my
15  Fifth.
16  Q. Are you aware of any communications between
17  David Rivera and Randy Ebner in connection with the
18  consulting agreement?
19  A. Based on the advice of counsel, I invoke my
20  Fifth.
21  Q. And as far as you're aware, no such
22  communications ever occurred; right?
23  A. Based on the advice of counsel, I invoke my
24  Fifth.
25  Q. Have you ever communicated with Darren Woods,

Page 40

1  the CEO of ExxonMobil?
2  A. Based on the advice of counsel, I invoke my
3  Fifth.
4  Q. Are you aware of any communications between
5  David Rivera and Darren Woods in connection with the
6  consulting services agreement?
7  A. Based on the advice of counsel, I invoke my
8  Fifth.
9  Q. And as far as you're aware, no such
10  communications ever occurred; right?
11  A. Based on the advice of counsel, I invoke my
12  Fifth.
13  Q. Did you ever communicate with former United
14  States Congressman Sam Johnson?
15  A. Based on the advice of counsel, I invoke my
16  Fifth.
17  Q. Are you aware of any communications between
18  David Rivera and Sam Johnson in connection with the
19  consulting agreement?
20  A. Based on the advice of counsel, I invoke my
21  Fifth.
22  Q. Again, as far as you're aware, no such
23  communications ever occurred; right?
24  A. Based on the advice of counsel, I invoke my
25  Fifth.

Page 41

1  MR. JOHNSON: I'm going to object to the form
2  of that question.
3  BY MR. SULLIVAN:
4  Q. Have you ever communicated with Venezuelan
5  politician Henry Ramos Allup, A-L-L-U-P?
6  A. Based on the advice of counsel, I invoke my
7  Fifth.
8  Q. Do you know who that is?
9  A. Based on the advice of counsel, I invoke my
10  Fifth.
11  Q. Are you aware of any communications between
12  David Rivera and Henry Ramos Allup in connection with
13  the consulting agreement?
14  A. Based on the advice of counsel, I invoke my
15  Fifth.
16  Q. And as far as you're aware, no such
17  communications ever occurred; right?
18  MR. JOHNSON: Objection.
19  THE WITNESS: Based on the advice of --
20  MR. JOHNSON: Object to the form.
21  THE WITNESS: Based on the advice of counsel, I
22  invoke my Fifth.
23  BY MR. SULLIVAN:
24  Q. Have you ever communicated with Venezuelan
25  politician Oliver Blanco?

Page 42

1  A. Based on the advice of counsel, I invoke my
2  Fifth.
3  Q. Do you know who that is?
4  A. Based on the advice of counsel, I invoke my
5  Fifth.
6  Q. Are you aware of any communications between
7  David Rivera and Oliver Blanco in connection with the
8  consulting agreement?
9  A. Based on the advice of counsel, I invoke my
10 Fifth.
11 Q. As far as you're aware, no such communications
12 ever occurred; right?
13     MR. JOHNSON: Object to the form.
14     THE WITNESS: Based on the advice of counsel, I
15  invoke my Fifth.
16 BY MR. SULLIVAN:
17 Q. Again, focusing on the consulting agreement
18 here on Exhibit 1, beginning on page PGA 0055, my
19 question, sir, is, are you aware of any money laundering
20 that occurred in connection with this contract?
21 A. Based on the advice of counsel, I invoke my
22 Fifth.
23 Q. Do you know whose money was being laundered in
24 connection with this consulting agreement?
25     MR. JOHNSON: Object to the form.

Page 43

1     MR. FERRO: Object to the form.
2     THE WITNESS: Based on the advice of counsel, I
3  invoke my Fifth.
4  BY MR. SULLIVAN:
5  Q. Were you involved in money laundering in
6  connection with this contract?
7     MR. JOHNSON: Object to the form.
8     THE WITNESS: Based on the advice of counsel, I
9  invoke my Fifth.
10 BY MR. SULLIVAN:
11 Q. Do you know who else was involved in money
12 laundering in connection with the consulting agreement?
13     MR. FERRO: Object to the form.
14     MR. JOHNSON: Object to the form.
15     THE WITNESS: Based on -- on the advice of
16  counsel, I invoke my Fifth.
17 BY MR. SULLIVAN:
18 Q. Isn't it true that Raul Gorrin participated in
19 money laundering in connection with this contract?
20     MR. FERRO: Object to the form.
21     THE WITNESS: Based on the advice of counsel, I
22  invoke my Fifth.
23 BY MR. SULLIVAN:
24 Q. Isn't it also true that Esther Nuhfer
25 participated in money laundering in connection with this

Page 44

1  contract?
2     MR. JOHNSON: Object to the form.
3     THE WITNESS: Based on the advice of counsel, I
4  invoke my Fifth.
5  BY MR. SULLIVAN:
6  Q. And isn't it also true that David Rivera
7  participated in money laundering in connection with this
8  contract?
9     MR. JOHNSON: Object to the form.
10    THE WITNESS: Based on the advice of counsel, I
11  invoke my Fifth.
12 BY MR. SULLIVAN:
13 Q. Is it your understanding that the payments
14 contemplated by the consulting contract here were used
15 to bribe government officials?
16    MR. JOHNSON: Object to the form.
17    THE WITNESS: Based on the advice of counsel, I
18  invoke my Fifth.
19 BY MR. SULLIVAN:
20 Q. Isn't it true that, in fact, the payments made
21 pursuant to this contract were used to bribe government
22 officials?
23    MR. JOHNSON: Object to the form.
24    THE WITNESS: Based on the advice of counsel, I
25  invoke my Fifth.

Page 45

1  BY MR. SULLIVAN:
2  Q. Do you know whose money was being used to bribe
3  government officials in connection with this contract?
4     MR. FERRO: Object to the form.
5     MR. JOHNSON: Object to the form.
6     THE WITNESS: Based on the advice of counsel, I
7  invoke my Fifth.
8  BY MR. SULLIVAN:
9  Q. Were you involved in orchestrating bribes to
10 government officials in connection with this contract?
11 A. Based on the advice of counsel, I invoke my
12 Fifth.
13 Q. Do you know who else was involved in
14 orchestrating bribes to government officials in
15 connection with this contract?
16    MR. RIVERA: Object to the form.
17    MR. JOHNSON: Object to the form.
18    THE WITNESS: Based on the advice of counsel, I
19  invoke my Fifth.
20 BY MR. SULLIVAN:
21 Q. Isn't it true that Raul Gorrin was involved in
22 orchestrating bribes to government officials in
23 connection with this contract?
24    MR. JOHNSON: Object to the form.
25    THE WITNESS: Based on the advice of counsel, I

12 (Pages 42 - 45)