UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PDV USA, INC,

                Plaintiff,

      - against -

INTERAMERICAN CONSULTING INC,

                Defendant.
------------------------------------------------------------X

20-CV-3699 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed at the remote conference held on June 29, 2022, Interamerican will produce to PDV the seven communications for which the parties disputed privilege as described in PDV's May 26, 2022 letter at Dkt. 81.  The October 2017 Message will be produced without waiver of privilege with respect to any other information or document. Interamerican will produce the November 2017 Messages, for which it has not established existence of the attorney-client privilege, along with the other messages in the chain of which they are a part.  This resolves the letter motion at Dkt. 81.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: June 29, 2022
       New York, New York

Copies transmitted this date to all counsel of record.