UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _7/12/2022_
```

---------------------------------------------------------------X

PDV USA, Inc.                                          :          20-cv-3699 (JGK) (RWL)

                                    Plaintiff,          :

                                                       :

              - against -                              :          **ORDER**

                                                       :

Interamerican Consulting Inc.                          :

                                                       :

                                    Defendant.          :

---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        ORDER:  The Court has entered a rough transcription of the Microsoft Teams

Discovery conference held on June 29, 2022.  The Teams transcript is an unofficial and

uncertified transcript printed from the Teams recording function.

                              SO ORDERED.

                              _____

                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: July 12, 2022
        New York, New York

Copies transmitted this date to all counsel of record.

0:0:0.0 --> 0:0:2.690
Jason Johnson
Good afternoon. And after eating it.

0:0:0.-540 --> 0:0:4.890
Judge Robert W Lehrburger
Afternoon. This is this a judge lehberger. I'm hearing some echoing. Whoever.

0:0:6.110 --> 0:0:27.720
Judge Robert W Lehrburger
Alright. Has their volume on May need to put you on. I think that has been done and been solved. This is for PDV USA versus Inter American Consulting 20 CB 3699. I have started it Transcription Council. Please put in your appearance of starting with the plaintiff.

0:0:29.980 --> 0:0:37.10
d0db2737-a270-4a70-96d3-dfef671ef63b
You're, your honor. I apologize. I'm having some audio issues here. The Echo is on my end. May I ask to to dial back in?

0:0:37.550 --> 0:0:38.520
Judge Robert W Lehrburger
Sure, that would be fine.

0:0:38.930 --> 0:0:39.660
d0db2737-a270-4a70-96d3-dfef671ef63b
My apology.

0:1:42.700 --> 0:1:44.490
480a5c44-30de-4a19-9e21-c9ea0515dad7
OK. Uh is this?

0:1:45.760 --> 0:1:46.840
480a5c44-30de-4a19-9e21-c9ea0515dad7
This better on the echo.

0:1:47.220 --> 0:1:52.920
480a5c44-30de-4a19-9e21-c9ea0515dad7
Yes, no echo. OK. Thank. Thank you, your honor. Brady Sullivan for plaintiff PDV USA.

0:1:54.310 --> 0:1:58.580
Jason Johnson
Good afternoon, Your Honor, Jason Johnson for the defendant Inter American consulting.

0:2:2.430 --> 0:2:2.900
Judge Robert W Lehrburger
And it's.

0:2:2.120 --> 0:2:4.50
ec429e47-88b1-4817-9f3b-eed191f47dd5
Good afternoon, Your Honor, Deborah and cancel.

0:2:2.140 --> 0:2:5.810
Michael J Gottlieb (Guest)
Your Honor, this is Mike Gatley, but also with Wilkie on behalf of PDB USA.

0:2:6.710 --> 0:2:7.280
Judge Robert W Lehrburger
Alright.

0:2:9.460 --> 0:2:10.110
ec429e47-88b1-4817-9f3b-eed191f47dd5
Good afternoon.

0:2:8.490 --> 0:2:10.340
Judge Robert W Lehrburger
So good afternoon gentlemen.

0:2:10.460 --> 0:2:23.550
Judge Robert W Lehrburger
Uh, we're holding this conference mainly in light of the correspondence that the parties have filed regarding the claims of privilege over 7 communications.

0:2:23.890 --> 0:2:28.560
Judge Robert W Lehrburger
Uh, for a privilege asserted by.

0:2:31.70 --> 0:2:33.700
Judge Robert W Lehrburger
By Interamerican and.

0:2:36.230 --> 0:2:39.980
Judge Robert W Lehrburger
Yes, they don't have individual numbers, but I have received the.

0:2:40.580 --> 0:2:50.410
Judge Robert W Lehrburger
Uh, the documents from the communications I've received copies of them for in camera review, so thank you for that and.

