UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

PDV USA, INC,

      Plaintiff,

   - against -

INTERAMERICAN CONSULTING INC,

      Defendant.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/26/2022__

20-CV-3699 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  By **October 5, 2022**, Interamerican shall submit to the Court for *in camera* review (1) the Sept. 16, 2021 FBI Memorandum in Interamerican's-David Rivera's possession, and (2) the transcript of the deposition of David Rivera in which he refers to the FBI Memorandum (the cover email/letter should identify the relevant pages). Interamerican should make the materials available electronically with appropriate protections (such as means requiring a password that Interamerican will provide to the Court).

       SO ORDERED.

       _____
       ROBERT W. LEHRBURGER
       UNITED STATES MAGISTRATE JUDGE

Dated: September 26, 2022
   New York, New York

Copies transmitted this date to all counsel of record.

1