

Tucker H. Byrd
TByrd@ByrdCampbell.com

November 21, 2022

Honorable Robert E. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: ***PDV USA, Inc. v. Interamerican Consulting Inc., Case No.: 1:20-cv-03699-JGK-RWL***

Dear Judge Lehrburger:

This firm represents Interamerican Consulting Inc. ("Interamerican") in the above-referenced matter. Interamerican submits this Letter Motion to notify the Court that it is withdrawing its Letter Motion ("Letter Motion") (Doc. 116) because the parties have resolved the dispute that gave rise to that motion.

In addition, Interamerican respectfully requests that this Court strike the Letter Motion. The Letter Motion references litigation in a related case in another district court (the "Related Case"). The movant in the Related Litigation (hereinafter, referred to as "Mr. Doe") has moved to seal those proceedings in their entirety and has requested that Interamerican remove the Letter Motion from public view. To address these concerns, Interamerican requests entry of an order striking its Letter Motion from the docket (or, at a minimum, that the Court enter an order placing the Letter Motion under seal until such time as the district court in the related litigation rules on Mr. Doe's pending motion to seal the entirety of those proceedings). *Church & Dwight Co. Inc. v. SPD Swiss Precision Diagnostics, GmbH*, No. 14 Civ. 585 (AJN), 2014 WL 7238354, at *4 (S.D.N.Y. Dec. 19, 2014) (provisionally granting redaction requests while reserving the right to "revisit [the court's] decision ... following the resolution of the present dispute or upon request."). PDV USA consents to Interamerican's motion to withdraw and motion to strike, but takes no position on any other relief requested.

Respectfully submitted,

*/s/ Tucker Byrd*
**Tucker H. Byrd**
Florida Bar No. 381632
**Jason Ward Johnson**
Florida Bar No. 186538
**BYRD CAMPBELL, P.A**.
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789

DALLAS
Phone: (214) 764-4106

ORLANDO
180 Park Avenue North, Suite 2A
Winter Park, FL 32789
Phone: (407) 392-2285
Fax:  (407) 392-2286

PENSACOLA
Phone: (850) 308-7440
By appointment only

Honorable Robert E. Lehrburger
November 21, 2022
Page 2

Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: JJohnson@ByrdCampbell.com
*Counsel for Defendant/Counter-Plaintiff*

Henry L. Saurborn, Jr.
Kaiser, Saurborn & Mair
30 Broad St., 37th Floor
New York, New York 10001
Telephone: (212) 338-9100
saurborn@ksmlaw.com
*Counsel for Defendant/Counter-Plaintiff*