

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2022
```

Tucker H. Byrd
TByrd@ByrdCampbell.com

December 6, 2022

Honorable Robert E. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: **PDV USA, Inc. v. Interamerican Consulting Inc., Case No.: 1:20-cv-03699-JGK-RWL**

Dear Judge Lehrburger:

    This firm represents Interamerican Consulting Inc. ("Interamerican") in the above-referenced matter. In accordance with this Court's November 22, 2022 Order (Doc. 118), Interamerican submits this Letter to advise the court that the motion to seal in the Related Case, referred to in Interamerican's previous Letter Motion (Doc. 117), has been granted and the movant in the Related Case has been permitted to proceed anonymously. Accordingly, Interamerican believes that the Letter Motion (Doc. 116) should remain under seal in light of the court's ruling in the Related Case.

    Respectfully submitted,

*/s/ Tucker Byrd*
**Tucker H. Byrd**
Florida Bar No. 381632
**Jason Ward Johnson**
Florida Bar No. 186538
**BYRD CAMPBELL, P.A**.
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: JJohnson@ByrdCampbell.com
*Counsel for Defendant/Counter-Plaintiff*

DALLAS
Phone: (214) 764-4106

ORLANDO
180 Park Avenue North, Suite 2A
Winter Park, FL 32789
Phone: (407) 392-2285
Fax: (407) 392-2286

PENSACOLA
Phone: (850) 308-7440
By appointment only

Honorable Robert E. Lehrburger
December 6, 2022
Page 2

                                  Henry L. Saurborn, Jr.
                                  Kaiser, Saurborn & Mair
                                  30 Broad St., 37th Floor
                                  New York, New York 10001
                                  Telephone: (212) 338-9100
                                  saurborn@ksmlaw.com
                                  *Counsel for Defendant/Counter-Plaintiff*

SO ORDERED:

12/9/2022

_____

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE