# Exhibit I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PDV USA, Inc.<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Interamerican Consulting, Inc.<br><br>　　　　　　Defendant. | No. 20-cv-03699-JGK<br><br>**DEFENDANT'S RESPONSE TO FOURTH REQUEST FOR PRODUCTION** |

**DEFENDANT INTERAMERICAN CONSULTING,
INC.'S RESPONSE TO FOURTH REQUEST FOR PRODUCTION**

Defendant, Interamerican Consulting, Inc. ("Defendant"), pursuant to Fed. R. P. 33., responds to the Fourth Request for Production (the "Request") filed by Plaintiff, PDV USA, Inc. ("Plaintiff"), as follows:

**PRELIMINARY STATEMENT**

Each of the responses which follow, and every part thereof, are based upon and reflect the knowledge, information or belief of Defendant at the present state of this litigation. Accordingly, Defendant reserves the right to supplement or amend these responses to reflect such other knowledge, information or belief which it may hereafter acquire or discover. To the extent that the Requests call for information which involves an opinion or contention that relates to or requires the application of law or fact, Defendant similarly reserves its right to supplement or amend such opinions or contentions.

## **GENERAL OBJECTIONS**

1. These responses are made without in any way waiving or intending to waive, but to the contrary, preserving and intending to preserve:

> (a) all questions as to competency, relevancy, materiality, privilege or admissibility as evidence for any purpose, of the answer or the subject matter thereof, in any subsequent proceeding, or the trial of this or any other action;
>
> (b) the right to object to the use of any of said responses, or the subject matter thereof, in any subsequent proceeding in, or the trial of, this or any other action on any other grounds;
>
> (c) the right to object on any ground at any time to a demand for further responses to this document request; and
>
> (d) the right at any time to revise, correct, add to, or clarify any of the responses set forth herein.

2. Defendant objects to these Requests to the extent that they call for privileged information, including, without limitation, information which was developed for, or in anticipation of, litigation, or which constitutes attorney work product or confidential attorney-client communications.

3. Defendant objects to these Requests to the extent they seek confidential and/or proprietary documents. Defendant will produce confidential and/or proprietary documents subject to a stipulated confidentiality order.

4. Defendant has not completed its investigation and discovery in this action and has not completed its preparation for trial that may be held thereon. The parties also have not yet agreed

upon a mutually acceptable ESI procedure for the exchange of discovery materials. Any response herein is based upon information presently known to Defendant.

5. Defendant objects to these Request insofar as they may exceed the provisions of the Federal Rules of Civil Procedure, and the Local Rules applicable in the United States District Court for the Southern District of New York and any orders related thereto.

Notwithstanding the foregoing, and without waiving the foregoing objections and any other objections interposed herein, Defendant responds to the Request upon its best knowledge, information and belief:

### SPECIFIC RESPONSES[1]

1. Produce each and every copy, image, clone, extraction, or other forensic collection of David Rivera's phone performed since the start date of this Action to the present. Such copies, images, clones, or extractions shall be full, unaltered, unfiltered, replicas of exactly what was collected at the time.

> **Response:** **Subject to and without waiving the General Objections, Interamerican objects to this request because it is overbroad, unduly burdensome, calls for the production of documents protected by the attorney-client privilege and work product doctrine, and seeks information that is not proportional to the needs of the case, including personal and unrelated confidential business communications that are wholly unrelated to this litigation. Further, notwithstanding Interamerican's prior objections, this request seeks documents that Interamerican has already produced.**

---

[1] In addition to Interamerican's specific objections to each request, Interamerican notes that PDV USA served this request on August 15, 2022—four days before the discovery cutoff. PDV USA's needless delay in serving these requests alone renders the discovery it seeks unduly burdensome.

2. Documents sufficient to show David Rivera's complete, unaltered, unfiltered WhatsApp call history from January 1, 2017 to present. This includes any manner of calls, conference calls, video chats, video conferences (i.e., any oral communications using WhatsApp).

> **Response:** **Subject to and without waiving the General Objections, Interamerican objects to this request because it is overbroad, unduly burdensome, and seeks information that is not proportional to the needs of the cases, including information relating to personal and confidential business communications that are wholly unrelated to this litigation. Further, notwithstanding Interamerican's prior objections, this request seeks documents that have already been produced.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2022, a copy of the foregoing has been furnished via electronic mail to all counsel of record.

                                    */s/ Jason Johnson*
                                    **Tucker H. Byrd**
                                    Florida Bar No. 381632
                                    **Jason Johnson**
                                    Florida Bar No. 186538
                                    **BYRD CAMPBELL, P.A**.
                                    180 Park Avenue North, Suite 2A
                                    Winter Park, Florida 32789
                                    Telephone: (407) 392-2285
                                    Facsimile: (407) 392-2286
                                    Primary Email: TByrd@ByrdCampbell.com
                                    Primary Email: JJohnson@ByrdCampbell.com
                                    *Counsel for Defendant/Counter-Plaintiff*

                                    Henry L. Saurborn, Jr.
                                    Kaiser, Saurborn & Mair
                                    30 Broad St., 37th Floor
                                    New York, New York 10001
                                    Telephone: (212) 338-9100
                                    saurborn@ksmlaw.com
                                    *Counsel for Defendant/Counter-Plaintiff*