```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PDV USA, INC,

                    Plaintiff,

      - against -

INTERAMERICAN CONSULTING INC,

                    Defendant.
------------------------------------------------------------X

20-CV-3699 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    As discussed at the conference held via Microsoft Teams on January 3, 2023, it is hereby ordered that:

1. Plaintiff's motion to stay at Dkt. 127 is GRANTED as follows: The case is stayed until April 3, 2023. The purpose of the stay is to provide time and opportunity for the production of certain text and other communications referred to as the "Missing Documents." The parties shall file a joint status report by March 27, 2023, or, within five days of production of the Missing Documents, whichever is earlier. Either party may apply to extend the stay if warranted.

2. The issues raised by Plaintiff at Dkt. 122 in regard to the Missing Documents are denied without prejudice for administrative reasons but may be raised, if warranted, after the stay is lifted.

3. Defendant's request at Dkt. 126 to maintain under seal Exhibit H to Dkt. 122 is DENIED.

1

4.  The issues raised by Defendant at Dkt. 128 regarding communications between DOJ and PDV, and the oral deposition of Mr. Doe, are denied without prejudice for administrative reasons but may be raised, if warranted, after the stay is lifted.

The Clerk of Court is respectfully requested to terminate the motions at Dkts. 126, 127, and 128.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 3, 2023
         New York, New York

Copies transmitted this date to all counsel of record.