USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PDV USA, INC,

                        Plaintiff,

          - against -

INTERAMERICAN CONSULTING INC,

                        Defendant.
------------------------------------------------------------X

20-CV-3699 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Clerk of Court is respectfully requested to modify the viewing level for Exhibit H to Plaintiff's Letter Motion to Compel at Dkt. 122-8 to Public.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: January 4, 2023
       New York, New York

Copies transmitted this date to all counsel of record.