```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PDV USA, INC,                                               :
                                                            :    20-CV-3699 (JGK) (RWL)
                              Plaintiff,                    :
                                                            :
          - against -                                       :    ORDER
                                                            :
INTERAMERICAN CONSULTING INC,                               :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves Plaintiff PDV's request to extend the current stay another 90 days. (Dkt. 132.) The request is GRANTED. The case is stayed until July 3, 2023. The purpose of the stay continues to be to provide time and opportunity for the production of certain text and other communications referred to as the "Missing Documents." The parties shall file a joint status report by June 26, 2023, or within five days of production of the Missing Documents, whichever is earlier. Either party may apply to extend the stay if warranted. Defendant Interamerican's request for a limited carve out from the stay at Dkt. 133 is DENIED.

      The Clerk of Court is respectfully requested to terminate the motion at Dkt. 132.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 4, 2023
       New York, New York

Copies transmitted this date to all counsel of record.