```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:  7/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PDV USA, INC,                                         :
                                                      :        20-CV-3699 (JGK) (RWL)
                        Plaintiff,                    :
                                                      :
        - against -                                   :        **ORDER**
                                                      :
INTERAMERICAN CONSULTING INC,                         :
                                                      :
                        Defendant.                    :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Plaintiff PDV's request at Dkt. 137 to continue the stay of this case for another 90-days to allow further opportunity for the "Missing Documents" to be produced.   (*See also* Defendant Interamerican's response at Dkt. 138.)   Having considered the parties' arguments and the prior proceedings, the Court GRANTS the request (nunc pro tunc), and the case will be stayed for 90 additional days.   As Interamerican notes, Mr. Rivera's arraignment in the criminal matter is scheduled for August 14, 2023.   (Dkt. 138 at 1.)   Mr. Rivera's arraignment is a pivotal point in the sequence of events required for Mr. Rivera to potentially obtain the Missing Documents. At the same time, the Court shares Mr. Rivera's concerns about potential fading of memories as more time passes.   Accordingly, Interamerican's request for a carve-out is granted in part:  Mr. Rivera may proceed with the deposition of Mr. Doe.  The carve-out is denied with respect to discovery of PDV's communications with the DOJ.

The Clerk of Court is respectfully requested to terminate the motion at Dkt. 137.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 7 2023
         New York, New York

Copies transmitted this date to all counsel of record.