**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
PDV USA, INC.,                                          :
                                                        :
                    Plaintiff,                          :
                                                        :
v.                                                      :        Case No. 20-cv-3699
                                                        :
INTERAMERICAN CONSULTING INC.,                          :
                                                        :
Defendant.                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 6.3, PDV USA, Inc. ("PDV

USA") moves before the Honorable Robert W. Lehrburger at the United States District Court for

the Southern District of New York, 500 Pearl Street, Room 1960, New York, NY 10007, for an

order granting PDV USA's *Motion for Reconsideration* ("Motion") of the Court's July 7, 2023

Order (ECF No. 139).

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, PDV USA shall

rely upon the accompanying Memorandum of Law and Declaration of Brady M. Sullivan.

**PLEASE TAKE FURTHER NOTICE** that, answering papers, if any, must be served

within fourteen (14) days after service of moving papers.

Dated: New York, New York
        July 20, 2023

**WILLKIE FARR & GALLAGHER LLP**

By: _/s/ Jeffrey B. Korn_____

     Jeffrey B. Korn
     Brady M. Sullivan
     787 Seventh Avenue
     New York, New York 10019
     (212) 728-8000
     JKorn@willkie.com
     BSullivan@willkie.com

     Michael J. Gottlieb (admitted *pro hac vice*)
     1875 K Street, N.W.
     Washington, D.C. 20006
     (202) 303-1000
     MGottlieb@willkie.com

     *Attorneys for Plaintiff PDV USA, Inc.*