USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PDV USA, INC,

                       Plaintiff,

      - against -

INTERAMERICAN CONSULTING INC,

                       Defendant.
-------------------------------------------------------------X

20-CV-3699 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The order at Dkt. 150 inadvertently transposed reference to Plaintiff and Defendant. Accordingly, that order is vacated and this amended order is issued in its place.

This order resolves Plaintiff PDV's motion for reconsideration of one portion of this Court's July 7, 2023 order at Dkt. 139 concerning the continued stay of discovery. Upon consideration of PDV's motion and Defendant Interamerican's opposition, the Court finds that reconsideration is appropriate and that upon full consideration of the factual and procedural record, the exception from the stay previously granted with respect to deposing John Doe is not warranted. The Court overlooked that Interamerican previously deposed John Doe by written questions, that the concern for faded memory is therefore reduced, that Interamerican declined to participate in the deposition by written questions, and that the prospect of re-opening John Doe's deposition – for what would essentially be a third installment, albeit only the second oral deposition – if and when the "Missing Documents" are produced is a less likely option than it might otherwise be. Accordingly, the stay currently in place encompasses and does not exclude deposition of John Doe.

The Clerk of Court is respectfully requested to terminate the motion at Dkt. 141.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 14 2023
      New York, New York

Copies transmitted this date to all counsel of record.