UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PDV USA, INC,

                    Plaintiff,

      - against -

INTERAMERICAN CONSULTING INC,

                    Defendant.
------------------------------------------------------------X

20-CV-3699 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed at the discovery conference held on January 16, 2024 via Microsoft Teams, the stay currently in place for the purpose of obtaining certain "missing" documents is extended until March 15, 2024. This additional time is to give Plaintiff an opportunity, though it had one and could have capitalized on it some time ago, to make whatever applications it deems necessary in the Florida criminal proceeding to obtain the documents. The stay will not be extended further.

      The Clerk of Court is respectfully requested to terminate the motions at Dkts. 157, 160.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 16, 2024
       New York, New York

Copies transmitted this date to all counsel of record.