

PDVSA

Presentación de resultados

# 2019 - 2020

# JUNTA ADMINISTRADORA AD HOC DE PDVSA



## INVESTIGACIONES - ANTECEDENTES

### INTERAMERICAN CONSULTING LLC

- En marzo de 2017, PDV USA, filial de PDV Holding, Inc., suscribió un contrato de consultoría con Interamerican Consulting por 50 millones de dólares.

- El dueño de dicha compañía es el excongresista David Rivera.

- La idea de la contratación era que el señor Rivera suministrara servicios de consultoría estratégica para mejorar la reputación de PDVSA. Dicha contratación sería por un plazo de tres meses, y el monto sería pagadero en 6 partes. Se pagaron 15 millones de dólares, quedando por pagar 35 millones de dólares. Esta contratación fue autorizada por PDVSA en Caracas.

- Una vez la nueva Junta Directiva tomó control de PDV Holding, Inc., y como parte del proceso de investigación que está realizando, y previa consulta con el Departamento de Justicia, decidió demandar a Interamerican Consulting por incumplimiento de contrato.



INVESTIGATIONS – BACKGROUND

INTERAMERICAN CONSULTING LLC

- In March 2017, PDV USA, an affiliate of PDV Holding, Inc., entered into a consulting contract with Interamerican Consulting for $50 million.

- The owner of this company is former Congressman David Rivera

- The idea behind the contract was that Mr. Rivera would provide strategic consulting services to improve the reputation of PDVSA. Said contract was for three months, and the fee was to be paid in six parts. $15 million was paid, leaving $35 million to be paid. This contract was authorized by PDVSA in Caracas.

- Once the new Board of Directors took control of PDV Holding, Inc., and as part of the ongoing investigations, and with prior consultation with the Department of Justice, we decided to sue Interamerican Consulting for breach of contract.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd. Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

A. J. Huisman