# Exhibit A

```
                                                      Page 1
 1            UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
                  CASE NO.:  20-cv-3699
 3
     PDV USA, INC.,
 4
                  Plaintiff,
 5   vs.
 6   INTERAMERICAN CONSULTING INC.,
 7                Defendant.
     _____/
 8
 9
10           VOLUME 1, PAGES 1 - 252
11
             VIDEOTAPED DEPOSITION OF
12
             INTERAMERICAN CONSULTING INC.
13                BY:  DAVID RIVERA
14
15
16           Tuesday, July 26, 2022
             10:38 a.m. - 6:23 p.m.
17
18
19                  Jones Day
                600 Brickell Avenue
20                Miami, Florida
21
22
23        Stenographically Reported By:
             Gina Rodriguez, RPR, CRR
24
25
```

```
                                                              Page 2

 1      APPEARANCES:
 2      On behalf of Plaintiff PDV USA, Inc.:
 3           WILLKIE FARR & GALLAGHER LLP
             787 Seventh Avenue
 4           New York, New York 10019
             (212)728-8000
 5           BY:  BRADY SULLIVAN, ESQUIRE
             bsullivan@willkie.com
 6           BY:  JEFFREY B. KORN, ESQUIRE
             jkorn@willkie.com
 7
 8           WILLKIE FARR & GALLAGHER LLP
             1875 K Street, N.W.
 9           Washington, DC 20006
             (202)303-1442
10           BY:  MICHAEL J. GOTTLIEB, ESQUIRE (via Webex)
             mgottlieb@willkie.com
11
12      On behalf of Defendant Interamerican Consulting
        Inc.:
13
             BYRD CAMPBELL
14           180 Park Avenue North
             Suite 2A
15           Winter Park, Florida 32789
             (407)392-2285
16           BY:  JASON JOHNSON, ESQUIRE
             jjohnson@byrdcampbell.com
17           BY:  ANDREW DOMINGOES, ESQUIRE (via Webex)
             adomingoes@byrdcampbell.com
18           BY:  DEBORA ANTISDEL, ESQUIRE (via Webex)
             dantisdel@byrdcampbell.com
19
        ALSO PRESENT:
20
21      Javier Ordonez, Videographer
        Alex Gonzalez (via Webex)
22
23
24
25
```

