```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PDV USA, INC,

                 Plaintiff,

    - against -

INTERAMERICAN CONSULTING INC,

                 Defendant.
------------------------------------------------------------X

20-CV-3699 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       Reference is made to the Court's order at Dkt. 203 concerning the Cozen Memo. As reported by Interamerican (under seal at Dkt. 204), the appeal in the Sealed Action has been dismissed by agreement without decision, based on withdrawal of the Government's application. Within five days of any decision, if any, lifting, or denying lifting, the stay in the *Nuhfer* Action, PDV shall file a status report.

                                           SO ORDERED.

                                           _____
                                           ROBERT W. LEHRBURGER
                                           UNITED STATES MAGISTRATE JUDGE

Dated: June 14, 2024
       New York, New York

Copies transmitted this date to all counsel of record.