# Exhibit 8

| | |
|---|---|
| PDV USA, Inc.<br><br>Plaintiff,<br><br>v.<br><br><br>Interamerican Consulting, Inc.<br><br><br>Defendant. | No. 20-cv-03699-JGK<br><br><br>**DECLARATION OF DAVID RIVERA** |

## DECLARATION OF DAVID RIVERA

I, David Rivera, declare as follows:

1. After consulting Hugo Perera and Esther Nuhfer, and with their equal contribution, in December 2017, I retained the law firm of Cozen O'Connor to address potential future litigation with the government.

2. The memorandum was prepared to address potential litigation matters of mutual concern to Hugo Perera, Eshter Nuhfer, and myself.

3. The three of us shared equally in the cost of the substantial retainer paid to Cozen O'Connor.

4. I did not authorize Esther Nuhfer or Hugo Perera to share the Cozen Memo with anyone.

5. I only received a physical copy of the Cozen Memo, which is no longer in my possession.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of May 2024 in Miami, Florida.

DocuSigned by:

_____  5/13/2024
F382A6697C1E414

David Rivera

2