# Exhibit 10

# CONTRACT FOR SERVICES

This contract is entered into between Interamerican Consulting, Incorporated ("the Contractor"), located at 10925 N.W. 43rd Lane, Miami, Florida 33178, and Communication Solutions ("the Subcontractor), located at 770 Ponce de Leon Blvd., Suite 302, Coral Gables, Florida 33134, in fulfillment of the Contractor's consulting agreement with PDV USA (the Client), located at 65 East 55th Street, Floor 21, New York, New York, 10022.

## TERMS AND RECITALS

Whereas, the Contractor wishes to retain the services of the Subcontractor in order that the Contractor may provide Strategic Consulting to the Client in connection with the Client's business in the United States; and

Whereas, the Subcontractor wishes to provide Marketing Strategic Consulting services as the Contractor and the Client may from time to time require; and

Whereas, the parties have agreed to the terms under which the Subcontractor will provide the Contractor and the Client with Marketing Strategic Consulting services and wish to memorialize their agreement in writing.

Now, therefore, in consideration of the mutual covenants herein contained and intending to be legally bound hereby, the parties agree as follows:

1. **Term of Agreement**: This agreement shall become effective on March 21, 2017, 2017 and shall remain effective until June 21, 2017.

2. **Duties of The Contractor**: It shall be the Contractor's duty to provide Strategic Consulting services to the Client as it deems necessary and appropriate.

3. **Duties of The Subcontractor**: It shall be the Subcontractor's duty to provide the Contractor and the Client with Marketing Strategic Consulting to best serve the Contractor's ability to fulfill its agreement with the Client.

4. **Compensation**: The Subcontractor shall receive from the Contractor 25 percent of net fees received from the Client in fulfillment of the Contractor's agreement with the Client.

**Interamerican Consulting, Incorporated**     **Communication Solutions**

By: David Rivera     By: Esther Nuhfer

Title: President     Title: President

Date: 3-20-2017     Date: 3/20/2017

IYM SUPPLEMENTAL RESPONSE 000290