# Exhibit 16

# Karen Lewis

**From:** John Lykkebak <jlykkebak@oviedocpa.com>
**Sent:** Thursday, December 7, 2017 10:32 AM
**To:** Karen Lewis
**Subject:** FW: Rivera 2017 Tax Information
**Attachments:** Business 2017 Montly Expenses.xlsx; Business 2017 Accounts Rec.-Pay..docx; Business Account Jan. Statement.pdf; Business Account Feb. Statement.pdf; Business Account March Statement.pdf; Business Account April Statement.pdf; Business Account May Statement.pdf; Business Account June Statement.pdf

**From:** David Rivera [mailto:rivera2002@comcast.net]
**Sent:** Tuesday, December 05, 2017 2:10 PM
**To:** john@cpajdl.com
**Cc:** jlykkebak@oviedocpa.com
**Subject:** Fwd: Rivera 2017 Tax Information

Mr. Lykkebak,

As requested, attached are all of my 2017 business account bank statements. I may have to break the attachments up into two emails in order to send. I am also attaching an excel spreadsheet that details each expenditure that is not related to a subcontractor invoice. The subcontractor invoice payments I have outlined on a document I left with Karen on Friday afternoon (Accounts Payable and Accounts Receivable), and which I am also attaching to this email. Hope this helps. Thank you.

David

**From:** "David Rivera" <rivera2002@comcast.net>
**To:** john@cpajdl.com
**Sent:** Tuesday, November 21, 2017 10:14:32 AM
**Subject:** Fwd: Rivera 2017 Tax Information

----- Forwarded Message -----
**From:** David Rivera <rivera2002@comcast.net>
**To:** jlykkebak@oviedocpa.com
**Sent:** Tue, 21 Nov 2017 05:51:30 -0000 (UTC)
**Subject:** Rivera 2017 Tax Information

Mr. Lykkebak,

This is David Rivera, who met with you in your office last week regarding my tax preparation for 2017. I hope all is well with you. I have compiled much of the information you requested and wanted to convey the progress I have made in this email. I hope this information can get us well on our way

LYKKEBAK0000000032

toward ultimate completion of my 2017 personal and corporate taxes. Here is my progress thus far on the items we discussed:

1. W-9s: I have received one W-9 and am still awaiting three W-9s that are outstanding.

2. EFTPS: I have signed up online for both my corporation and personally and I am awaiting final documents from the IRS

3. 2015 and 2016 taxes: I am attaching both years corporate and personal taxes to this email.

4. Biographical information:

(Individual) David Rivera, ███████████████████████, SS Number ███████,
Date of Birth ███ 1965, Cell: 786-258-2222, Email: rivera2002@comcast.net.
(Corporate) Interamerican Consulting Incorporated, 10925 N.W. 43rd Lane, Miami, Florida 33178,
EIN ███ 9983, Activity Code 541990.
(Dependent Spouse) ███████████████████████████████████████
███, SS Number ███████, Date of Birth ███ 1993.
(Dependent Child) ███████████████, ███████████████████████████,
SS Number ███████, Date of Birth ███ 2017.
(Dependent Child) ███████████████, ███████████████████████████, SS
Number ███████, Date of Birth ███ 2017.

5. Corporate Profit and Loss Balance Sheet:

Revenues (YTD): $21,550,000

Expenditures (YTD): $15,425,665.55 ($15,000,000.00 of which has been paid to sub-contractors; the remainder of which includes all other operational expenses including office expenses (not including personal salary), marketing expenses and travel expenses.

6. Personal Salary (YTD): $280,000

7. Current Corporate Cash Balance (As of 10-31-17): $5,844,334.45

If possible, I would like to come see you again to discuss further the foregoing financial information. I look forward to seeing you again soon.

Best regards,

David

LYKKEBAK0000000032