# Exhibit 29

| | |
|---|---|
| **Message** | |
| **From:** | David Rivera [rivera2002@comcast.net] |
| **Sent:** | 12/31/2017 6:09:40 PM |
| **To:** | rivera2002@comcast.net |
| **CC:** | gonzalezpu@pdvsa.com |
| **Subject:** | [EXT] Fwd: Reportes y Facturas Finales |
| **Attachments:** | PDV USA Final Report.docx; PDV USA Invoice 5.pdf; PDV USA Invoice Final.pdf |

**Señores:** Para su información, y en cumplimiento con el contrato e instrucciones previas, los documentos y correo adjuntos fueron enviado al Sr. Pio Gonzalez. Gracias por su atención.

Gentlemen: For your information, and in fulfillment of the contract and previous instructions, the attached documents and email were forwarded to Mr. Pio Gonzalez. Thank you for your attention.

David Rivera
Interamerican Consulting

**From:** "David Rivera" <rivera2002@comcast.net>
**To:** "PIO GONZALEZ" <gonzalezpu@pdvsa.com>
**Sent:** Sunday, December 31, 2017 12:00:35 AM
**Subject:** Reportes y Facturas Finales

Sr. Gonzalez,

Espero que este bien. De acuerdo con el contrato, a continuacion le envio de nuevo los reportes finales sobre el desarrollo bi-semanal del contrato al igual que las recomendaciones finales. Adjunto tambien estan las dos facturas finales del contrato que aun no han sido procesadas, con las instrucciones bancarias. Aviseme si tiene alguna pregunta.

Gracias,

David Rivera

| | |
|---|---|
| **MEMORANDUM FOR:** | PDV USA (Attention: Mr. Pio Gonzalez) |
| **FROM:** | Interamerican Consulting |
| **SUBJECT:** | Final Progress Reports and Recommendations |

In fulfillment of the Contract between the Consultant, Interamerican Consulting, and the Client, PDV USA, the following provides the final bi-weekly report breakdown, along with updates and recommendations, regarding the strategic consulting services provided by the Consultant to the Client, throughout the term of the Contract from March 21st, 2017 to June 21st, 2017.

**April 4:**

The Consultant communicated extensively with the Client to establish priorities for developing a strategic plan to inform policy makers and opinion leaders regarding the Client's perspectives on issues of concern between the Client and important actors in the United States.  The Consultant then proposed a series of pro-active steps to pursue on behalf of the Client which would encompass areas of mutual concern between the Client and the United States.  The Client agreed to the strategic plan outlined by the Consultant and the Consultant then embarked on implementing said strategic plan.

**April 18:**

The Consultant organized meetings for the Client with important policy makers and opinion leaders in the United States as part of the strategy to build long-term relationships among key public sector stakeholders in the United States.  These meetings allowed the Client to provide the Client's viewpoints and perspectives on current events in Venezuela and their interpretation in the United States; focusing on Client initiatives and achievements.  Based on these public sector meetings, the Client instructed the Consultant to expand its strategic plan development and implementation to prioritize outreach efforts to private sector actors of particular concern to the Client.

**May 2:**

The Consultant has been responsive to the Client's desire to prioritize both public and private sector meetings in furtherance of the goal to reinforce the Client's standing among important public and private actors in the United States.  The Consultant is confident that once the Client has engaged in these prospective meetings, it will serve to greatly enhance the long-term reputation and standing of the Client with target stakeholders.  The Client has assured the Consultant that the prioritization of key third-party actors in the private sector should continue to be the near-term focus of the Consultant in pursuit of the overall multi-faceted strategic plan.

**Interim Recommendations:**

The Consultant strongly recommends that the Client facilitate and expedite future meetings with target stakeholders to continue building on the momentum and good-will that has been created to this point.  The Consultant stresses that we are entering a critical period whereby success will be determined by the Client's determination to follow-up on the strategies that have been implemented during the last several weeks.  This effort will be essential to achieving the stated goals and purposes of the Consultant proposal.

