


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/23/2024

July 22, 2024

Granted.

SO ORDERED:

07/23/2024 /s/

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

Honorable Judge Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: PDV USA, Inc. v. Interamerican Consulting Inc., Case No.: 1:20-cv-03699-JGK-RWL

Dear Judge Lehrburger:

    Pursuant *to Your Honor's Individual Practices in Civil Cases* I.E., Interamerican respectfully requests that this Court grant Interamerican an extension to respond to PDV USA's *Motion for Sanctions* (the "Motion") (Doc. 208) through August 7, 2024. The response to PDV USA's Motion for Sanctions is currently due on or before Wednesday, July 24, 2024. Given the complexity of the issues raised in the Motion, and the potentially case-dispositive impact of the relief requested, Interamerican believes an extension of 14 days is necessary to adequately respond. Interamerican has not made any previous requests for an extension of time to respond to the Motion.

    Counsel for Interamerican conferred with counsel for PDV USA on the Motion. Counsel for PDV USA consented on the condition that Interamerican consent to extend the deadline for PDV USA's reply brief by 14 days, which would be August 21, 2024. Interamerican has no objection to PDV USA's request to extend the deadline to file its reply brief through August 21, 2024.

    Therefore, Interamerican respectfully requests an extension of time to respond to the Motion through August 7, 2024.

    Respectfully submitted,

/s/ Jason Johnson
**Tucker H. Byrd**
Florida Bar No. 381632
**Jason Johnson**
Florida Bar No. 186538
**BYRD CAMPBELL, P.A**.
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286

| BOSTON | DALLAS | **ORLANDO** | NATCHEZ | PENSACOLA |
|---|---|---|---|---|
| 100 State Street | 3838 Oak Lawn | **180 Park Avenue North** | 423 Main Street | 3298 Summit Boulevard |
| 3rd Floor | Suite 300 | **Suite 2A** | Suite 8 | Suite 27 |
| Boston, MA 02109 | Dallas, TX 75255 | **Winter Park, FL 32789** | Natchez, MS 39120 | Pensacola, FL 32503 |
| Phone (617) 250-8880 | Phone (214) 764-4106 | **Phone (407) 392-2285** | Phone (407) 392-2285 | Phone (850) 308-7440 |
| | | **Fax (407) 392-2286** | | By Appointment Only |

Judge Lehrburger, Esq.
July 22, 2024
Page 2

    Primary Email: TByrd@ByrdCampbell.com
    Primary Email: JJohnson@ByrdCampbell.com
    *Counsel for Defendant/Counter-Plaintiff*

    Henry L. Saurborn, Jr.
    Kaiser, Saurborn & Mair
    30 Broad St., 37th Floor
    New York, New York 10001
    Telephone: (212) 338-9100
    saurborn@ksmlaw.com
    *Counsel for Defendant/Counter-Plaintiff* \