Message
___

| | |
|---|---|
| **From**: | Arcay, Arnaldo [/o=CITGO/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4d3874cb25bd4b588329842fb0aa9f14-Arcay, Arnaldo] |
| on behalf of | Arcay, Arnaldo |
| **Sent**: | 10/19/2017 10:02:05 PM |
| **To**: | 'ILIANA RUZZA' [ruzzai@pdvsa.com] |
| **CC**: | 'blancogga@pdvsa.com' [blancogga@pdvsa.com]; 'gonzalezpu@pdvsa.com' [gonzalezpu@pdvsa.com]; 'marinsr@pdvsa.com' [marinsr@pdvsa.com]; Pereira, Jose [jperei1@citgo.com]; Orsoni, Edoardo [EORSONI@citgo.com]; Cardenas, Gustavo [gcarden@citgo.com] |
| **Subject**: | Interamerican Consulting - Expediente y Cesion de Contrato |
| **Attachments**: | 2017 03 08 PDVSA BOD Estratregy for Contracting Specialized Legal and Proffesional Services.pdf; 20170323 LETTER OF INSTRUCTION - PDV HOLDING.pdf; 2017 03 21 Consulting Agreement PDV USA - InterAmerican Consulting (Executed).pdf; PDV Invoice Four.pdf; PDV Invoice Five.pdf; PDV Invoice Six-Final.pdf; Assignment and Assumption Agreement - Interamerican Consulting.pdf |

**Importance**: High

Buenas tardes Ileana. Espero este correo electrónico te encuentre muy bien.

A solicitud del Dr. Orsoni, encuentra anexo el Contrato de Cesión suscrito entre PDV USA, Inc. y Petróleos de Venezuela (con fecha efectiva 10 de mayo de 2017), el cual fue remitido al representante de la empresa consultora Interamerican Consulting el pasado 5 de octubre. A la fecha, aún esperamos la suscripción del contrato de cesión por parte de Interamerican Consulting. Como recordarás, esta contratación fue aprobada en Junta Directiva de PDVSA el pasado 8 de marzo, y su cesión a PDVSA fue acordada en fecha 10 de mayo.

A los fines de tus archivos, anexo encontrarás los documentos e información sobre este asunto:

   i.   Resolución de JD de PDVSA de fecha 8 de marzo de 2017 en la cual se autoriza la contratación de Interamerican a través de PDV USA, Inc.
   ii.  Contrato de Asesoría con la firma Interamerican ejecutado el 21 de marzo de 2017
   iii. Carta Autorización para fondear a PDV USA para realizar los pagos a Interamerican de fecha 23 de marzo de 2017
   iv.  A continuación cuadro que confirma facturas pagadas por PDV USA identificadas como 1, 2 y 3:

| DATE | AMOUNT | BENEFICIARY | BENEFICIARY BANK |
|---|---|---|---|
| 03/24/2017 | $5,000,000.00 | INTERAMERICAN CONSULTING INC | JPMorgan Chase |
| 04/10/2017 | $5,000,000.00 | INTERAMERICAN CONSULTING INC | JPMorgan Chase |
| 04/19/2017 | $5,000,000.00 | INTERAMERICAN CONSULTING INC | JPMorgan Chase |

   v.   Facturas pendientes de pago identificadas como 4, 5 y 6. Estas facturas le corresponde a PDVSA pagarlas luego de suscrita la cesión del contrato.

Quedo a tus órdenes para cualquier información adicional.

