# EXHIBIT C

```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
------------------------------:
PDV USA, INC.,                : Case No.: 20-cv-3699
              Plaintiff,      :
    v.                        :
INTERAMERICAN CONSULTING INC.,: New York, New York
              Defendant.      : May 30, 2024
------------------------------:
```

TRANSCRIPT OF STATUS CONFERENCE HEARING

BEFORE THE HONORABLE ROBERT W. LEHRBURGER

UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

| | |
|---|---|
| For Plaintiff: | WILLKIE FARR & GALLAGHER LLP<br>BY:  Brady M. Sullivan, Esq.<br>787 Seventh Avenue<br>New York, New York 10019 |
| For Defendant: | BYRD CAMPBELL P.A.<br>BY:  Jason W. Johnson, Esq.<br>180 Park Avenue North<br>Winter Park, Florida 32789 |

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.


AMM TRANSCRIPTION SERVICE   631.334.1445

```
 1              So one thing that I did pick up on was what
 2   did seem to be a changing rationale where the
 3   initial explanation was that the document was in
 4   Mr. Rivera's possession and that was different than
 5   being in Interamerican's possession.  And now Rivera
 6   no longer has it as the other explanation that came
 7   later, that is that Mr. Rivera simply doesn't have
 8   the memo, even though he did at one time.
 9              How do you explain that change in
10   rationale?
11              MR. JOHNSON:  Your Honor, I don't know that
12   I recall Interamerican saying to the Court that
13   Mr. Rivera had it but couldn't produce it.  My
14   recollection from the beginning of this case is that
15   while it may have been produced to Mr. Rivera in
16   electronic form when it was originally received, he
17   no longer had it as of the time this case was
18   initiated.  And when we went to do our document
19   production and did our searches of everything, he
20   simply didn't have it.
21              Your Honor, the answer to why it wasn't
22   included on a privilege log is simple.  We didn't
23   have it.  We include items on privilege logs that
24   are being withheld from production because of a
25   claim of privilege.  If we don't have it to produce
```

```
 1              MR. JOHNSON:  It's certainly a valid point,
 2    Your Honor.  I think that I can't, you know, make
 3    this representation to the Court, but my
 4    recollection is from my client that he had physical
 5    possession of it at the time it was produced and
 6    then lost possession of it and never reobtained
 7    possession of it, which I think was well before any
 8    threat or institution of the lawsuit.
 9              But, I mean, we can get a declaration from
10    Mr. Rivera about that if the Court would like, but I
11    don't know what the facts are now to make the
12    representation to the Court, Your Honor.
13              THE COURT:  All right.  All right.
14              I'm going to ask a few questions of
15    Mr. Sullivan, but I'll obviously give you further
16    opportunity to speak.
17              So, Mr. Sullivan, how do you respond to the
18    point about the raising of this issue being belated,
19    and that based on what Mr. Johnson was referring to
20    you not only knew of the memo's existence back in
21    '22, you also knew that it had been disclosed to
22    Ms. Nuhfer, and so if you had wanted to raise this
23    issue, you had plenty of time to do it?
24              MR. SULLIVAN:  Sure, Your Honor, and thank
25    you.
```