

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2024

Jason W. Johnson, Esquire
JJohnson@ByrdCampbell.com
Direct Dial: 407-284-3642

October 17, 2024

**VIA ECF**
Honorable Judge Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      RE:    **PDV USA, Inc. v. Interamerican Consulting, Inc.**
                  Case No.: 1:20-cv-03699-JGK-RWL

Dear Judge Lehrburger:

      We represent Interamerican Consulting, Inc. ("Interamerican") in the above-referenced case. We file this letter in response to the letters (the "Letters") (Docs. 233 and 234) submitted by PDV USA, Inc. ("PDV USA") on October 15 and 16, 2024. The letters are not only procedurally improper and an abuse of the civil litigation process, but they also include blatant misrepresentations of the record. Accordingly, Interamerican respectfully requests that that this Court strike the Letters, admonish PDV USA for its abuse of the civil litigation process and misstatements, or, in the alternative, grant Interamerican leave to file a response addressing the arguments raised in PDV USA's Letters.

      As a threshold matter, PDV USA's so-called letter notice of supplemental authority (the "October 15, 2024 Letter") (Doc. 233) is an impermissible attempt to supplement its prior briefing on its Motion for Sanctions (Doc. 208). Nothing in the Local Rules or Your Honors Individual Practices permits PDV USA to continue to supplement its Motion for Sanctions without leave of Court. *See Wells Fargo Bank, N.A. v. Wrights Mill Holdings, LLC*, 127 F.Supp.3d 156, 164 n.5 (S.D.N.Y. 2015) (refusing to consider supplemental letter because it "improperly raises new arguments after the close of briefing and argument, without having sought or obtained permission for such a submission"). Nor can PDV USA characterize its October 15, 2024 Letter as a Notice of Supplemental Authority to evade this Court's rules and make additional arguments. The October 15,

| BOSTON | DALLAS | **ORLANDO** | NATCHEZ | PENSACOLA |
|---|---|---|---|---|
| 75 Arlington Street | 3838 Oak Lawn | **180 Park Avenue North** | 423 Main Street | 3298 Summit Boulevard |
| Suite 500 | Suite 300 | **Suite 2A** | Suite 8 | Suite 27 |
| Boston, MA 02116 | Dallas, TX 75255 | **Winter Park, FL 32789** | Natchez, MS 39120 | Pensacola, FL 32503 |
| Phone (617) 967-2820 | Phone (214) 764-4106 | **Phone (407) 392-2285** | Phone (407) 392-2285 | Phone (850) 308-7440 |
|  |  | **Fax (407) 392-2286** |  | By Appointment Only |



2024 Letter does not cite any new authority, such as cases or statutes, but instead attaches filings from this case and others to support new factual arguments without affording Interamerican an opportunity to respond.

Second, and equally troubling, PDV USA does not dispute that it knowingly misrepresented Mr. Rivera's October 2024 Affidavit. In its October 15, 2024 Letter, PDV USA stated: "[i]n the October 2024 Affidavit, Mr. Rivera states that "in 'late 2021' he 'provide[d] a copy of [the Cozen Memorandum]' to Esther Nuhfer." (Doc. 233 at p. 2) (citing Doc. 233-2 at ¶ 7). That is not what Mr. Rivera said. Mr. Rivera stated in its October 2024 Memorandum: "I did **_not_** provide a copy of the [Cozen Memorandum] to Ms. Nuhfer, since she never requested one until late 2021." (Doc. 233-2 at ¶ 6). This is a clear and blatant misrepresentation, which can only be made by cutting out the words from the actual statement that patently refute the proposition for which PDV USA offered it.

Rather than acknowledge its misconduct and voluntarily withdraw its misstatement, PDV USA doubled down and filed its October 16, 2024 letter (the "October 16, 2024 Letter") (Doc. 234) to provide "context" for its "interpretation" of the October 2024 Affidavit.[1] Whatever interpretation of Mr. Rivera's affidavit PDV USA may have is irrelevant and does not change the fact that PDV USA's attorneys knowingly cut out words from Mr. Rivera's actual statement to make it appear as if he said just the opposite of what he actually said. Such conduct is not only inconsistent with PDV USA's duty of candor to the Court, but also sanctionable if not withdrawn. *Galin v. Hamada*, 283 F. Supp. 3d 189, 202 (S.D.N.Y. 2017) ("[A] court may impose sanctions on a party for refusing to withdraw an allegation or claim even after it is shown to be inaccurate.") (Furman, J.) (internal quotation marks, alterations, and citation omitted).

[Remainder of this page left intentionally blank.]

---

[1] PDV USA October 16, 2024 Letter is also procedurally improper and should be stricken.

| BOSTON | DALLAS | **ORLANDO** | NATCHEZ | PENSACOLA |
|---|---|---|---|---|
| 75 Arlington Street | 3838 Oak Lawn | **180 Park Avenue North** | 423 Main Street | 3298 Summit Boulevard |
| Suite 500 | Suite 300 | **Suite 2A** | Suite 8 | Suite 27 |
| Boston, MA 02116 | Dallas, TX 75255 | **Winter Park, FL 32789** | Natchez, MS 39120 | Pensacola, FL 32503 |
| Phone (617) 967-2820 | Phone (214) 764-4106 | **Phone (407) 392-2285** | Phone (407) 392-2285 | Phone (850) 308-7440 |
|  |  | **Fax (407) 392-2286** |  | By Appointment Only |



For these reasons, Interamerican respectfully requests that this Court admonish PDV USA for its abuse of the civil litigation process and misrepresentations, and to strike the Letters as procedurally improper. In the alternative, Interamerican requests that the Court grant it leave to respond to the new arguments raised in the Letters.

Motion to strike denied. PDV submitted new factual information, including the entirety of the affidavit that Interamerican says PDV misrepresented. Interamerican may, however, file a single substantive response of no more than 4 pages by October 24, 2024.

SO ORDERED:

10/17/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

*/s/ Jason Johnson*
**Tucker H. Byrd**
Florida Bar No. 381632
**Jason Johnson**
Florida Bar No. 186538
**BYRD CAMPBELL, P.A**.
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: JJohnson@ByrdCampbell.com
*Counsel for Defendant/Counter-Plaintiff*

Henry L. Saurborn, Jr.
Kaiser, Saurborn & Mair
30 Broad St., 37th Floor
New York, New York 10001
Telephone: (212) 338-9100
saurborn@ksmlaw.com
*Counsel for Defendant/Counter-Plaintiff*

CC: All counsel of record (by ECF)

| BOSTON | DALLAS | **ORLANDO** | NATCHEZ | PENSACOLA |
|---|---|---|---|---|
| 75 Arlington Street | 3838 Oak Lawn | **180 Park Avenue North** | 423 Main Street | 3298 Summit Boulevard |
| Suite 500 | Suite 300 | **Suite 2A** | Suite 8 | Suite 27 |
| Boston, MA 02116 | Dallas, TX 75255 | **Winter Park, FL 32789** | Natchez, MS 39120 | Pensacola, FL 32503 |
| Phone (617) 967-2820 | Phone (214) 764-4106 | **Phone (407) 392-2285** | Phone (407) 392-2285 | Phone (850) 308-7440 |
| | | **Fax (407) 392-2286** | | By Appointment Only |