```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/02/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PDV USA, INC,

                      Plaintiff

       - against -

INTERAMERICAN CONSULTING INC,

                      Defendant.
-------------------------------------------------------------X

20-CV-3699 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    The Court will schedule a conference to address Plaintiff's request for sanctions at Dkt. 247. In the meantime, the Court grants that part of Plaintiff's request seeking to defer the deposition of Mr. Rivera.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 2, 2025
       New York, New York

Copies transmitted this date to all counsel of record.