```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PDV USA, INC,

                Plaintiff

      - against -

INTERAMERICAN CONSULTING INC,

               Defendant.
------------------------------------------------------------X

20-CV-3699 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the discovery conference held via Microsoft Teams on January 23, 2025, Defendant has agreed to produce, and is in the process of producing, all email communications from the Government's production to Mr. Rivera that are responsive to the search terms implemented by Defendant on ESI earlier in the case. Defendant also has agreed to produce a duplicate of the Rivera phone clone as requested by Plaintiff. Accordingly, the dispute raised by Plaintiff at Dkt. 247 is deemed moot without prejudice.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: January 23, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

1