UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
PDV USA, INC.,

      Plaintiff,

v.                                                                                      Case No. 20-cv-3699

INTERAMERICAN CONSULTING INC.,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 7.1, PDV USA, Inc. ("PDV USA") moves this Court for an order granting PDV USA's *Renewed Motion for Sanctions* ("Motion").

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, PDV USA shall rely upon the accompanying Memorandum of Law and Declaration of Brady M. Sullivan.

**PLEASE TAKE FURTHER NOTICE** that, answering papers, if any, must be served within seven (7) days after service of moving papers.

Dated: June 30, 2025
New York, New York

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Jeffrey B. Korn*
    Jeffrey B. Korn
    Brady M. Sullivan
    787 Seventh Avenue
    New York, New York 10019-6099
    (212) 728-8000
    JKorn@willkie.com
    BSullivan@willkie.com

    Michael J. Gottlieb (admitted *pro hac vice*)
    1875 K Street, N.W.
    Washington, D.C. 20006-1238
    (202) 303-1000
    MGottlieb@willkie.com

    *Attorneys for Plaintiff PDV USA, Inc.*