# EXHIBIT 5

| | |
|---|---|
| **From:** | David Rivera <rivera2002@comcast.net> |
| **Sent:** | Thursday, November 2, 2017 10:29 PM |
| **To:** | Esther Nuhfer |
| **Subject:** | Re: May 16 & May 30 reports |

Wow! This is a Michaelangelo work of art. Hemingway could not have written a better masterpiece. And for only $5 million. $10,000 per word. What a bargain!!!

----- Original Message -----
From: Esther Nuhfer <esther@commsol.biz>
To: David Rivera <rivera2002@comcast.net>
Sent: Thu, 02 Nov 2017 20:45:52 -0000 (UTC)
Subject: May 16 & May 30 reports

May 16:
The consultant has had multiple meetings with the client, in which was expressed very strongly to continue to emphasize in their desire to reach a solution with a specific private sector organization. As stated in the last report, the client wants to continue to make this issue a priority and does not want the Consultant to ver off to any other objectives. The Consultant has had multiple conversations with the important policymakers of the private sector and it's organization to advise of certain tools and objectives from the client. The conclusion of these conversations has led to a possible meeting with all parties to discuss further in person. These new "directives" from the client has caused the Consultant to re-strategize and a possible set back due to travel requirements. No agreements were reached.

May 30
Unfortunately, there is not much to report from these last weeks. The consultant continues to negotiate with members of the private sector's organization in hopes of a possible meeting with all parties. However, there continues to be a travel issue on behalf of the client that has paused any negotiations from moving forward. The consultant advises the client to re-strategize to other issues as discussed in the initial meeting.

Esther Nuhfer
786-402-4822

COM-0000004313

Rivera011238