# EXHIBIT 9

2017-05-31 19:50:24 -04:00 <Hugo Pereira <"+1 305-992-1800">>: EXXON NON DISCLOSURE AGREEMENT.docx
2017-05-31 20:11:44 -04: 00 <Hugo Pereira <"+1 305-992-1800">>: If there is no Internet where you are, remove it from the phone
2017-05-31 20:15:14 -04:00 «David Rivera «"+1 786-258-2222">»: That was sent to EX by V
2017-05-31 20:16:50 -04:00 <Hugo Pereira «"+1 305-992-180O"»>: The biggest mistake was telling Ellis to send text, etc., because now Ellis does what they want. We should have never done that
2017-05-31 20:18:11 -04:00 <David Rivera <"+1 786-258-2222">>: Who is Ellis?
2017-05-31 20:18:29 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Them
2017-05-31 20:19:55 -04:00 <David Rivera <"+1 786-258-2222">>: Now that NDA is going to have to be checked by EX's lawyers. God knows how long that is going to take.
2017-05-31 20:20:14 -04:00 <Hugo Pereira <"+1 305-992-1800"»>: Now they communicate directly without us
2017-05-31 20:20:52 -04:00 <David Rivera <"+1 786-258-2222"" But they don't have the meeting
2017-05-31 20:22:08 -04:00 <David Rivera <"+1 786-258-2222">>: We still have the meeting in our hands
2017-05-31 20:41:38 -04'00 <Hugo Pereira <"+1 305-662-180O">>: Tell Raul about the agreement for him to see what is going on
2017-06-01 19:51:06 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Did you ever call Raul? He is waiting for your call
2017-06-04 00:14:47 -04'00 <David Rivera <"+1 786-258-2222'>>: Are you awake? I just got back to the hotel
2017-06-04 11:14:54 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Pls call me , I ran out of excuses
2017-06-04 13:07:13 -04:00 <Hugo Pereira <"+1 305-992-1800">>: {chats\WhatsApp\attachments4095\Attachment6b37970c-e592-4082-9cc8-99c71b8fa846.jpg}
2017-06-04 13:08:07 -04:00 <Hugo Pereira <"+1 305-992-1800">>: {chats\WhatsApp\attachments4095\Attachment30cf11c9-6913-4259-aea1-58380226650c.jpg}
2017-06-05 20:42:11 -04:00 <Hugo Pereira <"+1 305-992-1800">>: This is a joke !!
2017-06-05 23:17:14 -04:00 <Hugo Pereira <"+1 305-992-1800">>: David, the thing is that the answer from them apparently was very negative, that they could not negotiate or accept any business at this time. So they don't see the point of having the meeting. In any case, we will talk tomorrow
2017-06-05 23:51:00 -04:00 <David Rivera <"+1 786-258-2222">>: I am at the hotel. Are you still awake?
2017-06-06 00:03:33 -04:00 <David Rivera <"+1 786-258-2222">> I understand. However, the problem is that V has communicated with EX three times without relying on us. First, they asked for the meeting without telling us. Then they sent the settlement offer without telling us. After that, they asked for a non-disclosure without telling us. V has not even done one thing that we asked him When we asked him to request the meeting the first time a month ago, they didn't do it because of the problem with the visas, Now Sessions is here. I will speak to Ebner today. He convinced EX to hold the meeting despite the legal hurdles. The only thing EX is asking is the same thing we asked a month ago, and that wasn't done because of the visas. Sessions already has EX under control. But since Ebner responded to the NDA request, EX now needs V to respond to that question, saying that they want to proceed according to Congressman Sessions' request.
2017-06-06 08:09:00 -04:00 <David Rivera <"+1 786-258-2222">>: If V is going to complain about his consultant; they should at least first listen and follow the consultant's advice. They did not consult us about the settlement offer, the request for the meeting, or the MOU/NDA. Now, we are consulting them on how to react to EX's response to the NDA. And that is to write only a sentence. They should do what their consultant is telling them
2017-06-06 17:49:14 -04:00 <Hugo Pereira <"+1 305-992-1800">>: {chats\WhatsApp\attachments4095\Attachment39b10060-3cc8-413f-833f-1517e0f8b46a.thumb}
2017-06-06 18:56:42 -04:00 <Hugo Pereira <"+1 305-992-1800">>: YOU GO STRAIGHT TO THE TOP GUY
After repeating a million times that Venezuela is a dictatorship handled first by Fidel Castro when Chavez and now by Raul Castro with Maduro, I finally begin to see that the people talk about Venezuela's Castro-communist dictatorship. It has cost a lot, and it still costs that Venezuelans accept it. It is too uncomfortable for them to recognize that they are being led, and not even by a power.

CONFIDENTIA

GOR-00148931
Rivera007934
Rivera007921



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK   )
                    )           ss:
COUNTY of NEW YORK  )

### CERTIFICATE OF ACCURACY

This is to certify that the document, "RIVERA007921 at -33-34" is to the best of our knowledge and belief, a true, accurate, and complete translation from Spanish into English.

Dated: 4/16/2025

_____
Heather Cameron
Project Manager
Consortra Translations

Sworn to and signed before ME
This 16th day of April, 2025

_____
Notary Public



New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong