# EXHIBIT 30



Tweet
Senator Rubio press
{original text in English]

Lilian Tintori
I will continue fighting for the freedom and human rights of my country and of all Ecuadorians. On April 2nd, you have the opportunity for change in Ecuador.

*Image: 6a73115a-629e-47e5-b299-f5f3f1298508.jpg (116 KB)*

| | | | |
|---|---|---|---|
| # | **Hugo Pereira <13059921800@s.whatsapp.net>** | ► | 3/15/2017, 8:37 PM |

Attached URL: https://mmg.whatsapp.net/d/f/AvdR6W2P_tKxJeiosKXxc1P6eglzpJev5JESov3seTef.enc

*Attachment: c4221ff7-fc43-42eb-a650-8f2f7916dfa2.mp4 (7 MB)*

| | | | |
|---|---|---|---|
| SM | **System Message <System Message>** | ► | 3/15/2017, 11:26 PM |

| | | | |
|---|---|---|---|
| SM | **System Message <System Message>** | ► | 3/15/2017, 11:27 PM |

| | | | |
|---|---|---|---|
| # | **Hugo Pereira <13059921800@s.whatsapp.net>** | ► | 3/16/2017, 12:23 PM |

Attached URL: https://mmg.whatsapp.net/d/f/AspWA26703KWzK-2gwp-X7qdOZ2Uqoy7Y_oPSP-5QU2-.enc

*Attachment: 8a13163d-8c34-4e17-b540-4716fdaf69da.mp4 (3 MB)*

| | | | |
|---|---|---|---|
| # | **Hugo Pereira <13059921800@s.whatsapp.net>** | ► | 3/16/2017, 2:45 PM |

Good morning
Check at noon to see

| | | | |
|---|---|---|---|
| # | **Hugo Pereira <13059921800@s.whatsapp.net>** | ► | 3/16/2017, 6:24 PM |

The advance payment will be made next week.

| | | | |
|---|---|---|---|
| # | **Hugo Pereira <13059921800@s.whatsapp.net>** | ► | 3/16/2017, 6:31 PM |

I know that it was already approved by the PDVSA board of directors last night.

| | | | |
|---|---|---|---|
| # | **Hugo Pereira <13059921800@s.whatsapp.net>** | ► | 3/16/2017, 6:40 PM |

I'm in a meeting with a Bolivian group to discuss the health issue in Santa Cruz. I'll call you as soon as everything is over, I have all the information, PDVSA has already approved, it's Latin America,

| | | | |
|---|---|---|---|
| # | **Hugo Pereira <13059921800@s.whatsapp.net>** | ► | 3/16/2017, 6:45 PM |

Remember that without the $, nobody moves.

| | | | |
|---|---|---|---|
| SM | **System Message <System Message>** | ► | 3/16/2017, 7:23 PM |

| | | | |
|---|---|---|---|
| SM | **System Message <System Message>** | ► | 3/16/2017, 10:50 PM |



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK     )
                      )         ss:
COUNTY of NEW YORK    )

## CERTIFICATE OF ACCURACY

This is to certify that the document, "Pages 4-11 from Rivera_RCTRL0014351303" is to the best of our knowledge and belief, a true, accurate, and complete translation from Spanish into English.

Dated: 4/3/2025

_____
Heather Cameron
Project Manager
Consortra Translations

Sworn to and signed before ME
This 3rd day of April, 2025

_____
Notary Public



New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong