# EXHIBIT 32

**From:** David Rivera <rivera2002@comcast.net>
**Sent:** Wednesday, September 27, 2017 1:56 PM
**To:** rgorrn@me.com
**Subject:** Contract Exhibit B
**Attachments:** PDV USA Contract Exhibit B.jpg

Raul,

Attached is the section of the contract, Exhibit B, that is being amended. In case this helps facilitate the payment. Let me know if you need anything further.

Regards,

David

---

**From:** David Rivera <rivera2002@comcast.net>
**To:** rgorrn@me.com
**Sent:** Tuesday, September 26, 2017 11:20::30 PM
**Subject:** Contract amendment

Raul,

Attached is the amendments for the PDV USA and Interamerican Consulting contract. I have already signed it. Let me know if anything else is needed. Thank you.

David.

COM-0000003155

Rivera008181



100 Park Avenue, 16th Fl
New York, NY 10017
www.consortra.com

STATE of NEW YORK    )
                              )       ss:
COUNTY of NEW YORK  )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, "RIVERA008181" -- originally written in Spanish is to the best of our knowledge and belief, a true, accurate, and complete translation into English.

Dated: 6/27/2025

_____
Heather Cameron
Project Manager
Consortra Translations

Sworn to and signed before ME
This 27th day of June, 2025

_____
Notary Public



JAMES G MAMERA
Notary Public - State of New York
No. 01MA6157195
Qualified in New York County
My Comm. Expires Dec. 4, 2026

Your legal translation partner