# EXHIBIT 33

2017-04-07 09:38:55 -04:00 <Raul Gorrin <"+1 305-915-1162">>: The country's image abroad is being set up according to a plan for an intervention.
2017-04-07 09:37:49 -04:00 <Raul Gorrin <"+1 305-915-1162">>:
    {chats\WhatsApp\attachments4075\Attachment164bb10b-15b4-4298-bbe6-7e6f752b422d.mp4}
2017-04-07 09:36:39 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Bon voyage
2017-04-07 09:36:02 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Don't eat so much ◆£
2017-04-07 09:37:12 -04:00 <Raul Gorrin <"+1 305-915-1162">>: It's important that you all know this
2017-04-07 09:35:53 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Perfect, thanks so much
2017-04-07 09:40:27 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Things are getting complicated in Venezuela. The external matrices encourage an intervention.
2017-04-07 09:40:04 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Ha-ha, thanks! I'll start my training on Monday
2017-04-07 09:41:06 -04:00 <Raul Gorrin <"+1 305-915-1162">>: According to the 4th generation war manuals
2017-04-07 09:41:26 -04:00 <Raul Gorrin <"+1 305-915-1162">>: This will be decided in July. The strategy is clear, and the final phase is being executed.
2017-04-07 09:41:46 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Every 40 days events that unleash wrath
2017-04-07 09:42:27 -04:00 <Raul Gorrin <"+1 305-915-1162">>: April already started-June 10-July 15
2017-04-07 09:42:45 -04:00 <Raul Gorrin <"+1 305-915-1162">>: That is in agreement with what the Russian told us, Mr. Hugo
2017-04-07 09:42:59 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: I told David that I want to meet Henry Ramos and when it's time to introduce him to some people in DC later.
2017-04-07 09:43:09 -04:00 <Hugo Pereira <"+1 305-992-1800">>: I don't believe it but if it is true
2017-04-07 09:43:42 -04:00 <Raul Gorrin <"+1 305-915-1162">>: It is not a matter of believing or not, Mr. Hugo. The events speak for themselves
2017-04-07 09:43:53 -04:00 <Raul Gorrin <"+1 305-915-1162">>: They are following the Manual
2017-04-07 09:44:07 -04:00 <Raul Gorrin <"+1 305-915-1162">>: That's why we have to act fast for our own benefit
2017-04-07 09:44:20 -04:00 <Raul Gorrin <"+1 305-915-1162">>: You can meet Henry whenever you say
2017-04-07 09:44:25 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Henry is my friend
2017-04-07 09:44:29 -04:00 <Raul Gorrin <"+1 305-915-1162">>: More than Julio
2017-04-07 09:50:54 -04:00 <Hugo Pereira <"+1 305-992-1800">>: I feel this is the best time make an arrangement
2017-04-07 09:54:54 -04:00 <Raul Gorrin <"+1 305-915-1162">>: The arrangement that is coming is the firing squad
2017-04-07 09:55:31 -04:00 <Hugo Pereira <"+1 305-992-1800">>: David has to put pressure
2017-04-07 09:56:12 -04:00 <Raul Gorrin <"+1 305-915-1162">>: That is why Exxon needs to come now
2017-04-07 12:37:34 -04:00 <Raul Gorrin <"+1 305-915-1162">>: http://globovision.com/article/julio-borges-se-reunio-con-parlamentarios-estadounidenses
    {chats\WhatsApp\attachments4075\Attachment92595623-8fa8-4898-9d45-da96e22bc50e.thumb}
2017-04-07 13:02:26 -04:00 <Raul Gorrin <"+1 305-915-1162">>: This is called bag and glove
2017-04-07 13:02:55 -04:00 <Raul Gorrin <"+1 305-915-1162">>: The candidate will be Henry Ramos
2017-04-07 13:02:16 -04:00 <Raul Gorrin <"+1 305-915-1162">>:
    {chats\WhatsApp\attachments4075\Attachment178ab8dd-02b8-4e6c-a47e-313938dd4d6e.jpg}
2017-04-07 13:25:54 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Tell Henry that I will organize a fundraiser for him in the US when he is ready.
2017-04-07 13:26:48 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Everything at the right time
2017-04-07 13:29:53 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Remember that in Florida, there are a lot of Venezuelan voters, and we make sure that they vote!
2017-04-07 13:32:48 -04:00 <Raul Gorrin <"+1 305-915-1162">>: ◆□»◆□»◆□»◆□»◆□»
2017-04-07 15:59:30 -04:00 <Raul Gorrin <"+1 305-915-1162">>: http://globovision.com/article/comando-sur-de-eeuu-situacion-de-venezuela-podria-obligar-a-una-respuesta-regional-inmediata
    {chats\WhatsApp\attachments4075\Attachment98669714-81b1-4cb9-84af-2d675197ced3.thumb}
2017-04-07 21:39:34 -04:00 <Raul Gorrin <"+1 305-915-1162">>:
    {chats\WhatsApp\attachments4075\Attachmentdc3db10b-9cdf-4d89-a348-59160492a428.jpg}
2017-04-08 11:17:31 -04:00 >David Rivera <"1 786-258-2222">> I spoke with Sessions. The meeting with

