# EXHIBIT 34

2017-05-24 09:42:49 -04:00 <Hugo Pereira <"+1 305-992-1800">>: http://m.dw.com/en/cubas-first-luxury-hotel-opens-in-havana/a-38947403
{chats\WhatsApp\attachments4075\Attachment28621b4c-f254-4c49-89b9-ac9ba34eb256.thumb}
2017-05-24 09:43:35 -04:00 <Hugo Pereira <"+1 305-992-1800">>: And Venezuela with no food and supporting it
2017-05-24 12:521:07 -04:00 <Raul Gorrin <"+1 305-915-1162">>: I need to talk to you
2017-05-24 13:19:39 -04:00 <David Rivera <"+1 786-258-2222">>: I already sent everything to your e-mail.
2017-05-24 13:20:11 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Damn, David, use WhatsApp
2017-05-24 13:20:46 -04:00 <David Rivera <"+1 786-258-2222">>:
{chats\WhatsApp\attachments4075\Attachmentf98b3151-30a3-4f06-af90-1eea6e8543a3.jpg}
2017-05-24 13:33:09 -04:00 <David Rivera <"+1 786-258-2222">>:
{chats\WhatsApp\attachments4075\Attachment06d85f37-3b32-4754-999f-1748ae2d8dcb.jpg}
2017-05-24 13:49:24 -04:00 <Raul Gorrin <"+1 305-915-1162">>: I already received the light
2017-05-24 13:49:24 -04:00 <Raul Gorrin <"+1 305-915-1162">>: I am already sending to Esther's account
2017-05-24 13:51:02 -04:00 <David Rivera <"+1 786-258-2222">>: The transfer is from a bank inside or outside the U.S.?
2017-05-24 13:51:29 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Julius BAER
2017-05-24 13:51:31 -04:00 <David Rivera <"+1 786-258-2222">>: Outside?
2017-05-24 13:51:57 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Yes, but your corresponding bank is Jp
2017-05-24 13:52:01 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Morgan
2017-05-24 13:52:16 -04:00 <Raul Gorrin <"+1 305-915-1162">>: So, it will be immediate
2017-05-24 13:52:44 -04:00 <Raul Gorrin <"+1 305-915-1162">>: I am setting up the transfer
2017-05-24 13:53:32 -04:00 <Raul Gorrin <"+1 305-915-1162">>: So, tell the Hat that we'll see each other on Friday
2017-05-24 13:55:19 -04:00 <Raul Gorrin <"+1 305-915-1162">>: To get moving
2017-05-24 15:19:54 -04:00 <David Rivera <"+1 786-258-2222">>: Esther, is there any light?
2017-05-24 15:21:42 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Tell the hat 🎩© to get a move on
2017-05-24 15:21:07 -04:00 <Raul Gorrin <"+1 305-915-1162">>: I already sent the transfer; you should see it late in the afternoon today or tomorrow. IT IS A FACT
2017-05-24 15:28:40 -04:00 <Hugo Pereira <"+1 305-992-1800">>: David, do as if it were a fact…get to work with the hat guy so we won't waste any time
2017-05-24 15:37:57 -04:00 <Raul Gorrin <"+1 305-915-1162">>: We can't fail
2017-05-24 15:38:20 -04:00 <Raul Gorrin <"+1 305-915-1162">>: They are being serious, and we should also be serious
2017-05-24 16:45:52 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Hi Raul, what address should I put on the agreement for you?
2017-05-24 16:50:51 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Urb. La castellana, Centro san Ignacio, torre kepler, piso 8, Caracas Venezuela
2017-05-24 17:03:49 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Raul Gorrin Contract
{chats\WhatsApp\attachments4075\Attachment25a37de8-eec9-4f64-ac4e-d8db97117351.pdf}
2017-05-24 17:04:16 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Raul, let me know if this is OK
2017-05-24 17:04:28 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: With your people
2017-05-24 17:09:53 -04:00 <Raul Gorrin <"+1 305-915-1162">>: I'll check it now
2017-05-24 17:31:32 -04:00 <David Rivera <"+1 786-258-2222">>: We're here at Chase, they close at six. Do you think it will arrive before that?
2017-05-24 17:32:41 -04:00 <Hugo Pereira <"+1 305-992-1800">>: It will get there. Get a move on; forget it now; if he told you he'd sent it, it's because he did
2017-05-24 17:32:56 -04:00 <Raul Gorrin <"+1 305-915-1162">>: I already sent the agreement
2017-05-24 17:33:15 -04:00 <Raul Gorrin <"+1 305-915-1162">>: That will arrive tomorrow for sure
2017-05-24 17:33:21 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Don't have any doubts
2017-05-24 17:33:33 -04:00 <Raul Gorrin <"+1 305-915-1162">>: It's important to have everything ready
2017-05-24 17:33:46 -04:00 <Raul Gorrin <"+1 305-915-1162">>: The Secretary if flying from Oslo to Texas
2017-05-24 17:36:26 -04:00 <David Rivera <"+1 786-258-2222">>: OK, the hat is ready after

CONFIDENTIAL

three on Friday. But he doesn't want Orsini to send the text to EX until The Light is in Orlando.
2017-05-24 17:37:11 -04:00 <Raul Gorrin <"+1 305-915-1162">>: No problem with that. It was sent to me, and I already received it.
2017-05-24 17:37:23 -04:00 <Raul Gorrin <"+1 305-915-1162">>: You know I am a serious man
2017-05-24 19:35:44 -04:00 <Raul Gorrin <"+1 305-915-1162">>: transfer communications solutions.pdf
    (chats\WhatsApp\attachments4075\Attachmentca846171-e9c0-4ce2-bbd3-99763bcf2ca6.pdf}
2017-05-24 19:40:02 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Here is the instruction sent
2017-05-24 19:40:13 -04:00 <Raul Gorrin <"+1 305-915-1162">>: You will see it in your account tomorrow
2017-05-24 19:40:43 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Tell the hat man to be in orbit
2017-05-24 19:40:49 -04:00 <David Rivera <"+1 786-258-2222">>: ♦☐♦ž
2017-05-24 19:41:49 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Remind the hat guy ♦© about DirecTV
2017-05-24 19:42:08 -04:00 <David Rivera <"+1 786-258-2222">>: The hat already told me that he is available after three on Friday. The sun is yet to rise in Orlando. [The light has to arrive in Orlando]
2017-05-24 19:42:48 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Do not worry, the sun rises at 6 am
2017-05-24 19:43:04 -04:00 <David Rivera <"+1 786-258-2222">>: I am going to remind the hat about DirecTV. Is it DirecTV or ATT?
2017-05-24 19:43:08 -04:00 <Hugo Pereira <"+1 305-992-1800">>: But tell him that you guarantee it
2017-05-24 19:43:22 -04:00 <Raul Gorrin <"+1 305-915-1162">>: ATT owns DirecTV
2017-05-24 19:46:06 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Yes, Raul
2017-05-24 19:47:03 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: It's AT&T, David, they bought DirecTV
2017-05-24 19:52:24 -04:00 <David Rivera <"+1 786-258-2222">>: If we hold the meeting on Friday, we are going to have to do it without the hat. He has meetings until three. And he is leaving the following day at 6:00 am on vacation with his wife until June 9.
2017-05-24 19:54:01 -04:00 <Raul Gorrin <"+1 305-915-1162">>: He looks good
2017-05-24 19:53:49 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Well, what is important is for the meeting to be held
2017-05-24 19:53:57 -04:00 <Raul Gorrin <"+1 305-915-1162">>: That's what is important
2017-05-24 19:54:12 -04:00 <Raul Gorrin <"+1 305-915-1162">>: We look good
2017-05-24 19:54:47 -04:00 <David Rivera <"+1 786-258-2222">>: I mean ATT, not EX
2017-05-24 19:55:02 -04:00 <Raul Gorrin <"+1 305-915-1162">>: We'll do it later
2017-05-24 19:55:05 -04:00 <Raul Gorrin <"+1 305-915-1162">>: There's no rush
2017-05-24 21:19:44 -04:00 <David Rivera <"+1 786-258-2222">>: The hat told me he just told EX that tomorrow they should receive a text from V about Friday's meeting.
2017-05-25 09:28:38 -04:00 <David Rivera <"+1 786-258-2222">>: Is there light, finally? :-
2017-05-25 09:30:03 -04:00 <David Rivera <" +1 786-258-2222">>: The hat is calling me now
2017-05-25 09:37:35 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Light and sun
2017-05-25 09:38:02 -04:00 <Raul Gorrin <"+1 305-915-1162">>: They are going to pass on the confirmation to me
2017-05-25 09:38:19 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Arrange everything because that arrives today
2017-05-25 09:52:00 -04:00 <Raul Gorrin <"+1 305-915-1162">>: COMMUNICATION SOLUTIONS, INC.pdf
    (chats\WhatsApp\attachments4075\Attachment4aabf890-ffac-4d89-b19c-65112dbc89b6.pdf} 2017-05-25 09:56:44 -04:00 <David Rivera <"+1 786-258-2222">>: Now I can't get through to Communication Solutions. It's gone AWOL
2017-05-25 09:57:32 -04:00 <David Rivera <"+1 786-258-2222">>: Perhaps it is in Switzerland. ♦,♦,♦,
2017-05-25 10:01:42 -04:00 <David Rivera <"+1 786-258-2222">>: Mr. Ebner, I am the General Counsel of PDVSA and a Citgo Director. As Congressman Sessions, who has been integral in facilitating this effort, has previously explained, I would like to travel to Dallas tomorrow, Friday, May 26th, to meet with Exxon Mobil. I will be accompanied by Foreign Minister Delcy Rodriguez and Energy Minister Nelson Martinez. Given the five hour flight time, and given Congressman Sessions' availability only after 3:00 pm, I would appreciate a time in the afternoon after 3:00 that is convenient. I look forward to hearing from you. Regards, Eduardo Orsini
2017-05-25 10:02:37 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Which number?



STATE of NEW YORK )
                                ) ss:
COUNTY of NEW YORK )

**CERTIFICATE OF ACCURACY**

This is to certify that the document, "RIVERA007750 at -806-07" is to the best of our knowledge and belief, a true, accurate, and complete translation from Spanish into English.

Dated: 4/16/2025

_____
Heather Cameron
Project Manager
Consortra Translations

Sworn to and signed before ME
This 16th day of April, 2025

_____
Notary Public



New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong