# EXHIBIT 36

2017-05-20 17:05:33 -04:00 <Hugo Pereira <"+1 305-992-1800">>:
{chats\WhatsApp\attachments4075\Attachment2d67341c-80e8-4a67-826d-e9fcdc6224cc.thumb}
2017-05-21 12:06:40 -04:00 <Hugo Pereira <"+1 305-992-1800">>:
{chats\WhatsApp\attachments4075\Attachment9f59772c-f344-427e-b9cb-5541714377c2.m4a}
2017-05-21 12:27:14 -04:00 <Hugo Pereira <"+1 305-992-1800">>:
{chats\WhatsApp\attachments4075\Attachment6ace505a-3468-452f-9533-84526021a3ea.mp4}
2017-05-21 12:59:59 -04:00 <Hugo Pereira <"+1 305-992-1800">>:
{chats\WhatsApp\attachments4075\Attachmenteef0a6a5-73d3-4d03-b6bb-1a7dda5e2dfa.mp4}
2017-05-21 14:13:12 -04:00 <Hugo Pereira <"+1 305-992-1800">>:
https://m.youtube.com/watch?v=oOxLxSt1qVQ&feature=youtu.be
{chats\WhatsApp\attachments4075\Attachmentc1888b9e-f69e-4d62-9ead-d76e37f7bf19.thumb}
2017-05-21 14:13:34 -04:00 <Raul Gorrin <"+1 305-915-1162">>: He is a common blackmailer
2017-05-21 14:15:20 -04:00 <Hugo Pereira <"+1 305-992-1800">>: He is an S O B
2017-05-21 14:15:34 -04:00 <Raul Gorrin <"+1 305-915-1162">>: A poor devil
2017-05-21 16:40:32 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>:
https://instagram.com/p/BUXLkrSFAHY/
{chats\WhatsApp\attachments4075\Attachmente946abb8-fa88-4f2c-b1be-158fcb3ae159.thumb}
2017-05-21 17:36:23 -04:00 <Hugo Pereira <"+1 305-992-1800">>:
{chats\WhatsApp\attachments4075\Attachment3e868f2a-cbe7-45db-b6f2-141458353ba6.jpg}
2017-05-21 19:58:19 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Venezuela is indeed strong!
2017-05-22 04:27:33 -04:00 <David Rivera <"+1 786-258-2222">>: We need time to organize Dallas for this Friday Orlando is waiting for Doral to shine today [*get the money*] �ž� �ž� �ž
2017-05-22 11:01:38 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>:
{chats\WhatsApp\attachments4075\Attachmentf46206d9-31cb-45d6-bd08-04f415d78eb0.jpg}
2017-05-22 11:02:26 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: PDV USA Interamerican Consulting Agreement
{chats\WhatsApp\attachments4075\Attachment28dd0eff-8107-4935-9779-854fb83ee5a7.pdf}
2017-05-22 11:04:09 -04:00 <David Rivera <"+1 786-258-2222">>: Remember that if we don't do Dallas this Friday, we will have to wait two more weeks until he returns from his vacation. And even to make it this Friday, we have to convince Orlando as soon as possible.
2017-05-22 11:09:22 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Yes, I am on it
2017-05-22 15:42:54 -04:00 <Hugo Pereira <"+1 305-992-1800">>:
{chats\WhatsApp\attachments4075\Attachmentaf081f23-a5d9-4356-bef5-7365a6ca5272.mp4}
2017-05-22 17:24:17 -04:00 <Hugo Pereira <"+1 305-992-1800">>:
{chats\WhatsApp\attachments4075\Attachment9f56d345-a2f8-4d32-a918-d7174894908c.jpg}
2017-05-22 17:29:06 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Here in Pto. Ordaz, Av. Atlántico, the repression is harsh, but it is still blocked. Eight young men were arrested, but the people of a sector called Yara Yara caught a national guard, undressed him, and paraded him down the street to exchange him for the boys
2017-05-22 17:35:26 -04:00 <Hugo Pereira <"+1 305-992-1800">>: It is true?
2017-05-22 17:38:34 -04:00 <David Rivera <"+1 786-258-2222">>: It's almost twelve midnight in Europe. Nothing has happened in Doral. We need to consider that Europe is six hours ahead of us and that the Hat is going on vacation on Thursday and won't be back for two weeks.
2017-05-22 17:41:41 -04:00 <David Rivera <"+1 786-258-2222">>: As I said earlier, he would be willing to postpone for one day, but he needs to discuss it with his wife, and he also needs to organize Dallas. All of these steps take time. It's already Tuesday in Europe, and for all purposes, here as well.
2017-05-23 22:40:48 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>:
http://miamiherald.typepad.com/nakedpolitics/2017/05/on-house-floor-lawmakers-urge-decisive-us-steps-on-venezuela.html?utm_source=dlvr.it&utm_medium=twitter
{chats\WhatsApp\attachments4075\Attachment09768ed9-085e-4039-9514-d42a590d78be.thumb}
2017-05-23 22:42:35 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>:
https://m.youtube.com/watch?feature=youtu.be&v=Zg9Z12gl3o0
{chats\WhatsApp\attachments4075\Attachment991591e0-88bb-4a4e-8b3d-c7a6a6f2a7e5.thumb}
2017-05-24 08:59:59 -04:00 <Hugo Pereira <"+1 305-992-1800">>:
{chats\WhatsApp\attachments4075\Attachment695f7bec-367f-4271-b353-92efc0f6008d.mp4}

CONFIDENTIAL



STATE of NEW YORK )
                               )     ss:
COUNTY of NEW YORK )

**CERTIFICATE OF ACCURACY**

This is to certify that the document, "RIVERA007750 at -805" is to the best of our knowledge and belief, a true, accurate, and complete translation from Spanish into English.

Dated: 4/16/2025

_____
Heather Cameron
Project Manager
Consortra Translations

Sworn to and signed before ME
This 16th day of April, 2025

_____
Notary Public



New York, NY | Washington DC | Houston, TX | San Francisco, CA | Hong Kong