# EXHIBIT 37

2017-04-19 01:04:29 -04:00 <David Rivera <"+1 786-258-2222">>: I sent Pio Gonzalez the standard invoice. We can send an amendment if circumstances change. I am waiting for my instructions going forward
2017-04-19 09:07:37 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Nothing is going to happen in Venezuela today
2017-04-19 09:07:53 -04:00 <Hugo Pereira <"+1 305-992-1800">>: That's my opinion
2017-04-19 09:09:37 -04:00 <David Rivera <"+1 786-258-2222">>:
	{chats\WhatsApp\attachments4075\Attachment560bfbf5-75e8-48aa-af01-6d0426698f44.mp4)
2017-04-19 09:10:09 -04:00 <David Rivera <"+1 786-258-2222">>:
	{chats\WhatsApp\attachments4075\Attachment53f353c4-736e-4e35-86ed-dac8f7d335a3.jpg)
2017-04-19 09:10:54 -04:00 <David Rivera <"+1 786-258-2222">>: Please note the last sentence of this government statement
2017-04-19 09:12:05 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Castro regime
2017-04-19 09:13:08 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Those are Maduro's people
2017-04-19 09:13:28 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Nothing is going to happen there
2017-04-19 09:14:30 -04:00 <David Rivera <"+1 786-258-2222">>: Of course not
2017-04-19 09:50:57 -04:00 <Raul Gorrin <"+1 305-915-1162">>: We are going after our thing
2017-04-19 09:51:10 -04:00 <Raul Gorrin <"+1 305-915-1162">>: The last one please turn off The Light
2017-04-19 09:51:33 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Right.
2017-04-24 10:39:38 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Right.
2017-04-19 09:52:02 -04:00 <Raul Gorrin <"+1 305-915-1162">>: This crisis benefits us
2017-04-19 09:52:14 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Yep
2017-04-19 09:52:23 -04:00 <Raul Gorrin <"+1 305-915-1162" They are going to try to recover financially from now till the 18th
2017-04-19 09:52:35 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Nothing new
2017-04-19 09:52:38 -04:00 <Raul Gorrin <"+1 305-915-1162">>: They don't have it easy
2017-04-19 09:52:49 -04:00 <Raul Gorrin <"+1 305-915-1162">>: But that's exactly where we take advantage
2017-04-19 09:53:00 -04:00 <Raul Gorrin <"+1 305-915-1162">>: CRISIS=OPPORTUNITY
2017-04-19 09:53:01 -04:00 <Hugo Pereira <"+1 305-992-1800">>: You talked to the young lady
2017-04-19 09:53:22 -04:00 <Raul Gorrin <"+1 305-915-1162">>: and Venezuela generates many opportunities
2017-04-19 09:53:34 -04:00 <Raul Gorrin <"+1 305-915-1162">>: $$$$$$$$$$$$$$$$
2017-04-19 09:53:47 -04:00 <Raul Gorrin <"+1 305-915-1162">>: Yesterday it was impossible
2017-04-19 09:53:56 -04:00 <Raul Gorrin <"+1 305-915-1162">>: We agreed to meet today
2017-04-19 09:57:01 -04:00 <David Rivera <"+1 786-258-2222">>: Let's make it easy for her. She should give us four dates, Mondays and Fridays only, since sessions start in Congress next week, during the next few weeks when she is available to travel to Dallas. She should give us options
2017-04-19 09:57:24 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Perfect. We will continue the way we are. They know we are working, and now the big meeting is up to them.
2017-04-19 10:00:10 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Yes David! Easy does it. We continue with the agreement and submit invoices accordingly
2017-04-19 10:00:28 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: The ball is in their court
2017-04-19 10:27:24 -04:00 <David Rivera <"+1 786-258-2222">>: https://www.majorityleader.gov/wp- content/uploads/2016/11/2017_ANNUAL_CALENDAR.pdf
2017-04-19 10:30:55 -04:00 <David Rivera <"+1 786-258-2222">>: Here is the Congress calendar. The dates in blue are the days when they are in session in Washington. If the lady can identify four or [*sic*] weekdays that are not in blue, that would make it much easier to set the meeting with EX in Dallas
2017-04-19 10:32:44 -04:00 <David Rivera <"+1 786-258-2222">>: For example, the week of May 8 is fully open
2017-04-19 11:58:33 -04:00 <Hugo Pereira <"+1 305-992-1800">>:
	{chats\WhatsApp\attachments4075\Attachment4d69b810-18ea-42f4-a08b-3e32daca812b.mp4}
2017-04-19 11:58:41 -04:00 <Hugo Pereira <"+1 305-992-1800">>: How abusive
2017-04-19 12:08:07 -04:00 <Raul Gorrin <"+1 305-915-1162">>: That doesn't look like Venezuela
2017-04-19 12:08:19 -04:00 <Raul Gorrin <"+1 305-915-1162">>:
	(chats\WhatsApp\attachments4075\Attachmentac8e7ff5-86cb-43fa-9abc-0cac441683d8.jpg)

**CONFIDENTIAL**

Rivera007774

Rivera007750



STATE of NEW YORK    )
                     )           ss:
COUNTY of NEW YORK   )

**CERTIFICATE OF ACCURACY**

This is to certify that the document, "RIVERA007750 at -774" is to the best of our knowledge and belief, a true, accurate, and complete translation from Spanish into English.

Dated: 4/16/2025

_____
Heather Cameron
Project Manager
Consortra Translations

Sworn to and signed before ME
This 16th day of April, 2025

_____
Notary Public

