# EXHIBIT 38

2017-05-29 07:57:02 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Raul calls me at home for an hour. They are driving him crazy
2017-05-31 13:27:53 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Hi Hugo, so finally, at what time do we meet, 3:30 pm?
2017-05-31 13:33:08 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Ok 4pm
Prime Cigar
1100 S Miami Ave, Miami, FL 33130
2017-05-31 20:29:55 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: They r insane with that no disclosure they went mad
2017-05-31 20:30:28 -04:00 <Hugo Pereira <"+1 305-992-1800">>: I am trying to talk to David, but it is impossible, I don't understand. I talk to everyone without any problem, but with him, it is always a problem. My opinion is that it was a huge mistake to tell those people to send a text to begin with. We gave them the rope to hang us. Now, they communicate among themselves and believe they don't need us
2017-05-31 20:30:39 -04:00 <David Rivera <"+1 786-258-2222">>: They think they no longer need us
2017-05-31 20:30:40 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: We should not have to return a penny. Now it makes scene (*sic*) why they want David to sign new agreement (*sic*)
2017-05-31 20:31:09 -04:00 <David Rivera <"+1 786-258-2222">>: They think they no longer need us
2017-05-31 20:31:22 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: David, call Hugo
2017-05-31 20:31:59 -04:00 <David Rivera <"+1 786-258-2222">>: I've called Hugo 100 times
2017-05-31 20:32:42 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Hugo, they will never get to Ex, definitely not now with this non-disclosure they r fk
2017-05-31 20:35:14 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Orsini is who fucked this all up. Raul doesn't know. He thinks he is his friend, but he is a traitor.
2017-06-01 07:06:42 -04:00 <Hugo Pereira <"+1 305-992-1800">>:
 {chats\WhatsApp\attachments2761\Attachment9c6da7a4-498b-42f2-93d6-148f6c16df0e.thumb) 2017-06-04 11:16:36 -04:00 <Hugo Pereira <"+1 305-992-1800">>: David, yesterday you said you were going to talk to Pet in the afternoon, pls call me I ran out of excuses
2017-06-04 13:31:20 -04:00 <Hugo Pereira <"+1 305-992-1800">>:
 (chats\WhatsApp\attachments2761\Attachment70ae11ae-422c-45b2-a3da-58d1b1d07374.jpg) 2017-06-07 10:19:53 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Good morning
David, send me the instructions to return the $ to you. It hurts me, but it is what it is. We have to make it right. The accounts are settled at the end of the year, not every day.
2017-06-07 10:22:58 -04:00 <Hugo Pereira <"+1 305-992-1800">>: It must be returned in the same way to avoid problems with the accounting
2017-06-07 10:31:46 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Yes, everything must be done the same way. Hopefully, they get more sanctions & we can go back to the original agenda.
2017-06-07 10:34:57 -04:00 <Hugo Pereira <"+1 305-992-1800">>: These people are a mess. There's always going to be opportunities. Raul allegedly will arrive today
2017-06-07 10:39:30 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: Remember that Kellyane arrives on 6/27, and David has not told anything to Raul because he is trying to have her come on 6/26 to present it to her
2017-06-07 10:41:22 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: https://en.m.wikipedia.org/wiki/Kellyanne_Conway
2017-06-07 10:43:12 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>:
 (chats\WhatsApp\attachments2761\Attachment06d63263-a1a2-490a-aef0-44925f14afef.jpg}
2017-06-07 10:47:28 -04:00 <Hugo Pereira <"+1 305-992-1800">>: But we CANNOT LOSE FACE
2017-06-07 10:47:28 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Other ways will have to be found
2017-06-07 10:47:28 -04:00 <Hugo Pereira <"+1 305-992-1800">>: We have to reconfigure everything, Mr. Hugo. One cannot look bad öŸ'
2017-06-07 10:47:50 -04:00 <Hugo Pereira <"+1 305-992-1800">>: Raul is sending this to me now
2017-06-07 10:50:02 -04:00 <Esther J. Nuhfer <"+1 786-402-4822">>: I think we all agree.
2017-06-07 11:11:35 -04:00 <Hugo Pereira <"+1 305-992-1800">>:
 (chats\WhatsApp\attachments2761\Attachment3da6b89c-1aa5-49b6-86f9-562223dc1 b17.jpg)



100 Park Avenue, 16th Fl  
New York, NY 10017  
www.consortra.com

STATE of NEW YORK    )  
                     )              ss:  
COUNTY of NEW YORK   )

**CERTIFICATE OF ACCURACY**

This is to certify that the document, "RIVERA007396 at -399-401" is to the best of our knowledge and belief, a true, accurate, and complete translation from Spanish into English.

Dated: 4/16/2025

_____  
Heather Cameron  
Project Manager  
Consortra Translations

Sworn to and signed before ME  
This 16th day of April, 2025

_____  
Notary Public

JAMES G MAMERA  
Notary Public - State of New York  
No. 01MA6157195  
Qualified in New York County  
My Comm. Expires Dec. 4, 2026



New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong