UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PDV USA, INC.,

           Plaintiff,

- against -

INTERAMERICAN CONSULTING INC.,

           Defendant.

20-cv-3699 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

As discussed at the telephone conference held today, the plaintiff's motion for summary judgment is due **August 1, 2025**. The defendant's response is due **August 22, 2025**. The plaintiff's reply is due **September 5, 2025**.

SO ORDERED.

Dated:    New York, New York
           July 7, 2025

                                      John G. Koeltl
                                  United States District Judge