UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PDV USA, INC.,

               Plaintiff,          20-cv-3699 (JGK)

   - AGAINST -              ORDER

INTERAMERICAN CONSULTING, INC.,

               Defendant.

**JOHN G. KOELTL, District Judge:**

On August 1, 2025, the parties jointly moved for an extension of time for the plaintiff to file its motion for summary judgment. ECF No. 278. On August 4, 2025, the plaintiff withdrew its request for an extension of time and informed the Court that it no longer intends to move for summary judgment. ECF No. 279.

The Clerk is respectfully directed to close ECF No. 278.

SO ORDERED.

Dated:    New York, New York
           November 12, 2025

                                           John G. Koeltl
                                   United States District Judge