UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PDV USA, INC.,                                    20-cv-3699 (JGK)

                    Plaintiff,                    ORDER

        - against -

INTERAMERICAN CONSULTING, INC.,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

Under the Court's Revised Scheduling Order, ECF No. 253, the deadline for the parties to complete the depositions of Interamerican and David Rivera was May 2, 2025; the deadline for PDV USA, Inc. to file pre-motion letters for any dispositive motions was July 1, 2025; the deadline for responses to PDV USA, Inc.'s pre-motion letters was July 15, 2025; and the deadline for any summary-judgment motions was August 14, 2025. The deadline for the parties to file their joint pre-trial order is twenty-one days after any decision on dispositive motions, but the time to file dispositive motions has passed. On January 27, 2026, Magistrate Judge Lehrburger resolved PDV USA, Inc.'s motion for sanctions.

Accordingly, the parties should file a joint pre-trial order, together with proposed voir dire requests and request to charge, and motions in limine by March 13, 2026. Responses and objections are due by March 23, 2026.

The parties should be ready for trial, with 48 hours' notice, by April 3, 2026.

**SO ORDERED.**

**Dated:**     **New York, New York**
          **February 19, 2026**

_____
**John G. Koeltl**
**United States District Judge**