# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel:  212 728 8000
Fax: 212 728 8111

June 5, 2026

**<u>VIA ECF</u>**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:    <u>PDV USA, Inc. v. Interamerican Consulting, Inc., No. 1:20-cv-03699-JGK-RWL</u>

Dear Judge Koeltl:

We represent plaintiff PDV USA, Inc. ("PDV USA") in the above-captioned matter.  We write to request a status conference to address the implications of Mr. Rivera's recent guilty verdict in *United States v. Rivera, et al.*, 1:22-cr-20552-MD (S.D. Fla.) (the "Criminal Action").  Despite numerous attempts, we have been unable to communicate with opposing counsel.

On May 1, 2026, Mr. Rivera and his co-defendant, Esther Nuhfer, were found guilty on all counts, including conspiracy to violate the Foreign Agent Registration Act ("FARA"), failure to register as a foreign agent of Venezuela, and conspiracy to commit money laundering.  Because the Criminal Action placed at issue the same $50 million consulting contract that is the subject of this civil action, the parties previously agreed that the outcome of the Criminal Action "will have significant consequences for this case."  ECF No. 316 at 1.

Since the verdict, the undersigned has attempted unsuccessfully, by both phone and email, to meet and confer with opposing counsel to discuss the implications of the verdict and whether this action should proceed to trial notwithstanding Mr. Rivera's criminal conviction.  We have also asked opposing counsel when Interamerican will produce additional responsive documents that came to light in the criminal trial.  Again, we have not received a response.  Finally, Interamerican has failed to comply with the Court's order directing it to pay over $1.3 million in attorneys' fees and costs to PDV USA.

BRUSSELS   CHICAGO   FRANKFURT   HOUSTON   LONDON   LOS ANGELES   MILAN
NEW YORK   PALO ALTO   PARIS   ROME   SAN FRANCISCO   WASHINGTON

In light of the foregoing, PDV USA respectfully requests that the Court schedule a status conference to discuss these matters.

Respectfully submitted,


WILLKIE FARR & GALLAGHER LLP
By: */s/ Jeffrey B. Korn*

Jeffrey B. Korn
Brady M. Sullivan
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
JKorn@willkie.com
BSullivan@willkie.com

Michael J. Gottlieb
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000
MGottlieb@willkie.com

*Attorneys for Plaintiff*


cc: All counsel of record (by ECF)