UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PDV USA, INC.,

                            Plaintiff,

            - against -

INTERAMERICAN CONSULTING
INC.,

                            Defendant.

20-cv-3699 (JGK)

Order

**John G. Koeltl, District Judge:**

On June 30, 2025, the plaintiff, PDV USA Inc. ("PDV") moved for sanctions against the defendant Interamerican Consulting Inc. ("Interamerican") pursuant to Federal Rule of Civil Procedure 37(e) based on spoliation of electronically stored information. ECF No. 262. On January 27, 2026, Magistrate Judge Lehrburger granted in part and denied in part PDV's motion. ECF No. 297. Magistrate Judge Lehrburger held that PDV was entitled to monetary sanctions in the amount of reasonable legal fees and costs it had expended to address Interamerican's spoliation and instructed PDV to move for attorney's fees within thirty days. Id.

On February 26, 2026, PDV moved for attorney's fees. ECF No. 299. On May 11, 2026, Magistrate Judge Lehrburger granted the motion and awarded PDV $1,374,358.00 in attorney's fees. ECF No. 318. Interamerican did not file objections to Magistrate Judge Lehrburger's order within the fourteen-day period prescribed by Federal Rule of Civil Procedure 72(a), thereby forfeiting further review of the order. On June 1, 2026, PDV filed a proposed judgment

reflecting the fee award from Magistrate Judge Lehrburger's order. ECF No. 319.

The Court declines to enter the proposed judgment because Rule 54(b) authorizes partial judgment only as to "a claim, counterclaim, crossclaim, or third-party claim." Fed. R. Civ. P. 54(b). But spoliation of evidence pursuant to Rule 37(e) is not a cause of action—it is a violation of a party's discovery obligations. Rule 54(d)(2)(E), moreover, expressly excepts "claims for fees and expenses as sanctions for violating" the Federal Rules of Civil Procedure. Fed. R. Civ. P. 54(d)(2)(E). The proper procedural vehicle for granting monetary sanctions for spoliation of evidence mid-litigation is therefore an order directing the sanctioned party to pay a sum by a date certain or within a defined period. See, e.g., Karsch v. Blink Health Ltd., No. 17-cv-3880, 2019 WL 6998563, at *8 (S.D.N.Y. Dec. 20, 2019).

Magistrate Judge Lehrburger issued such an order on May 11, 2026. See ECF No. 318. Interamerican is therefore ordered to pay PDV $1,374,358.00 within thirty days of this order.

**SO ORDERED.**

Dated:    New York, New York
          June 10, 2026

_____
John G. Koeltl
**United States District Judge**

2