**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| PDV USA, INC., Plaintiff, v. INTERAMERICAN CONSULTING INC., Defendant. | : | Case No. 20-cv-3699 |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 7.1, PDV USA, Inc. ("PDV USA") moves this Court for an order granting PDV USA's *Motion for Summary Judgment* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, PDV USA shall rely on the accompanying Memorandum of Law and Declaration of Brady M. Sullivan.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 56.1 and Federal Rule of Civil Procedure 56, PDV USA shall submit an accompanying Statement of Undisputed Material Facts.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated June 17, 2026 (ECF 323), Defendant's response to Plaintiff's Motion for Summary Judgment is due on or before August 7, 2026.

Dated: July 17, 2026
New York, New York

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Brady M. Sullivan*
Jeffrey B. Korn
Brady M. Sullivan
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000
JKorn@willkie.com
BSullivan@willkie.com

Michael J. Gottlieb (admitted *pro hac vice*)
2029 Century Park East
Los Angeles, CA 90067
(310) 855-3111
MGottlieb@willkie.com

*Attorneys for Plaintiff PDV USA, Inc.*