0:2:51.650 --> 0:3:10.640
Judge Robert W Lehrburger
Why don't we take the two groups separately? The first group is a single communication involving Mr Goren and Mr Rivera, and I understand the basis of the assertion of the privilege. That is that Mr Gorin was representing.

0:3:12.380 --> 0:3:33.510
Judge Robert W Lehrburger
Mr Rivera, in connection with the transaction that was going on, the that is disputed by PDV Ian, Light of a retention letter that has according to PDV, suspicious Origins and.

0:3:35.190 --> 0:3:57.940
Judge Robert W Lehrburger
There are other aspects of the communications that they say call into question, whether there was actually an attorney client relationship and whether the communication was attorney client. Let me just ask an initial question because I'm not sure where everything stands in regard to discovery, but it has Mr Goren and or M Rivera been deposed at this point.

0:4:2.160 --> 0:4:15.530
Jason Johnson
They have not, your honor. Mr Vera is scheduled for deposition at the end of July in both his capacity as an individual and as the 30B6 representative of Inter American.

0:4:19.40 --> 0:4:19.470
480a5c44-30de-4a19-9e21-c9ea0515dad7
And.

0:4:17.240 --> 0:4:22.30
Judge Robert W Lehrburger
OK. And what, what about Mr Gorn?

0:4:29.700 --> 0:4:30.90
Judge Robert W Lehrburger
Yeah.

0:4:25.990 --> 0:4:35.820
480a5c44-30de-4a19-9e21-c9ea0515dad7
Well, I'll, I'll. I'll go ahead. If your Honor doesn't mind, I can answer that question. Mr Gore's deposition is is not scheduled and we don't. We don't assume it will be scheduled. Here's a fugitive from justice.

0:4:36.630 --> 0:4:37.0
Judge Robert W Lehrburger
OK.

0:4:36.300 --> 0:4:40.640
480a5c44-30de-4a19-9e21-c9ea0515dad7
Uhm, currently residing in Venezuela? It's not not an individual. We will have access to.

0:4:41.170 --> 0:4:49.980
Judge Robert W Lehrburger
OK. So let me let me ask this in terms of the arguments that the.

0:4:52.900 --> 0:4:57.460
Judge Robert W Lehrburger
Give me secret the the privilege does not exist.

0:4:58.660 --> 0:5:13.810
Judge Robert W Lehrburger
My my question in that regard is why not wait until Mr Rivera's deposition and see if you can get more particulars, particularly since you're calling into question the retention agreement that was signed as well as the context in which the communication.

0:5:15.40 --> 0:5:16.370
Judge Robert W Lehrburger
Take takes place.

0:5:18.790 --> 0:5:34.140
480a5c44-30de-4a19-9e21-c9ea0515dad7
Sure. Thank you, your honor. I I think that that is certainly something we we we will or or or would do and we we attend to to address these issues at at at Mr Rivera's definition deposition I think.

0:5:35.10 --> 0:5:36.750
480a5c44-30de-4a19-9e21-c9ea0515dad7
You know, for for purposes of.

0:5:37.510 --> 0:5:47.820
480a5c44-30de-4a19-9e21-c9ea0515dad7
Uh completing document discovery and and walking into that deposition. Armed with with the information we need, we were we were very troubled to learn that documents with.

0:5:48.600 --> 0:5:49.800
480a5c44-30de-4a19-9e21-c9ea0515dad7
With with Mr. Green.

0:5:50.800 --> 0:6:14.740
480a5c44-30de-4a19-9e21-c9ea0515dad7
With, with whom? Mr Rivera has a a fairly important business relationship important to this matter. We were very concerned to see that and calls into question the types of documents that are being withheld in this case, and we certainly want to try to resolve those types of issues before we walk into a deposition for purposes of efficiency, if nothing else.

0:6:15.740 --> 0:6:45.50
Judge Robert W Lehrburger
Well, and and certainly that would be desirable. There are obviously discovery disputes sometimes that require further development and if a party withholds a document on the basis of privilege and a deposition goes forward and then it turns out the document is not privileged based on further information learned during the deposition, either the parties will agree in the document can be used at that point or the party who asserts privilege will have to call come back and.

0:6:45.770 --> 0:6:46.360
Judge Robert W Lehrburger
Be.

0:6:47.740 --> 0:7:5.210
Judge Robert W Lehrburger
Deposed for that limited purpose, uh, possibly at their their own cost. So there's always risk in a in a party asserting protection that then later doesn't hold up if the deposition is going forward. But it's obviously to be determined.

0:7:7.430 --> 0:7:9.360
Judge Robert W Lehrburger
Let let me ask the.

0:7:10.630 --> 0:7:12.320
Judge Robert W Lehrburger
In our American folks.

0:7:15.580 --> 0:7:22.170
Judge Robert W Lehrburger
There is a busy do you agree there is a was a business relationship between Mr Gorin and Mr Rivera?

0:7:22.880 --> 0:7:53.310
Jason Johnson
We do acknowledge that there was both a business relationship between Mr Gory and Mr Rivera, as well as an attorney client relationship, your honor, as a threshold matter, I'm not sure we really care whether any of these communications are disclosed. Your Honor has seen them as Privy to the substance of those communications. I'm not sure we really care that they ever see them, except to the extent that we feel we have an obligation to protect the privilege. And that's why we responded, your honor.

0:7:53.550 --> 0:8:24.480
Jason Johnson
We withheld these because we do believe they're covered by the attorney client privilege. We do believe a valid attorney client relationship existed and that a privilege therefore existed in that these documents are covered by the privilege. But in terms of whether these documents are damaging or even with respect to the seven communications in the one string of WhatsApp messages, they're just wholly irrelevant to the issues. In this case. Your Honor, if you're honor orders us to disclose these, we'll happily do so.

0:8:24.640 --> 0:8:35.580
Jason Johnson
But we feel we have an obligation to protect the privilege that we believe exists, but yes, we do. To answer your question again, we do acknowledge that the business relationship existed between Mr Goren and Mr Rivera.

0:8:36.610 --> 0:8:55.790
Judge Robert W Lehrburger
Yeah. Frankly, based on what I have in front of me, it could easily be that the communication starting with first one is a business communication as opposed to legal one, but it could also equally be a legal one if indeed there were a attorney client relationship.

0:8:57.470 --> 0:9:0.760
Judge Robert W Lehrburger
What I suggest is this is that.

0:9:2.540 --> 0:9:7.880
Judge Robert W Lehrburger
That Mr Rivera be asked about this document and that the.

0:9:7.960 --> 0:9:8.330
Judge Robert W Lehrburger
Do.

0:9:9.870 --> 0:9:25.580
Judge Robert W Lehrburger
That in our American be prepared at the deposition to provide a copy to PD in the event that the parties
can agree that based on further information from this Rivera, the document is not privileged.

0:9:27.20 --> 0:9:46.210
Judge Robert W Lehrburger
And if there is a concern on behalf of the of the Inter American that there could be a possibility of
disagreement and a result of which the deponent might have to come back, I will just tell you now, I
would have no problem with you.

0:9:47.250 --> 0:10:15.760
Judge Robert W Lehrburger
Producing the document without any waiver to any other documents or information, just so that this
dispute can be resolved and the bump sort of smoothed out. If it turns out later there are other
communications that may be subject to production for related reasons, that's one thing, but the mere
fact of your producing this in order to resolve this issue now I would deem not a waiver.

0:10:16.60 --> 0:10:21.980
Judge Robert W Lehrburger
Of any other documents or information, Mr Sullivan, would you agree with that?

0:10:24.240 --> 0:10:32.870
480a5c44-30de-4a19-9e21-c9ea0515dad7
Well, certainly, your honor. I mean we've we've come before you on a motion to compel for seven 7 text
messages and and and that's you know that that's our concern I think.

0:10:33.80 --> 0:10:40.810
480a5c44-30de-4a19-9e21-c9ea0515dad7
Umm, you know, I understand you wanted to address the other six in sort of a separate bucket. So all all
withhold comments on those.

0:10:42.40 --> 0:11:12.150
480a5c44-30de-4a19-9e21-c9ea0515dad7
But but but, but certainly why? You know, we're we're OK with a a sort of production under the
understanding that there's that there's no waiver. I I will note this is the only text message on the

privilege log of Inter American with a direct communication between Mr. Green and Mr Rivera. So I don't actually see how they're even could be some sort of a waiver issue given that this is the only message that they or message or email or text message that they purport to be.

0:11:12.260 --> 0:11:16.770
480a5c44-30de-4a19-9e21-c9ea0515dad7
Withholding, you know, putting aside the other six where Mr. Green is, a is a participant.

0:11:17.690 --> 0:11:29.870
480a5c44-30de-4a19-9e21-c9ea0515dad7
You know, to the extent there are other text messages or emails or documents involving communications between Mr. Green and Mr Rivera that Inter American intends to withhold and they may be.

0:11:30.480 --> 0:11:34.940
480a5c44-30de-4a19-9e21-c9ea0515dad7
Haven't made their way to the privilege log yet? That might be a separate issue.

0:11:36.790 --> 0:11:40.60
Judge Robert W Lehrburger
Well, look, I I think it would be wise to produce it.

0:11:41.60 --> 0:12:2.640
Judge Robert W Lehrburger
And but with the proviso that I have said, which is a, would not be deemed a waiver as to any other information being subject to to production. Just because this was and as I said, it's ambiguous as to actually what context it was actually made in that sense.

0:12:3.820 --> 0:12:19.170
Judge Robert W Lehrburger
A strong argument could be made that Inter American hasn't met its burden of demonstrating that there it is a privilege communication and the less I think it sounds like this can be resolved by production and limiting any Weaver.

0:12:20.180 --> 0:12:31.330
Judge Robert W Lehrburger
So let's move on to the other documents. The string of 6 text messages and I say string. But as I understand it from the.

0:12:33.440 --> 0:12:36.20
Judge Robert W Lehrburger
In camera material that I've been supplied with.

0:12:36.660 --> 0:12:54.90
Judge Robert W Lehrburger
And Council can correct me if I'm wrong. The six texts are actually individual ones from different portions of the same string, but they are not ones that are consecutive to each other for the most part is, is. Is that accurate?

0:12:55.340 --> 0:13:11.410
Judge Robert W Lehrburger
That's my understanding, your honor. Yes. OK. And have the ones that are not have have the text messages in what you've submitted to me that are not the ones for which are privileged is client to have those been produced.

0:13:12.550 --> 0:13:19.280
Jason Johnson
I I would have to confirm that, your honor with my paralegal and my associate. I believe the answer is yes.

0:13:20.430 --> 0:13:32.790
Jason Johnson
But I can confirm that in to the extent they have not been, uh, we will make sure that that happens today, but I believe they happen, OK and it it I I just want to understand the context because.

0:13:34.630 --> 0:13:35.530
Judge Robert W Lehrburger
Obviously.

0:13:37.180 --> 0:13:38.540
Judge Robert W Lehrburger
There may be some.

0:13:39.310 --> 0:13:42.660
Judge Robert W Lehrburger
Gaps. Then, and what was produced, that might be a little.

0:13:44.40 --> 0:14:12.110
Judge Robert W Lehrburger
Mysterious. Although you've probably marked it as privileged, but it's not clear to me whether that's the case, and I noticed that on the privilege log, and there may be a very good reason for this. The six text that are identified, they're not identified in the chronological order in which they appear in the chain. So they're you sort of lose the context to the extent one could be derived because quite frankly, I think they're all very disjointed anyway. But you're all closer to the facts.

0:14:12.810 --> 0:14:25.620
Judge Robert W Lehrburger
But as I understand it, the main point is the Inter American folks contend these documents or not at all, responsive or relevant. There was an agreement to use certain search terms and produce whatever was kicked back, even if it wasn't responsive.

0:14:26.620 --> 0:14:40.100
Judge Robert W Lehrburger
And that these fall into this category that happened to end up on the privilege log as a result again here it's very difficult for me to discern.

0:14:41.540 --> 0:14:53.550
Judge Robert W Lehrburger
That there's a strong basis to assert privilege. There is simply, as far as I understand it, the assertion is and there is a declaration statement from Mr Rivera that.

0:14:54.810 --> 0:15:20.490
Judge Robert W Lehrburger
He and Mr Perera were acting as go betweens between Mr. Green and Mr Alarba, both as attorneys in interfacing with US attorneys on behalf of some other individual. Do I have? Do I have that right, Mr. Johnson? That's correct, your honor.

0:15:22.80 --> 0:15:22.390
Judge Robert W Lehrburger
And.

0:15:21.430 --> 0:15:24.530
Jason Johnson
And and I would add that the situation.

0:15:25.390 --> 0:15:39.230
Jason Johnson
Or the facts surrounding these communications are wholly unrelated to anything having to do with Inter, American and PDB USA, or the claims made in this case, or the counterclaims. OK and.

0:15:40.0 --> 0:15:56.810
Judge Robert W Lehrburger
What connection does the individual have? That is, for whom the advice ultimately was being obtained, if you will, what relationship does that person have with Mr Rivera and Mr Pereira?

0:15:57.800 --> 0:16:25.780
Jason Johnson
To my knowledge, your Honor, none other than his Venezuelan lawyers were interfacing with Mr Pereira and Mr Rivera in an attempt to get some traction with a US agency with whom the ultimate client was dealing. But it's not related to PDP, USA or Inter American per se. It's just that Mr Rivera, who was the principal of Inter American, was one of the people who was assisting here.

0:16:26.770 --> 0:16:29.420
Judge Robert W Lehrburger
Alright, so in other words, a party.

0:16:30.640 --> 0:16:39.960
Judge Robert W Lehrburger
Whom they they were assisting a party, but they were not themselves seeking the legal aid devices. Is that correct? But.

0:16:39.600 --> 0:16:45.130
Judge Robert W Lehrburger

That's correct, your honor. Alright. So in a sense then there's no privilege associated with that, is there? How is their privilege?

0:17:13.80 --> 0:17:13.500
Judge Robert W Lehrburger
Right.

0:17:17.770 --> 0:17:18.100
Judge Robert W Lehrburger
Yeah.

0:16:45.460 --> 0:17:18.220
Jason Johnson
Well, we would argue that they were the agents of the lawyer, similar to an expert, that we would hire or consultant that we would hire being an agent of the law firm whose communications are covered by the attorney client privilege. So no, they're not the lawyers. They're not the ones providing legal advice. But if they're assisting the lawyer helping the client, then we believe that the communications are covered by the privilege. Again, your Honor, as I said, when we think these are wholly irrelevant to the case that if you order us to turn them over, I'm happy to do so. And I think it would put this to bed pretty quickly.

0:17:18.410 --> 0:17:22.600
Jason Johnson
But we feel an obligation to protect what we believe is a valid assertion of privilege.

0:17:42.880 --> 0:17:43.460
Judge Robert W Lehrburger
Or it.

0:17:22.960 --> 0:17:44.230
Judge Robert W Lehrburger
No, I understand. But based on on what I've heard and what the Q&A I just had that I think the privilege has not been established and that they should be produced. I agree that it's likely they are irrelevant, if indeed what you've represented turns out to be the case. But the parties are in a much better position to determine that. So those should be produced, we will produce them today, your Honor.

0:17:44.530 --> 0:17:49.770
Judge Robert W Lehrburger
Alright, so that takes care of the privilege documents. Is that correct, Mr Sullivan?

0:17:51.40 --> 0:17:56.410
480a5c44-30de-4a19-9e21-c9ea0515dad7
Yeah. Yes, your Honor, if I just may add very quickly. One, one final point on on those six.

0:18:9.10 --> 0:18:9.440
Judge Robert W Lehrburger
OK.

0:17:57.350 --> 0:18:27.280
480a5c44-30de-4a19-9e21-c9ea0515dad7
The the representation that those documents were not responsive was first made to us in the form of Inter American's opposition letter. I raised this not to be adversarial, but only just to inform your Honor that we did not submit a motion to compel on privileged grounds for a document that was understood to be not responsive. We would. We would of course not do that. We emailed Andrew American and we asked why these documents were being withheld.

0:18:27.380 --> 0:18:30.150
480a5c44-30de-4a19-9e21-c9ea0515dad7
And we never got a response. So we filed the motion to compel.

0:18:30.760 --> 0:18:45.290
Judge Robert W Lehrburger
I understood. I do know that the privilege log does describe the documents as unrelated to specific claims in the litigation, but you know it has the term specific. So that itself is a qualification. I can understand your inquiry all right.

0:18:46.650 --> 0:18:54.860
Judge Robert W Lehrburger
So separately from that I I did receive on June 23rd a letter.

0:18:55.570 --> 0:19:7.590
Judge Robert W Lehrburger
From Interamerican concerning what they allege to be insufficient interrogatory responses by PDV. That letter I see was not filed on.

0:19:8.590 --> 0:19:13.960
Judge Robert W Lehrburger
Pete, on ECF as it should have been in redacted form to the extent it contained.

0:19:14.350 --> 0:19:22.650
Judge Robert W Lehrburger
Any confidential material, but that about 1/2 hour before today's proceeding, the letter the same letter.

0:19:23.850 --> 0:19:29.880
Judge Robert W Lehrburger
In slightly different form was filed on ECF at Docket 91.

0:19:30.580 --> 0:19:34.590
Judge Robert W Lehrburger
Do I have that? Do I have that right, Johnson?

0:19:34.460 --> 0:19:39.70
Jason Johnson
You you have that correct, your honor. We had reached out to Mr Sullivan.

0:19:40.170 --> 0:20:8.600
Jason Johnson

To inquire as to whether they wanted this filed under seal, Your Honor has some pretty specific instructions as to how documents filed under seal or handled, and the document was marked as confidential, so we needed either their consent to to not file it under seal, or we just needed to communicate with them and we find we received a response this afternoon indicating that was OK to file it as is. So that's what we've done, your honor.

0:20:9.150 --> 0:20:39.510
Judge Robert W Lehrburger
OK. And just show you aware you you can the the the procedure is supposed to be that you file the letter or whatever it is in redacted form on the public docket and file the full one under seal. Obviously if the entirety of content or the most of the content is potentially privileged then that might present a different issue but you don't need to necessarily hold up something that may have an attachment or certain limited exerts bit for which there would be a privilege concern.

0:20:39.990 --> 0:20:40.630
Jason Johnson
Thank you, your honor.

0:20:41.190 --> 0:20:52.980
Judge Robert W Lehrburger
OK. So with that setup, let me ask, Mr Sullivan, is this something you're prepared to discuss that is the issue concerning the interrogatories or is the meet and confer process still occurring?

0:21:9.460 --> 0:21:9.970
Judge Robert W Lehrburger
OK.

0:20:55.330 --> 0:21:24.980
480a5c44-30de-4a19-9e21-c9ea0515dad7
Well, your Honor, I'll. I'll, I'll, I'll confess I didn't come to this hearing prepared to argue the merits of that motion. I can tell you we are we expect to file our opposition letter today. We've not delayed due to the fact that it was not properly docketed. We have our response prepared. Certainly if if your Honor wants to we can. But we were prepared to sort of address that.

0:21:25.70 --> 0:21:29.80
480a5c44-30de-4a19-9e21-c9ea0515dad7
Motion in due course the way we have the other two discovery motions in this case.

0:21:29.690 --> 0:21:50.680
Judge Robert W Lehrburger
Well, I was going to ask why there was no response yet, if in fact you had received the non filed version. But I agree it wasn't filed ultimately so until today. So technically there was no obligation let's say. And ordinarily my rules would require response within three days unless more time is asked for.

0:21:51.580 --> 0:21:54.190
Judge Robert W Lehrburger
And so I think it's fine if we don't.

0:21:55.930 --> 0:22:0.840
Judge Robert W Lehrburger
Have the discussion today if you would like to get a letter in which is fine.

0:22:2.890 --> 0:22:23.140
Judge Robert W Lehrburger
And obviously I only have one side of the story at the moment, but it did sort of, it did seem that some of what is being asked for was likely appropriate. Ohh wait for your response. I may rule on the papers if I have questions. I'll convenience again. How about that? All right.

0:22:23.390 --> 0:22:24.460
480a5c44-30de-4a19-9e21-c9ea0515dad7
Certainly, your honor. Thank you.

0:22:51.700 --> 0:22:51.940
Judge Robert W Lehrburger
Uh.

0:22:23.380 --> 0:22:53.410
Jason Johnson
For the record, Your Honor, we we would not ask Mr Sullivan or or Mr Godley to respond today without having an opportunity to to formally respond by way of a letter, just to confirm the Court's ruling. We will disclose or produce today the six communications and to confirm my associate emailed me during the hearing because he's listening in and confirmed that we had not yet produced the the non privileged communications that were part of that string.

0:22:53.980 --> 0:23:0.900
Jason Johnson
We will produce the entirety of that string to opposing counsel today with respect to the singular message.

0:23:1.350 --> 0:23:2.880
Jason Johnson
Uh, in?

0:23:4.530 --> 0:23:7.540
Jason Johnson
From October 6th for Mr Gorin.

0:23:8.320 --> 0:23:12.430
Jason Johnson
Uh, we will withhold that until the deposition of.

0:23:13.140 --> 0:23:29.290
Jason Johnson
Mr Rivera, allow them to ask some questions because I'd like to get his explanation of what this is and the context in which the communication was given on the record before I produce it to them. But we will have a copy of it there and be ready to produce it at the deposition.

0:23:35.370 --> 0:23:35.960
Judge Robert W Lehrburger
The seller.

0:23:37.560 --> 0:23:44.10
480a5c44-30de-4a19-9e21-c9ea0515dad7
I if, if Mr Jonathan has accurately summarized your honors ruling, then then I have nothing I understood.

0:23:42.590 --> 0:23:56.40
Judge Robert W Lehrburger
Well, I I I think that that's that's accurate is to part of my ruling. The other part of that was that I think it would be appropriate to produce it in advance without waiver as to any other.

0:23:56.390 --> 0:24:10.220
Judge Robert W Lehrburger
Uh. In information, it might make sense. Well, and it sounds like Mr. Johnson, you already have an understanding based to a for the basis of the assertion of the privilege. But my point is.

0:24:11.510 --> 0:24:11.950
Judge Robert W Lehrburger
Yeah.

0:24:12.410 --> 0:24:16.500
Judge Robert W Lehrburger
I would deem it producible without waving other information.

0:24:18.130 --> 0:24:19.520
Jason Johnson
We'll produce it today, your Honor.

0:24:17.860 --> 0:24:24.520
Judge Robert W Lehrburger
In in advance that I I think that makes sense. Alright, so everything will be produced today. That's great.

0:24:25.210 --> 0:24:31.200
Judge Robert W Lehrburger
Alright. Anything else, gentlemen? Anything else from PDV? No, thank you. Sorry you're on.

0:24:32.350 --> 0:24:34.750
480a5c44-30de-4a19-9e21-c9ea0515dad7
That's OK. I know, your honor. Thank you for your time.

0:24:35.300 --> 0:24:37.10
Judge Robert W Lehrburger
Anything from inter American?

0:24:37.180 --> 0:24:38.400
Jason Johnson
No, you're on. Thank you for your time.

0:24:38.820 --> 0:24:40.970
Judge Robert W Lehrburger
Alright, thank you all. We're adjourned.