Page 5

1       THE VIDEOGRAPHER:  Good morning.  We are
2    going on the record at 10:38 a.m. on July 26th,
3    2022.  This is Media Unit Number 1 of the
4    video-recorded deposition of David Rivera taken
5    by counsel for plaintiff in the matter of
6    PDV USA Incorporated versus Interamerican
7    Consulting Incorporated.
8       The location of this deposition is
9    600 Brickell Avenue in Miami, Florida.  My name
10    is Javier Ordonez, I am the videographer.  The
11    court reporter is Gina Rodriguez.  We are both
12    from the firm Veritext.
13       Will counsel please introduce themselves
14    for the record after which the court reporter
15    will swear in the witness.
16       MR. KORN:  This is Jeffrey Korn of
17    Willkie Farr & Gallagher for PDV USA, Inc., the
18    plaintiff in this case.  With me in the room is
19    my colleague, Brady Sullivan, and joining us via
20    Webex is my partner Michael Gottlieb and my
21    client Alex Gonzalez.
22       MR. JOHNSON:  Good morning.  My name is
23    Jason Johnson of the Byrd Campbell, P.A. law
24    firm in Winter Park, Florida on behalf of
25    Interamerican.  Along with me attending via

```
                                                          Page 6
 1        Webex today are two of the associates from our
 2        law firm, Andrew Domingoes and Debora Antisdel.
 3             THE COURT REPORTER:  Raise your right hand,
 4        please.
 5             Do you swear that the testimony you're
 6        about to give will be the truth, the whole
 7        truth, and nothing but the truth?
 8             THE WITNESS:  I do.
 9   Thereupon:
10                      DAVID RIVERA,
11   having been first duly sworn, was examined and
12   testified as follows:
13                   DIRECT EXAMINATION
14   BY MR. KORN:
15        Q.   Good morning, Mr. Rivera.
16        A.   Good morning.
17        Q.   Could you please state your full name and
18   address for the record.
19        A.   David Mauricio Rivera -- David Mauricio
20   Rivera.  ████████████████████████████████████████
21   ████.
22        Q.   Thank you.
23             You understand that you're under oath
24   today?
25        A.   Yes.
```

```
                                                      Page 240
 1         A.   My tax returns have been scrutinized since
 2    the moment I got elected to Congress.
 3    BY MR. KORN:
 4         Q.   All right.  A few wrap-up questions and
 5    then we can break for the day.
 6              Did Interamerican ever retain the law firm
 7    of Cozen O'Connor as its counsel?
 8         A.   Yes.
 9         Q.   What was the scope of that engagement?
10         A.   They wrote this thing, this retainer
11    agreement that had the verbiage that you guys use,
12    but basically to review this contract.
13         Q.   Meaning, the Cozen O'Connor firm was
14    retained by Interamerican to review the
15    Interamerican/PDV USA contract?
16         A.   Yes.  But it took them ten pages to say
17    that.
18              THE COURT REPORTER:  Ten?
19         A.   Ten pages to say that.
20    BY MR. KORN:
21         Q.   Did Cozen O'Connor then proceed to do an
22    investigation of the PDV USA contract with
23    Interamerican?
24         A.   I wouldn't use that term.
25         Q.   Did they do a review of the contract?
```

Page 241

1    A.    They did.
2    Q.    Over what period of time?
3    A.    Oof, sometime in 2018.
4    Q.    Okay.  Was it your idea to hire
5  Cozen O'Connor to conduct that review?
6    A.    It was a joint decision.
7    Q.    A joint decision by who?
8    A.    Mr. Perera, Ms. Nuhfer and myself.
9    Q.    Was Mr. Gorrin involved in that decision?
10   A.    No.
11   Q.    Did Cozen O'Connor also serve as counsel to
12 Mr. Perera and Ms. Nuhfer as part of that engagement
13 or was the engagement only with Interamerican?
14   A.    It was jointly financed, so I don't know if
15 that means -- what was the term you used?  If they --
16   Q.    I just want to understand whether
17 Mr. Perera and Ms. Nuhfer were also clients of
18 Cozen O'Connor as part of this exercise.
19   A.    I mean, the attorney at Cozen knew that
20 Mr. Perera and Ms. Nuhfer were involved in hiring
21 them, but Interamerican had the name on the retainer
22 agreement.
23   Q.    Did Cozen O'Connor produce bills as part of
24 this engagement?
25   A.    I have no doubt.

Page 242

1        THE COURT REPORTER:  I'm sorry?
2    A.   I have no doubt.
3  BY MR. KORN:
4    Q.   Right.  Did they provide a memo to
5  Interamerican as part of this engagement?
6    A.   They did.
7    Q.   Was it a lengthy memo?
8    A.   What do you consider lengthy?
9    Q.   Fair.  It's fair question.
10   A.   Particularly for attorneys.
11   Q.   Okay.  It was a multi-page memo with an
12  analysis of the PDV USA/Interamerican contract?
13   A.   Multi-page, you said?
14   Q.   Yes.
15   A.   Yes.
16   Q.   Okay.  What attorney at Cozen O'Connor was
17  your main point of contact?
18   A.   Oh, mine was Jeff Feldman.
19   Q.   Jeff?
20   A.   Feldman.
21   Q.   Jeff Feldman.  He's the attorney at
22  Cozen O'Connor that was your main point of contact?
23   A.   Yes.
24   Q.   I've seen reference in the documents to a
25  BCM Consulting that was paid $250,000 by