**May 16:**

The Consultant has engaged in multiple discussions with the Client in furtherance of the agreed upon strategic plan and the Client's directive to alter the scope of work from focusing on public sector third parties toward focusing on key private sector entities of interest to the Client. The Client reemphasized its earlier expressed desire to continue pursuing reconciliation and resolution of outstanding issues with private sector organizations that otherwise may impede pursuit of overall goals and objectives. As stated in the last report, the Client has instructed the Consultant to continue to prioritize this facet of the strategic plan and does not wish for the Consultant to deviate from this matter and pursue other previously stated objectives at this time. The Consultant has had multiple discussions with important interlocutors associated with the target private sector organizations and has advised these interlocutors as to the Client's desire and willingness to pursue reconciliation and resolution of outstanding issues.

**May 30**:

As directed by the Client, the Consultant continues to hold discussions with interlocutors regarding the establishment of a fruitful dialogue between the Client and private sector organizations of significant interest for the Client. These discussions have resulted in progress toward achieving direct discussions between the Client, public sector stakeholders and private sector organizations of interest to the Client. The Client has experienced obstacles related to travel restrictions experienced by officials who would act as representatives of the Client in any direct discussions. Given these travel restrictions on the Client's part, the Consultant has advised the Client to authorize the Consultant to reinitiate pursuit of the original strategic emphasis on outreach to important public sector stakeholders, as discussed in initial meetings between the Consultant and Client. The Consultant provided Client with several options and important steps that would be necessary to pursue the original goals and objectives vis-à-vis public sector actors in the United States.

**June 13:**

As discussed in the last report, travel restriction issues on behalf of the Client continue to serve as an obstacle to pursuing resolution of outstanding issues between the Client and private sector organizations of interest to the Client. Furthermore, the Client has advised the Consultant its preference to suspend such efforts until certain legal procedures have been exhausted by the Client which should occur in the very near future. However, at the direction of the Client, the Consultant has refocused on the initial scope of work outlined by the Client in terms of outreach efforts to important public sector actors in the United States. The Consultant has held meetings and discussions with key public officials to express details as to the willingness of the Client to make good faith efforts and concessions in pursuit of facilitating a positive relationship with interested parties in the United States. Toward this end, the Consultant has facilitated the development of key elements that would expedite such positive relationship with interested parties in the United States.

**June 21: Final Report and Recommendations**

The Consultant has successfully positioned the Client to be able to achieve its initially stated goals and objectives of pursuing a strategic plan to inform policy makers and opinion leaders regarding the Client's perspectives on issues of concern between the Client and important actors in the United States.  As directed by the Client, the Consultant pursued these goals and objectives first with public sector stakeholders of interest to the Client, then with private sector stakeholders of interest to the Client, and finally, again as directed by the Client, reengaging with public sector stakeholders of interest to the Client.  These latter efforts have been reinforced by the Consultant during this final week in accordance with the effective time-table of the Contract.  The Client has been appraised of the details of these efforts and is aware of further requirements for achieving progress toward a final result.

The Consultant recommends that the Client conclude its legal procedures vis-à-vis private sector organizations of interest to the Client.  The Consultant has been assured on various occasions that the conclusion of these legal proceedings is imminent.  Once such conclusion occurs, the Client is confident that its efforts have contributed significantly toward both final resolution of outstanding issues as well as fostering overall goodwill toward important stakeholders in the United States.  The Consultant further recommends that the Client provide concrete and tangible good-faith measures in response to the overtures that the Consultant has transmitted to the Client from key public sector actors in the United States.  The Consultant has provided a framework for a strategic action plan that can be utilized as a vehicle to both monitor the responsiveness of interested parties to the Client as well as channel discussions and dialog toward achieving the Client's overall goals and objectives.  The Consultant strongly recommends that the Client follow-up by seizing upon this framework developed by the Consultant in an expeditious fashion in order to ensure satisfaction to all parties involved.

In sum, the Consultant has succeeded in providing the strategic plan to meet the Client's stated goals and objectives as directed from the Client to the Consultant.  This strategic plan encompassed multi-faceted efforts toward both public sector officials and opinion leaders as well as targeted private sector stakeholders.  The Consultant has developed and implemented a plan to support efforts enhancing the long-term reputation and standing of the Client.  If the recommendations of the Consultant are indeed pursued by the Client, the Consultant is confident these identified opportunities will succeed in continuing to build long-term relationships among key third-party opinion leaders and public officials.

Message

**From:** David Rivera [rivera2002@comcast.net]

**Attachments:** PDV USA Final Report.docx; PDV USA Invoice 5.pdf; PDV USA Invoice Final.pdf

**CC:** gonzalezpu@pdvsa.com

**Subject:** [EXT] Reports and Final Invoices

Subject: Reports and Final Invoices

Gentlemen: For your information, and in fulfillment of the contract and previous instructions, the attached documents and email were forwarded to Mr. Pio Gonzalez. Thank you for your attention.

David Rivera
Interamerican Consulting

---

**From:** "David Rivera" <rivera2002@comcast.net>
**To:** "PIO GONZALEZ" <gonzalezpu@pdvsa.com>
**Sent:** Sunday, December 31, 2017 12:00:35 AM

Mr. Gonzalez,

I hope you are well. In accordance with the contract, I am sending you again the final reports on the bi-weekly progress of the contract as well as the final recommendations. Attached are also the two final invoices of the contract that have not yet been processed, with the bank instructions. Let me know if you have any questions.

Thanks,

David Rivera

| | |
|---|---|
| **MEMORANDUM FOR:** | PDV USA (Attention: Mr. Pio Gonzalez) |
| **FROM:** | Interamerican Consulting |
| **SUBJECT:** | Final Progress Reports and Recommendations |

In fulfillment of the Contract between the Consultant, Interamerican Consulting, and the Client, PDV USA, the following provides the final bi-weekly report breakdown, along with updates and recommendations, regarding the strategic consulting services provided by the Consultant to the Client, throughout the term of the Contract from March 21st, 2017 to June 21st, 2017.

### April 4:

The Consultant communicated extensively with the Client to establish priorities for developing a strategic plan to inform policy makers and opinion leaders regarding the Client's perspectives on issues of concern between the Client and important actors in the United States. The Consultant then proposed a series of pro-active steps to pursue on behalf of the Client which would encompass areas of mutual concern between the Client and the United States. The Client agreed to the strategic plan outlined by the Consultant and the Consultant then embarked on implementing said strategic plan.

### April 18:

The Consultant organized meetings for the Client with important policy makers and opinion leaders in the United States as part of the strategy to build long-term relationships among key public sector stakeholders in the United States. These meetings allowed the Client to provide the Client's viewpoints and perspectives on current events in Venezuela and their interpretation in the United States; focusing on Client initiatives and achievements. Based on these public sector meetings, the Client instructed the Consultant to expand its strategic plan development and implementation to prioritize outreach efforts to private sector actors of particular concern to the Client.

### May 2:

The Consultant has been responsive to the Client's desire to prioritize both public and private sector meetings in furtherance of the goal to reinforce the Client's standing among important public and private actors in the United States. The Consultant is confident that once the Client has engaged in these prospective meetings, it will serve to greatly enhance the long-term reputation and standing of the Client with target stakeholders. The Client has assured the Consultant that the prioritization of key third-party actors in the private sector should continue to be the near-term focus of the Consultant in pursuit of the overall multi-faceted strategic plan.

### Interim Recommendations:

The Consultant strongly recommends that the Client facilitate and expedite future meetings with target stakeholders to continue building on the momentum and good-will that has been created to this point. The Consultant stresses that we are entering a critical period whereby success will be determined by the Client's determination to follow-up on the strategies that have been implemented during the last several weeks. This effort will be essential to achieving the stated goals and purposes of the Consultant proposal.

### May 16:

The Consultant has engaged in multiple discussions with the Client in furtherance of the agreed upon strategic plan and the Client's directive to alter the scope of work from focusing on public sector third parties toward focusing on key private sector entities of interest to the Client. The Client reemphasized its earlier expressed desire to continue pursuing reconciliation and resolution of outstanding issues with private sector organizations that otherwise may impede pursuit of overall goals and objectives. As stated in the last report, the Client has instructed the Consultant to continue to prioritize this facet of the strategic plan and does not wish for the Consultant to deviate from this matter and pursue other previously stated objectives at this time. The Consultant has had multiple discussions with important interlocutors associated with the target private sector organizations and has advised these interlocutors as to the Client's desire and willingness to pursue reconciliation and resolution of outstanding issues.

**May 30**:

As directed by the Client, the Consultant continues to hold discussions with interlocutors regarding the establishment of a fruitful dialogue between the Client and private sector organizations of significant interest for the Client. These discussions have resulted in progress toward achieving direct discussions between the Client, public sector stakeholders and private sector organizations of interest to the Client. The Client has experienced obstacles related to travel restrictions experienced by officials who would act as representatives of the Client in any direct discussions. Given these travel restrictions on the Client's part, the Consultant has advised the Client to authorize the Consultant to reinitiate pursuit of the original strategic emphasis on outreach to important public sector stakeholders, as discussed in initial meetings between the Consultant and Client. The Consultant provided Client with several options and important steps that would be necessary to pursue the original goals and objectives vis-à-vis public sector actors in the United States.

**June 13:**

As discussed in the last report, travel restriction issues on behalf of the Client continue to serve as an obstacle to pursuing resolution of outstanding issues between the Client and private sector organizations of interest to the Client. Furthermore, the Client has advised the Consultant its preference to suspend such efforts until certain legal procedures have been exhausted by the Client which should occur in the very near future. However, at the direction of the Client, the Consultant has refocused on the initial scope of work outlined by the Client in terms of outreach efforts to important public sector actors in the United States. The Consultant has held meetings and discussions with key public officials to express details as to the willingness of the Client to make good faith efforts and concessions in pursuit of facilitating a positive relationship with interested parties in the United States. Toward this end, the Consultant has facilitated the development of key elements that would expedite such positive relationship with interested parties in the United States.

**June 21: Final Report and Recommendations**

CONFIDENTIAL
PDVUSA_00000304

The Consultant has successfully positioned the Client to be able to achieve its initially stated goals and objectives of pursuing a strategic plan to inform policy makers and opinion leaders regarding the Client's perspectives on issues of concern between the Client and important actors in the United States. As directed by the Client, the Consultant pursued these goals and objectives first with public sector stakeholders of interest to the Client, then with private sector stakeholders of interest to the Client, and finally, again as directed by the Client, reengaging with public sector stakeholders of interest to the Client. These latter efforts have been reinforced by the Consultant during this final week in accordance with the effective time-table of the Contract. The Client has been appraised of the details of these efforts and is aware of further requirements for achieving progress toward a final result.

The Consultant recommends that the Client conclude its legal procedures vis-à-vis private sector organizations of interest to the Client. The Consultant has been assured on various occasions that the conclusion of these legal proceedings is imminent. Once such conclusion occurs, the Client is confident that its efforts have contributed significantly toward both final resolution of outstanding issues as well as fostering overall goodwill toward important stakeholders in the United States. The Consultant further recommends that the Client provide concrete and tangible good-faith measures in response to the overtures that the Consultant has transmitted to the Client from key public sector actors in the United States. The Consultant has provided a framework for a strategic action plan that can be utilized as a vehicle to both monitor the responsiveness of interested parties to the Client as well as channel discussions and dialog toward achieving the Client's overall goals and objectives. The Consultant strongly recommends that the Client follow-up by seizing upon this framework developed by the Consultant in an expeditious fashion in order to ensure satisfaction to all parties involved.

In sum, the Consultant has succeeded in providing the strategic plan to meet the Client's stated goals and objectives as directed from the Client to the Consultant. This strategic plan encompassed multi-faceted efforts toward both public sector officials and opinion leaders as well as targeted private sector stakeholders. The Consultant has developed and implemented a plan to support efforts enhancing the long-term reputation and standing of the Client. If the recommendations of the Consultant are indeed pursued by the Client, the Consultant is confident these identified opportunities will succeed in continuing to build long-term relationships among key third-party opinion leaders and public officials.

**CONFIDENTIAL**                                                                                                                        PDVUSA_00000305

**MEMORANDUM FOR:**    PDV USA (Attention: Mr. Pio Gonzalez)

**FROM:**    Interamerican Consulting

**SUBJECT:**    Final Progress Reports and Recommendations

In fulfillment of the Contract between the Consultant, Interamerican Consulting, and the Client, PDV USA, the following provides the final bi-weekly report breakdown, along with updates and recommendations, regarding the strategic consulting services provided by the Consultant to the Client, throughout the term of the Contract from March 21st, 2017 to June 21st, 2017.

**April 4:**

The Consultant communicated extensively with the Client to establish priorities for developing a strategic plan to inform policy makers and opinion leaders regarding the Client's perspectives on issues of concern between the Client and important actors in the United States. The Consultant then proposed a series of pro-active steps to pursue on behalf of the Client which would encompass areas of mutual concern between the Client and the United States. The Client agreed to the strategic plan outlined by the Consultant and the Consultant then embarked on implementing said strategic plan.

**April 18:**

The Consultant organized meetings for the Client with important policy makers and opinion leaders in the United States as part of the strategy to build long-term relationships among key public sector stakeholders in the United States. These meetings allowed the Client to provide the Client's viewpoints and perspectives on current events in Venezuela and their interpretation in the United States; focusing on Client initiatives and achievements. Based on these public sector meetings, the Client instructed the Consultant to expand its strategic plan development and implementation to prioritize outreach efforts to private sector actors of particular concern to the Client.

**May 2:**

The Consultant has been responsive to the Client's desire to prioritize both public and private sector meetings in furtherance of the goal to reinforce the Client's standing among

important public and private actors in the United States.  The Consultant is confident that once the Client has engaged in these prospective meetings, it will serve to greatly enhance the long-term reputation and standing of the Client with target stakeholders.  The Client has assured the Consultant that the prioritization of key third-party actors in the private sector should continue to be the near-term focus of the Consultant in pursuit of the overall multi-faceted strategic plan.

**Interim Recommendations:**

The Consultant strongly recommends that the Client facilitate and expedite future meetings with target stakeholders to continue building on the momentum and good-will that has been created to this point.  The Consultant stresses that we are entering a critical period whereby success will be determined by the Client's determination to follow-up on the strategies that have been implemented during the last several weeks.  This effort will be essential to achieving the stated goals and purposes of the Consultant proposal.

**May 16:**

The Consultant has engaged in multiple discussions with the Client in furtherance of the agreed upon strategic plan and the Client's directive to alter the scope of work from focusing on public sector third parties toward focusing on key private sector entities of interest to the Client.  The Client reemphasized its earlier expressed desire to continue pursuing reconciliation and resolution of outstanding issues with private sector organizations that otherwise may impede pursuit of overall goals and objectives.  As stated in the last report, the Client has instructed the Consultant to continue to prioritize this facet of the strategic plan and does not wish for the Consultant to deviate from this matter and pursue other previously stated objectives at this time.  The Consultant has had multiple discussions with important interlocutors associated with the target private sector organizations and has advised these interlocutors as to the Client's desire and willingness to pursue reconciliation and resolution of outstanding issues.

**May 30:**

As directed by the Client, the Consultant continues to hold discussions with interlocutors regarding the establishment of a fruitful dialogue between the Client and private sector organizations of significant interest for the Client.  These discussions have resulted in progress toward achieving direct discussions between the Client, public sector

stakeholders and private sector organizations of interest to the Client. The Client has experienced obstacles related to travel restrictions experienced by officials who would act as representatives of the Client in any direct discussions. Given these travel restrictions on the Client's part, the Consultant has advised the Client to authorize the Consultant to reinitiate pursuit of the original strategic emphasis on outreach to important public sector stakeholders, as discussed in initial meetings between the Consultant and Client. The Consultant provided Client with several options and important steps that would be necessary to pursue the original goals and objectives vis-à-vis public sector actors in the United States.

**June 13:**

As discussed in the last report, travel restriction issues on behalf of the Client continue to serve as an obstacle to pursuing resolution of outstanding issues between the Client and private sector organizations of interest to the Client. Furthermore, the Client has advised the Consultant its preference to suspend such efforts until certain legal procedures have been exhausted by the Client which should occur in the very near future. However, at the direction of the Client, the Consultant has refocused on the initial scope of work outlined by the Client in terms of outreach efforts to important public sector actors in the United States. The Consultant has held meetings and discussions with key public officials to express details as to the willingness of the Client to make good faith efforts and concessions in pursuit of facilitating a positive relationship with interested parties in the United States. Toward this end, the Consultant has facilitated the development of key elements that would expedite such positive relationship with interested parties in the United States.

**June 21:  Final Report and Recommendations**

The Consultant has successfully positioned the Client to be able to achieve its initially stated goals and objectives of pursuing a strategic plan to inform policy makers and opinion leaders regarding the Client's perspectives on issues of concern between the Client and important actors in the United States. As directed by the Client, the Consultant pursued these goals and objectives first with public sector stakeholders of interest to the Client, then with private sector stakeholders of interest to the Client, and finally, again as directed by the Client, reengaging with public sector stakeholders of interest to the Client. These latter efforts have been reinforced by the Consultant during this final week in accordance with the effective time-table of the Contract. The Client has been

appraised of the details of these efforts and is aware of further requirements for achieving progress toward a final result.

The Consultant recommends that the Client conclude its legal procedures vis-à-vis private sector organizations of interest to the Client. The Consultant has been assured on various occasions that the conclusion of these legal proceedings is imminent. Once such conclusion occurs, the Client is confident that its efforts have contributed significantly toward both final resolution of outstanding issues as well as fostering overall goodwill toward important stakeholders in the United States. The Consultant further recommends that the Client provide concrete and tangible good-faith measures in response to the overtures that the Consultant has transmitted to the Client from key public sector actors in the United States. The Consultant has provided a framework for a strategic action plan that can be utilized as a vehicle to both monitor the responsiveness of interested parties to the Client as well as channel discussions and dialog toward achieving the Client's overall goals and objectives. The Consultant strongly recommends that the Client follow-up by seizing upon this framework developed by the Consultant in an expeditious fashion in order to ensure satisfaction to all parties involved.

In sum, the Consultant has succeeded in providing the strategic plan to meet the Client's stated goals and objectives as directed from the Client to the Consultant. This strategic plan encompassed multi-faceted efforts toward both public sector officials and opinion leaders as well as targeted private sector stakeholders. The Consultant has developed and implemented a plan to support efforts enhancing the long-term reputation and standing of the Client. If the recommendations of the Consultant are indeed pursued by the Client, the Consultant is confident these identified opportunities will succeed in continuing to build long-term relationships among key third-party opinion leaders and public officials.



**Interamerican Consulting**
**10925 NW 43 Lane**
**Miami, Florida  33178**

DATE: 5/16/17
INVOICE # 5

FOR: Consulting Services

BILL TO:
PDV USA, Inc.
65 East 55th Street, Floor 21
New York, New York, 10022

| DESCRIPTION | AMOUNT |
|---|---|
| Strategic Consulting Services | $ 5,000,000.00 |

Make all checks payable to: **Interamerican Consulting**

**Domestic Wire Transfer Instructions:**

Bank Name:  JPMorgan Chase Bank NA
Wire Transfer Routing Number: ▇▇▇0021
Account Name:  Interamerican Consulting, Incorporated
Account Number ▇▇▇1682
Bank Address:  JPMorgan Chase Bank NA, 270 Park Avenue,
New York, N.Y. 10017

| | | |
|---|---|---|
| SUBTOTAL | $ | 5,000,000.00 |
| TAX RATE | | 0.00% |
| SALES TAX | | - |
| OTHER | | - |
| TOTAL | $ | 5,000,000.00 |

**Thank you for your Business!**



**Interamerican Consulting**
10925 NW 43 Lane
Miami, Florida  33178

DATE: 6/15/17
INVOICE #: FINAL

FOR: Consulting Services

BILL TO:
PDV USA, Inc.
65 East 55th Street, Floor 21
New York, New York, 10022

| DESCRIPTION | AMOUNT |
|---|---|
| Strategic Consulting Services | $ 25,000,000.00 |

Make all checks payable to: **Interamerican Consulting**

**Domestic Wire Transfer Instructions:**

Bank Name:  JPMorgan Chase Bank NA
Wire Transfer Routing Number: ■■■0021
Account Name:  Interamerican Consulting, Incorporated
Account Number: ■■■1682
Bank Address:  JPMorgan Chase Bank NA, 270 Park Avenue,
              New York, N.Y. 10017

**Thank you for your Business!**

| | |
|---|---|
| SUBTOTAL | $ 25,000,000.00 |
| TAX RATE | 0.00% |
| SALES TAX | - |
| OTHER | - |
| **TOTAL** | **$ 25,000,000.00** |

CONFIDENTIAL