**Arnaldo Arcay**
Refinery Legal Advisor
Admitted as Foreign Legal Consultant by
the Supreme Court of Texas
Office: +18324865521 (Inter Oficina: 9925521)
Cell Phone: 13462031001

| | |
|---|---|
| **From:** | Arcay, Arnaldo |
| **To:** | "ILIANA RUZZA" |
| **Cc:** | "blancogga@pdvsa.com"; "gonzalezpu@pdvsa.com"; "marinsr@pdvsa.com"; Pereira, Jose; Orsoni, Edoardo; Cardenas, Gustavo |
| **Subject:** | Interamerican Consulting - Expediente y Cesion de Contrato |
| **Date:** | Thursday, October 19, 2017 6:02:00 PM |
| **Attachments:** | 2017 03 08 PDVSA BOD Estrategy for Contracting Specialized Legal and Proffesional Services.pdf |
| | 20170323 LETTER OF INSTRUCTION - PDV HOLDING.pdf |
| | 2017 03 21 Consulting Agreement PDV USA - InterAmerican Consulting (Executed).pdf |
| | PDV Invoice Four.pdf |
| | PDV Invoice Five.pdf |
| | PDV Invoice Six-Final.pdf |
| | Assignment and Assumption Agreement - Interamerican Consulting.pdf |
| **Importance:** | High |

Good afternoon Iliana. I hope this email finds you very well.

At the request of Dr. Orsoni, attached is the Assignment Agreement signed between PDV USA, Inc. and Petróleos de Venezuela (effective May 10, 2017), which was sent to the representative of the consulting firm Interamerican Consulting on October 5. As of this date, we are still awaiting the signing of the assignment agreement by Interamerican Consulting. As you will recall, this contract was approved by the PDVSA Board of Directors on March 8, and its assignment to PDVSA was agreed on May 10.

For the purposes of your files, attached you will find the documents and information on this matter:

> i.    Resolution of the Board of Directors of PDVSA dated March 8, 2017, authorizing the contracting of Interamerican through PDV USA, Inc.
> ii.   Consulting Agreement with the firm Interamerican executed on March 21, 2017
> iii.  Authorization Letter to fund PDV USA to make payments to Interamerican dated March 23, 2017
> iv.   Below is a table that confirms invoices paid by PDV USA identified as 1, 2 and 3:

| DATE | AMOUNT | BENEFICIARY | BENEFICIARY BANK |
|---|---|---|---|
| 03/24/2017 | $5,000,000.00 | INTERAMERICAN CONSULTING INC | JPMorgan Chase |
| 04/10/2017 | $5,000,000.00 | INTERAMERICAN CONSULTING INC | JPMorgan Chase |
| 04/19/2017 | $5,000,000.00 | INTERAMERICAN CONSULTING INC | JPMorgan Chase |

> v.    Unpaid invoices identified as 4, 5 and 6. These invoices correspond to PDVSA to pay after signing the assignment of the agreement.

I remain at your disposal for any additional information.

**Arnaldo Arcay**

Refinery Legal Advisor



## PROTRANSLATING

A **BIG** LANGUAGE COMPANY

### CERTIFICATE OF ACCURACY

The undersigned, Carlos Estefani, Vice President of Protranslating, appearing on behalf of Protranslating, an ISO 9001 and 17100 certified company, hereby states, to the best of his knowledge and belief, that the foregoing is an accurate translation from **Spanish** into **English Language** of the document(s) titled:

Interamerican document - PDVUSA_00003925.pdf
Interamerican document - PDVUSA_00003865.pdf
Interamerican document - PDVUSA_00003050.pdf
Interamerican document - Fwd_ CONSULTING AGRREMENT FORM W-9.pdf
Interamerican document - PDVUSA_00002019.pdf

Carlos Estefani
**Vice President, Protranslating**

State of Florida
Miami Dade County

The foregoing certificate was acknowledged before me on August 18, 2022 by Carlos Estefani, Vice President of Protranslating, a Florida corporation, on behalf of the corporation.

Notary Public



LAUREN A. VEGA
Notary Public-State of Florida
Commission # GG 964379
My Commission Expires
March 02, 2024



2850 Douglas Rd. Coral Gables, Fl 33134 Ph: 305.371.7887 Fax 305.371.4816
www.protranslating.com