EX is Monday at 3:00. I am leaving for Dallas on Monday to negotiate the details with EX. I think it's time they paid the second invoice.
2017-04-08 15:26:51 -04:00 <Raul Gorrin <"+1 305-915-1162">>: http://globovision.com/article/un-muerto-y-dos-heridos-durante-un-tiroteo-en-miami
        {chats\WhatsApp\attachments4075\Attachmentb07957bd-2f57-4502-9198-0ee09a579b74.thumb}
2017-04-08 15:27:42 -04:00 <David Rivera <"+1 786-258-2222">>: �¤�¤
2017-04-08 19:53:24 -04:00 <David Rivera <"+1 786-258-2222">>: �¤�¤
2017-04-08 15:37:56 -04:00 <Hugo Pereira <"+1 305-992-1800">>:
        {chats\WhatsApp\attachments4075\Attachmentcb25ecef-a5ed-4198-8be2-d1c5decae418.mp4}
2017-04-08 15:38:19 -04:00 <Hugo Pereira <"+1 305-992-1800">>: This would be it
2017-04-08 15:47:43 -04:00 <Raul Gorrin <"+1 305-915-1162">>: That one is old
2017-04-08 15:48:24 -04:00 <Hugo Pereira <"+1 305-992-1800">>: That's Nelson
2017-04-08 15:48:39 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Tell Nelson that that's old
2017-04-08 15:49:01 -04:00 <Hugo Pereira <"+1 305-992-1800">>: I am going to send it to him
2017-04-08 15:52:34 -04:00 <Raul Gorrin <"+1 305-915-1162">>:
        {chats\WhatsApp\attachments4075\Attachment22eaae78-5689-4a4b-9219-612c740987d4.jpg}
2017-04-08 16:29:02 -04:00 <David Rivera <"+1 786-258-2222">>: The transfer of Citgo refineries in the US to Russia shows how important it is for US companies like EX to reinstate themselves in V
2017-04-08 16:37:24 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: That was in Merrick Park, five blocks from where I live. Awful!!!
2017-04-08 16:40:31 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>:
        {chats\WhatsApp\attachments4075\Attachment705a975d-eed1-4e64-b4c6-b2134101ca0a.jpg}
2017-04-08 19:48:51 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: http://www.local10.com/news/crime/coral-gables-police-responds-to-reports-of-active-shooter-situation-at-village-of-merrick-park
2017-04-08 19:49:49 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: http://www.local10.com/news/local/miami/police-officers-evacuate-americanairlines-arena-during-disney-on-ice-show-?breaking_news=718?breaking_news%3D718&utm_source=Sailthru&utm_medium=email&utm_campaign=Breaking%20News%20Alert&utm_term=wplg_breaking
        {chats\WhatsApp\attachments4075\Attachment7833de0e-0f05-481b-8b75-d8357e6bc14f.thumb}
2017-04-08 19:49:59 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Miami is on fire
2017-04-08 19:58:56 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Dream of exxxxx
2017-04-09 12:53:11 -04:00 <Raul Gorrin <"+1 305-915-1162">>: http://globovision.com/article/estados-unidos-dirige-un-portaaviones-y-su-flota-a-la-peninsula-coreana
        (chats\WhatsApp\attachments4075\Attachment304c8707-0cde-4def-96e7-7a98042b9adb.thumb)
2017-04-09 14:35:16 -04:00 <Hugo Pereira <"+1 305-992-1800">>: I told you the Korean's days are numbered
2017-04-09 15:17:58 -04:00 <Raul Gorrin <"-r1 305-915-1162">>: http://globovision.com/article/maduro-estoy-ansioso-porque-se-convoquen-las-elecciones-para-responderles-con-voto
        {chats\WhatsApp\attachments4075\Attachmentb3c40a31-9da5-4508-9888- 26ebd107b915.thumb}
2017-04-09 15:18:08 -04:00 <Raul Gorrin <"+1 305-915-1162">>: I told you David
2017-04-09 17:49:40 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Now Borges is talking on AlPunto with Ramos
2017-04-09 17:49:53 -04:00 <Esther J. Nuhfer <"-r1 786-402-4822">>: On Univision
2017-04-10 14:37:52 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>:
        {chats\WhatsApp\attachments4075\Attachment81d46b31-aead-4ccd-a727-5b9324c5805a.jpg}
2017-04-10 14:38:47 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Breakfast
2017-04-10 14:40:54 -04:00 <Hugo Pereira <"+1 305-992-1800">>: �▫
2017-04-10 14:37:56 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>:
        {chats\WhatsApp\attachments4075\Attachment75870f89-5929-4a83-8722-aaec1447d710.jpg}
2017-04-10 14:39:36 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Yes, today, excellent!
2017-04-10 15:31:36 -04:00 <David Rivera <"+1 786-258-2222">>: Sessions just texted me. He's at EX. Pray a lot!



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK    )
                     )           ss:
COUNTY of NEW YORK   )

**CERTIFICATE OF ACCURACY**

This is to certify that the document, "RIVERA007750 at -764-66" is to the best of our knowledge and belief, a true, accurate, and complete translation from Spanish into English.

Dated: 4/16/2025

_____
Heather Cameron
Project Manager
Consortra Translations

Sworn to and signed before ME
This 16th day of April, 2025

_____
Notary Public



New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong